```
 1  MICHAEL F. DONNER (SBN 155944)
    JONATHAN E. SOMMER (SBN 209179)
 2  STEIN & LUBIN LLP
    The Transamerica Pyramid
 3  600 Montgomery Street, 14th Floor
    San Francisco, California 94111
 4  Telephone:   (415) 981-0550
    Facsimile:   (415) 981-4343
 5  mdonner@steinlubin.com
    jsommer@steinlubin.com
 6
    Attorneys for Plaintiff
 7  CAPITAL GROUP COMMUNICATIONS,
    INC., a California corporation
 8

 9  JOHN R. MAYER (SBN 197765)
    JOHN R. MAYER, APLC
10  2550 5th Ave., Suite 520
    San Diego, California 92103
11  Telephone:   (619) 794-2651
    Facsimile:   (619) 794-2653
12
    Attorneys for Defendants
13  GOTTAPLAY INTERACTIVE, INC., a Nevada
    Corporation, JOHN P. GORST, an individual,
14  MARK H. LEVIN, an individual
```

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CAPITAL GROUP COMMUNICATIONS, INC., a California corporation,<br><br>   Plaintiff,<br><br>v.<br><br>GOTTAPLAY INTERACTIVE, INC., a Nevada corporation; JOHN P. GORST, an individual; MARK H. LEVIN, an individual; and DOES 1-50, inclusive,<br><br>   Defendants. | Case No. C-07-03632-EMC<br><br>**STIPULATION EXTENDING DEFENDANTS' TIME TO ANSWER** |

16010002/352796v1

STIPULATION EXTENDING TIME TO ANSWER

Aug. 2. 2007 10:22AM   Law Offices                                                                No. 8634   P. 3
Case 3:07-cv-03632-EMC   Document 3   Filed 08/02/2007   Page 2 of 2

1  WHEREAS plaintiff Capital Group Communications, Inc. ("CGC") has served
2  defendants Gottaplay Interactive, Inc., John P. Gorst, and Mark H. Levin (collectively,
3  "Defendants") with a Complaint in the above-referenced action;

4  WHEREAS Defendants seek additional time to answer the Complaint;

5  Pursuant to Local Rule 6-1, the parties stipulate that Defendants shall have until
6  August 17 to file an answer to CGC's Complaint. No extension is granted to file any motion
7  under Fed. R. Civ. P. 12.

Dated: August 2, 2007        JOHN R. MAYER, APLC

                             By: _____
                                 John R. Mayer
                                 Attorneys for Defendants
                                 GOTTAPLAY INTERACTIVE, INC., a Nevada
                                 Corporation, JOHN P. GORST, an individual,
                                 MARK H. LEVIN, an individual

Dated: August 2, 2007        STEIN & LUBIN LLP

                             By: _____
                                 Michael F. Donner
                                 Attorneys for Plaintiff
                                 CAPITAL GROUP COMMUNICATIONS, INC.,
                                 a California corporation

16010002/352796v1                          1                         Case No. C-07-03632-EMC
                        STIPULATION EXTENDING TIME TO ANSWER