1  MICHAEL F. DONNER (SBN 155944)
   JONATHAN E. SOMMER (SBN 209179)
2  STEIN & LUBIN LLP
   The Transamerica Pyramid
3  600 Montgomery Street, 14th Floor
   San Francisco, California 94111
4  Telephone:  (415) 981-0550
   Facsimile:  (415) 981-4343
5  mdonner@steinlubin.com
   jsommer@steinlubin.com
6
   Attorneys for Plaintiff
7  CAPITAL GROUP COMMUNICATIONS,
   INC., a California corporation
8

9  JOHN R. MAYER (SBN 197765)
   JOHN R. MAYER, APLC
10 2550 5th Ave., Suite 520
   San Diego, California 92103
11 Telephone:  (619) 794-2651
   Facsimile:  (619) 794-2653
12
   Attorneys for Defendants
13 GOTTAPLAY INTERACTIVE, INC., a Nevada
   Corporation, JOHN P. GORST, an individual,
14 MARK H. LEVIN, an individual

15

16                UNITED STATES DISTRICT COURT

17            FOR THE NORTHERN DISTRICT OF CALIFORNIA

18                    SAN FRANCISCO DIVISION

19

| | |
|---|---|
| 20  CAPITAL GROUP COMMUNICATIONS, INC., a California corporation, | Case No. C-07-03632-EMC |
| 21              Plaintiff, | **STIPULATION EXTENDING DEFENDANTS' TIME TO ANSWER ;** |
| 22  v. | ORDER |
| 23  GOTTAPLAY INTERACTIVE, INC., a Nevada corporation; JOHN P. GORST, an individual; MARK H. LEVIN, an individual; and DOES 1-50, inclusive, | |
| 26              Defendants. | |

27
28
16010002/352796v1

STIPULATION EXTENDING TIME TO ANSWER

1  WHEREAS plaintiff Capital Group Communications, Inc. ("CGC") has served
2  defendants Gottaplay Interactive, Inc., John P. Gorst, and Mark H. Levin (collectively,
3  "Defendants") with a Complaint in the above-referenced action;
4  WHEREAS Defendants seek additional time to answer the Complaint;
5  Pursuant to Local Rule 6-1, the parties stipulate that Defendants shall have until
6  August 17 to file an answer to CGC's Complaint. No extension is granted to file any motion
7  under Fed. R. Civ. P. 12.

Dated: August 2, 2007                JOHN R. MAYER, APLC

                                     By: _____
                                     John R. Mayer
                                     Attorneys for Defendants
                                     GOTTAPLAY INTERACTIVE, INC., a Nevada
                                     Corporation, JOHN P. GORST, an individual,
                                     MARK H. LEVIN, an individual

Dated: August 2, 2007                STEIN & LUBIN LLP

                                     By: _____
                                     Michael F. Donner
                                     Attorneys for Plaintiff
                                     CAPITAL GROUP COMMUNICATIONS, INC.,
                                     a California corporation

IT IS SO ORDERED:

_____
Edward M. Chen
U.S. Magistrate

[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Edward M. Chen]

16010002/352796v1                          1                    Case No. C-07-03632-EMC
STIPULATION EXTENDING TIME TO ANSWER