Michael F. Donner (SBN 155944)
Jonathan Sommer (SBN 209179)
STEIN & LUBIN LLP
The Transamerica Pyramid
600 Montgomery Street, 14th Floor
San Francisco, California  94111
Telephone:     (415) 981-0550
Facsimile:      (415) 981-4343
mdonner@steinlubin.com
jsommer@steinlubin.com

Attorneys for Plaintiff
CAPITAL GROUP COMMUNICATIONS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAPITAL GROUP COMMUNICATIONS, INC., a California corporation,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>GOTTAPLAY INTERACTIVE, INC., a Nevada corporation, JOHN GORST, an individual, MARK LEVIN, an individual, and DOES 1-50,<br><br>　　　　　Defendants. | Case No.  C07-03632 EMC<br><br>**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party in the above-captioned civil matter hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment.  Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: August 9, 2007　　　　　　　　　　　STEIN & LUBIN LLP


By:  /s/ Michael F. Donner
　　　Michael F. Donner
　　　Attorneys for Plaintiff
　　　CAPITAL GROUP COMMUNICATIONS, INC.

16010002/353468v1　　　　　　　　　　　　1　　　　　　　　　　　　Case No. C07-03632 EMC