John R. Mayer (#197765)
JOHN R. MAYER, APLC
2550 Fifth Avenue, Suite 520
San Diego, California 92103
Phone: (619) 794-2651
Fax: (619) 794-2653

Attorneys for Defendants and Counter-Claimants Gottaplay Interactive, Inc., John P. Gorst, and Mark H. Levin

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAPITAL GROUP COMMUNICATIONS, INC., a California Corporation,<br><br>  Plaintiff,<br><br>  v.<br><br>GOTTAPLAY INTERACTIVE, INC. a Nevada corporation; JOHN P. GORST, an individual; MARK H. LEVIN, an individual; and DOES 1 through 50, inclusive,<br><br>  Defendants. | CASE NO.: C-07-03632-EMC<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |
| GOTTAPLAY INTERACTIVE, INC. a Nevada corporation; JOHN P. GORST, an individual; and MARK H. LEVIN, an individual,<br><br>  Counter-Claimants,<br><br>  v.<br><br>CAPITAL GROUP COMMUNICATIONS, INC., a California Corporation,; Devin Bosch, an individual; and ROES 1-50, inclusive,<br><br>  Counter-Defendants. | |

1  Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons,
2  associations of persons, firms, partnerships, corporations (including parent corporations) or other
3  entities (i) have a financial interest in the subject matter in controversy or in a party to the
4  proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be
5  substantially affected by the outcome of this proceeding:

6    1. Gottaplay Interactive, Inc. (party – financial interest)

7    2. The shareholders of Gottaplay Interactive, Inc., which is a public company (financial interest)

9    2. John P. Gorst (party – financial interest)

10    3. Mark H. Levin (party – financial interest)

11    4. Capital Group Communications, Inc. (party – financial interest)

12    5. Devin Bosch (party – financial interest)

13    6. M. Carroll Benton (financial or non-financial interest)

14    7. Asra Rasheed (financial or non-financial interest)

15    8. William M. Wright III (financial or non-financial interest)

16    9. Norm Johnson (financial or non-financial interest)

JOHN R. MAYER, APLC

Dated: August 16, 2007    By: _____
John R. Mayer,
Attorneys for Defendants and Counter-Claimants
Gottaplay Interactive, Inc., John P. Gorst and Mark H. Levin

2

CERT OF INTERESTED ENTITIES OR PERSONS    C-07-03632

**CERTIFICATE OF SERVICE**

I hereby certify that, on this 16th day of August, 2007, the foregoing document entitled Certification of Interested Entities or Persons was served on the following via CM/ECF by electronic mail:

Michael F. Donner, Esq.
STEIN & LUBIN LLP
600 Montgomery Street, 14th Floor
San Francisco, CA 94111

_____
JOHN R. MAYER