UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Case No. C-07-03632-EMC

CAPITAL GROUP COMMUNICATIONS, INC.
   Plaintiff(s),

v.

GOTTAPLAY INTERACTIVE, INC.
   Defendant(s).
_____/

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

  In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party in the above-captioned civil matter hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: August 29, 2007

             _____
             Signature

Counsel for: GOTTAPLAY INTERACTIVE, INC.
(Name of party or indicate "pro se")
John P. Gorst, and Mark H. Levin