**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAPITAL GROUP COMMUNICATIONS, INC., <br><br> Plaintiff <br><br> v. <br><br> GOTTAPLAY INTERACTIVE, INC., et al., <br><br> Defendants. | No. C07-3632 EMC <br><br> **(Related Case)** |
| COLONIAL STOCK TRANSFER, <br><br> Plaintiff, <br><br> v. <br><br> GOTTAPLAY INTERACTIVE, INC., et al., <br><br> Defendants. | No. C07-4470 EMC <br><br> **CLERK'S NOTICE** |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the Case Management Conference previously set for Case No. C07-4470 MEJ for December 6, 2007 is reset to be heard at the same time as Case No. C07-3632 EMC on **October 17, 2007 at 1:30 p.m.** before Magistrate Judge Edward M. Chen in Courtroom C, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102. A Joint Case Management

1  Statement shall be filed by October 10, 2007.  **Colonial Stock Transfer is directed to serve**
2  **defendants with a copy of this notice.**

4  Dated: August 31, 2007

                        FOR THE COURT,
                        Richard W. Wieking, Clerk

                        by: _____
                              Betty Fong
                              Courtroom Deputy