In the United States District Court
for the Northern District of California
Magistrate Judge Edward M. Chen

**CIVIL MINUTES**

**E-FILING**

**Date:** September 4, 2007

**Case No:** C07-4470 EMC (related w/C07-3632 EMC)

**Case Name:**    Capital Group v. Gottaplay Interactive, et al.

**Deputy Clerk:** Betty Fong

**PROCEEDINGS:**

An order relating C07-3632 EMC and C07-4470 EMC was issued on August 31, 2007. The United States District Court is hereby authorized to accept from Colonial Stock Transfer, Stock Certificate No. 1064 for 2,000,000 shares of GottaPlay Interactive, Inc., deposited and interpled by Colonial Stock Transfer.

**cc: Finance**