1  MICHAEL F. DONNER (SBN 155944)
   JONATHAN E. SOMMER (SBN 209179)
2  STEIN & LUBIN LLP
   The Transamerica Pyramid
3  600 Montgomery Street, 14th Floor
   San Francisco, California 94111
4  Telephone:    (415) 981-0550
   Facsimile:    (415) 981-4343
5  mdonner@steinlubin.com
   jsommer@steinlubin.com
6
   Attorneys for Plaintiff
7  CAPITAL GROUP COMMUNICATIONS,
   INC., a California corporation
8
   JOHN R. MAYER (SBN 197765)
9  JOHN R. MAYER, APLC
   2550 5th Avenue, Suite 520
10 San Diego, California 92103
   Telephone:    (619) 794-2651
11 Facsimile:    (619) 794-2653
   john@johnrmayer.com
12
   Attorneys for Defendants
13 GOTTAPLAY INTERACTIVE, INC., a Nevada
   Corporation, JOHN P. GORST, an individual,
14 MARK H. LEVIN, an individual

15
                    UNITED STATES DISTRICT COURT
16
             FOR THE NORTHERN DISTRICT OF CALIFORNIA
17
                      SAN FRANCISCO DIVISION
18

19
   CAPITAL GROUP COMMUNICATIONS,          Case No. C-07-03632-EMC
20 INC., a California corporation,
                                          **STIPULATION EXTENDING TIME TO
21         Plaintiff,                     FILE RESPONSIVE PLEADING TO
                                          COUNTERCLAIM**
22 v.

23 GOTTAPLAY INTERACTIVE, INC., a
   Nevada corporation; JOHN P. GORST, an
24 individual; MARK H. LEVIN, an individual;
   and DOES 1-50, inclusive,
25
           Defendants.
26

27 AND RELATED COUNTERCLAIM.

28
   16010002/355054v1

STIPULATION EXTENDING TIME TO FILE RESPONSIVE PLEADING

1       WHEREAS, on August 16, 2007, Defendant Gottaplay Interactive, Inc. ("Gottaplay") filed a Counterclaim ("Counterclaim") against Plaintiff Capital Group Communications, Inc. ("CGC") and CGC's President, Devin Bosch ("Mr. Bosch").

      WHEREAS, Gottaplay has not yet served a Summons and the Counterclaim on Mr. Bosch;

      WHEREAS, Gottaplay seeks to avoid the expense and inconvenience of locating Mr. Bosch and serving Mr. Bosch with a Summons and the Counterclaim, and CGC and Mr. Bosch seek to avoid the expense and inconvenience of filing two pleadings in response to the Counterclaim on two separate dates;

      The parties hereby stipulate that (1) CGC's counsel of record shall accept service of Gottaplay's Summons and Counterclaim on behalf of Mr. Bosch, (2) Mr. Bosch shall early file a pleading in response to the Counterclaim by September 21, 2007 and (3) CGC's deadline to file a pleading in response to the Counterclaim shall be extended until September 21, 2007 pursuant to Local Rule 6-1.

      IT IS SO STIPULATED.

Dated: September 5, 2007        JOHN R. MAYER, APLC

By: _____
John R. Mayer
Attorneys for Defendants
GOTTAPLAY INTERACTIVE, INC., a Nevada Corporation, JOHN P. GORST, an individual, MARK H. LEVIN, an individual

Dated: September 5, 2007        STEIN & LUBIN LLP

By: _____
Michael E. Donner
Attorneys for Plaintiff
CAPITAL GROUP COMMUNICATIONS, INC., a California corporation