# EXHIBIT D

# PART 1

```
<DOCUMENT>
<TYPE>10KSB/A
<SEQUENCE>1
<FILENAME>giik06.txt
<DESCRIPTION>GOTTAPLAY ANNUAL REPORT 10-KSB AMENDMENT
<TEXT>
```

SECURITIES AND EXCHANGE COMMISSION
WASHINGTON, DC 20549
UNITED STATES
FORM 10-KSB/A


[X] ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT
OF 1934

FOR THE FISCAL YEAR ENDED: September 30, 2006

OR

[ ] TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES
EXCHANGE ACT OF 1934

FOR THE TRANSITION PERIOD FROM _____ TO _____


COMMISSION FILE NUMBER 33-20783-D

GOTTAPLAY INTERACTIVE, INC.
(Name of Small Business Issuer in Its Charter)

NEVADA                                  20-1645637
(State or other jurisdiction of         (IRS Employer
incorporation or organization           Identification No.)


3226 ROSEDALE STREET, SUITE 200
GIG HARBOR, WA                    98335
(Address of principal executive offices) (Zip Code)

(253) 853-4145
(Registrant's telephone number, including area code)

Securities registered pursuant to Section 12(b) of the Exchange Act: None
Securities registered pursuant to Section 12(g) of the Exchange Act: None

COMMON STOCK, PAR VALUE $.001 PER SHARE

<PAGE>


Indicate by check mark whether the Registrant (1) has filed all reports
required to be filed by Section 13 or indicate by check mark whether the
Registrant (1) has filed all reports required to be filed by Section 13 or 15(d)
of the Securities Exchange Act of 1934 during the preceding 12 months (or for
such shorter period that the Registrant was required to file such reports), and

(2) has been subject to such filing requirements for the past 90 days. Yes [X] No [ ]

Indicate by check mark if disclosure of delinquent filers pursuant to Item 405 of Regulation S-B is not contained herein, and will not be contained, to the best of the Registrant's knowledge, in definitive proxy or information statements incorporated by reference in Part III of this Form 10-KSB or any amendment to this Form 10-KSB [ ].

The Registrant's revenue for its most recent fiscal year:  $464,531.

The aggregate market value of the Registrant's common stock, $.001 par value, held by non-affiliates as of January 11, 2007 on the OTC Bulletin Board, was: $41,738,214.

As of January 11, 2007 there were 30,806,690 shares of the Registrant's common stock outstanding.

DOCUMENTS INCORPORATED BY REFERENCE: No documents are incorporated by reference into this Annual Report on Form 10-KSB.

2

<PAGE>

TABLE OF CONTENTS

<TABLE>
<CAPTION>

    <s>        <c>
    ITEM 1.    DESCRIPTION OF BUSINESS.................................................
    ITEM 2.    DESCRIPTION OF PROPERTY.................................................
    ITEM 3.    LEGAL PROCEEDINGS.......................................................
    ITEM 4.    SUBMISSION OF MATTERS TO A VOTE OF SECURITY HOLDERS....................

PART II.........................................................................

    ITEM 5.    MARKET FOR COMMON EQUITY AND RELATED STOCKHOLDER MATTERS..............
    ITEM 6.    MANAGEMENT'S DISCUSSION AND ANALYSIS OF FINANCIAL CONDITION AND RESULTS
    ITEM 7.    CONSOLIDATED FINANCIAL STATEMENTS.......................................
    ITEM 8.    CHANGES IN AND DISAGREEMENTS WITH ACCOUNTANTS ON ACCOUNTING AND FINANCI
    ITEM 8A.   CONTROLS AND PROCEDURES.................................................
    ITEM 8B.   OTHER INFORMATION.......................................................

PART III........................................................................

    ITEM 9.    DIRECTORS, EXECUTIVE OFFICERS, PROMOTERS, CONTROL PERSONS AND CORPORATE
               COMPLIANCE WITH SECTION 16(A) OF THE EXCHANGE ACT......................
    ITEM 10.   EXECUTIVE COMPENSATION..................................................
    ITEM 11.   SECURITY OWNERSHIP OF CERTAIN BENEFICIAL OWNERS AND MANAGEMENT AND RELA
               MATTERS...................................................................
    ITEM 12.   CERTAIN RELATIONSHIPS AND RELATED TRANSACTIONS.........................
    ITEM 13    EXHIBITS.................................................................
    ITEM 14.   PRINCIPAL ACCOUNTANT FEES AND SERVICES.................................

SIGNATURES......................................................................
</TABLE>

3

<PAGE>

PART I

ITEM 1.              DESCRIPTION OF BUSINESS.

   Gottaplay Interactive, Inc. (the "Company") was formed in Nevada in July 2004
under the name of Donobi, Inc. and is the successor to H-NET.NET, Inc., which
was formed under the laws of Colorado in May 1986. On July 24, 2006, pursuant to
a Merger Agreement (the "Agreement"), Gotaplay Interactive, Inc. ("Gotaplay"), a
privately held Nevada corporation, merged with Donobi, Inc. In accordance with
the Agreement, the Registrant (a) completed a one for 6 reverse stock split; (b)
issued 17,744,618 post-reverse split shares of common stock to the former
stockholders of Gotaplay; (c) amended the Articles of Incorporation by changing
the name of the Registrant from Donobi, Inc. to Gottaplay Interactive, Inc.;
and, (d) except for William M. Wright, III and Norm Johnson, the directors of
the Registrant resigned and the three former directors of the Gotaplay were
elected to the board of directors of Registrant. As a result of the Merger,
voting control changed and, except for Mr. William M. Wright, III, who remained
as Chief Operating Officer, the other current officers resigned and were
replaced by Officers selected by Gotaplay's management (see "Directors and
Executive Officers")

   Upon consummation of the Merger we assumed all of the business operations of
Gotaplay to include their assets, their debts and their commitments, such as
leases and consultant agreements. We now operate two divisions, one division for
our Internet connectivity and one division for the video game subscriptions and
rentals.

   Gottaplay Interactive, Inc.'s primary business division is on-line video game
rental subscriptions dedicated to providing customers a quality rental
experience through our web site, www.gottaplay.com. The service is an
alternative to store based gaming rentals. We currently provide rental services
to our subscribers, and we plan to offer the option to purchase new or used
video game titles at a discounted price. We seek to provide customers with a
large selection of video game rental choices on a monthly subscription basis.
Customers can sign-up via the web page to rent and/or buy video games of their
choice. The titles are then shipped to the customer via first class mail once
they have made their selection(s). Active subscribers can retain the games for
an indefinite amount of time as long as they are active paying subscribers.
Customers can exchange their selections at anytime by returning their game(s) in
the pre-paid and pre-addressed package provided.

   Our other division (DBA Donobi) operates as an Internet service provider
("ISP") with operations in Washington, Oregon, and Hawaii, offering Internet
connectivity to individuals, multi-family housing, businesses, organizations,
educational institutions and government agencies. We provide high quality,
reliable and scalable Internet access, web hosting and development, equipment
co-location, and networking services to underserved rural markets. Our overall
strategy is to become the dominant Internet service provider for residents and
small to medium-sized businesses within rural and semi-rural areas in the United
States. Our current focus is within the states of Washington, Oregon and Hawaii.

We are headquartered at 3226 Rosedale Street, Suite 200, Gig Harbor, Washington 98335 and our telephone number is (253) 853-4145. We also maintain Internet sites on the World Wide Web ("WWW") at WWW.GOTTAPLAY.COM and WWW.DONOBI.COM. Information contained on our Web sites is not and should not be deemed to be a part of this Form 10-KSB.

INDUSTRY OVERVIEW

    ONLINE VIDEO GAME RENTAL SERVICES

4

<PAGE>

    According to 2003 Annual Report from the Video Software Dealers Association ("VSDA"), for the year 2002, total rentals accounted for $721.6 million in sales at video stores in the U.S., up 13.9% from $633.9 million in 2001. A total of 162.9 million "turns" or actual rentals was up 6.3% from 153.2 million turns the previous year. The VSDA says that video chains and even many independent stores are bullish on the medium, and leading distributor Ingram Entertainment reports that the average video rental store makes 10% of its revenue now from games, with some chains now getting up to 25%. (Information obtained from Electronic Gaming Business, August 27, 2003) All industry indications point to an increase in availability and usage of electronic video games.

ISP OPERATIONS

    The ISP industry has experienced a great deal of consolidation over the past couple years. The top ISP's in the nation (by size) has increased its customer share 75% of overall subscribers (Alex Goldman, "Top 22 U.S. ISPs by Subscriber: Q3 2006," ISP-Planet, 28 December 2006, WWW.ISP-PLANET.COM/RESEARCH/RANKINGS/USA.HTML). Many smaller ISPs, which make up the other 25%, are surviving by branching out into other services and by dealing with rural areas overlooked by the national access providers. These other services include web design and hosting, network consulting, and hardware reselling and leasing, and Voice over IP.

    According to ISP-Planet, AOL is still the largest consumer ISP in the U.S., however, their market share has reversed trend and only represents 16.3% of the market compared with 26.1% of the market in Q1 2004. Broadband providers (cable and DSL), such as Comcast and SBC, have bumped the other national ISP's from the very top of the list and are threatening to overtake AOL.

    The smaller, local ISP's have historically relied on higher customer satisfaction ratings as one of their service differentiators. With always on connections becoming the norm, the need for customer support for connectivity has begun to decrease, and thus the marginal difference in services has nearly disappeared. As more and more subscribers migrate to faster broadband connections, the increased churn rates for ISP's at all levels will continue.

    Our ISP division is currently organized into three major parts that are closely integrated for maximum customer support and service. The three elements are: (i) Internet Services, consisting principally of ISP, mail accounts, web site design and hosting, electronic commerce, database design, consulting, implementation, and reporting services; (ii) Shared Tenant Services, consisting principally of multi-user broadband access, wireless technology, and wide area networking; and (iii) DONOBi Fiber, consisting principally of fiber optic connectivity, digital audio and video, video on demand and internet telephone service.

    We will continue to leverage our customer support center to expand our

Gottaplay services. Future offerings will include the bundling of services between our broadband offering, our game rental division, and those of future business targets.

TRENDS AND DEVELOPMENTS

The two merged operations are both internet-based, one (our ISP business) targeting businesses and private consumers, and the new division of on-line video game rentals targeting primarily the private consumer. We believe the growing customer base of on-line video game customers will increase substantially over the next twelve months, while a slight decrease is expected for our ISP customers from within our existing localities. We have not planned any expansion to other localities for the ISP division. Also, we have not planned any increases to the existing respective rates for either service during the next twelve months. Our ISP revenues are fairly consistent from month to month.

ONLINE VIDEO GAME RENTAL SERVICES

5

<PAGE>

The "on-line video game rental" market is increasing, as more Internet users become used to the Internet as a primary venue for spending their entertainment dollars and accessing websites to service their needs. This trend can be documented with the increasing popularity of online movie rentals shipped via the US Postal Service. Consumers are now finding the use of the Internet to facilitate instant, convenient and secure access to various and affordable services and products, and not spend their valuable time in their vehicle to pick up and return a product, such as video game. Delivery of these products is to their front door via the United States Postal Service ("USPS"). This type of delivery service is expected to grow substantially over the next several years due its convenience and cost savings to the end user, our video game subscriber/customer.

The video game division's known external market trends have been limited due to the fact that the business in which we operate is an emerging segment within the online industry. However, these trends are generally limited to competition from well established retailers and newly formed online game disc rental companies. There may be a negative impact to our operations due to the seasonal availability of popular game titles, and therefore, revenues and inventory costs tend to increase during the latter part of the calendar year due to the holiday season. In anticipation of this seasonal adjustment additional inventory may be needed to accommodate these requirements of the increased volume of business, we will require additional capital by August, 2007. We believe that there could be a negative impact on the operations of our company due to a lack of titles from certain suppliers. In addition, the introduction of new gaming platforms can create scarcity of game titles resulting in subscriber dissatisfaction and higher costs associated with the limited available titles. Certain games may not be available due to high consumer demand of a specific title or a lack of the required capital to purchase enough units of high demand games to fill customer requests. If we are not successful in raising the capital or establishing a credit line, these purchases, more likely than not, will not meet our projections and the anticipated margins from the video game division.

ISP OPERATIONS

There is a distinct trend of consumers to switch from a dial-up connection to the broadband or DSL connection to the Internet. Our dial-up subscriber base as a whole has continued to experience attrition, as has been the experience of other local, regional, and national full service providers of this service. We

believe this trend will continue as high-speed connectivity becomes more available. Over the next 12-month period, we expect to experience continued net losses of our dial-up customers, yet we also expect to see net gains in our broadband customers over this same period of time. While we will continue efforts to convert our existing dial-up customers to our broadband products, there is no assurance that the overall change will be positive. In fact, based on other competing broadband products, such as cable Internet, we would expect the net effect of these customers to be negative.

In order to compensate for the loss of revenue from the dial up customer attrition, we have planned to diversify our product mix and become less reliant on the changes in the Internet connectivity market. Part of that shift is to expand our IT Services department. The next twelve months should see a shift in the percentage of our business revenues coming from business relationships with customers as we offer additional networking services, web design and development of new internet based products, such as the on-line video game rentals from our newly merged division.

BUSINESS OVERVIEW

ONLINE VIDEO GAME RENTAL SERVICES

In the United States, we are providing subscribers monthly access to a comprehensive library of gaming titles. We have multiple subscription plans, which allows subscribers to have one to three titles out at the

6

<PAGE>

same time with no due dates, late fees or shipping charges for plans ranging from $12.95 to $28.95 per month. Subscribers can receive an unlimited amount of titles in a month. In addition to its standard plan, we offer other service plans with different price points that allow subscribers to keep either fewer or more titles at the same time. Aided by our subscriber rating system, subscribers select titles on our web site, receive them by first-class mail, which are returned by them at their convenience using our prepaid mailers. Once a title has been returned, we mail the next available title in the subscriber's queue.

We utilize proprietary technology developed internally to manage the processing and distribution of our comprehensive library of games from its network of Distribution Centers (" DC's") nationwide. Game Distribution Software ("GDS") is a network of administrative functions including Order Fulfillment, Inventory Forecasting and Procurement, Inventory Control, Billing and Customer Service. Through our GDS network, distribution centers can communicate with each other to determine which games can be sent out to subscribers enabling maximum usage of on hand inventory throughout the entire company, which in turn reduces the amount of inventory purchases that we need to make. The software has an automated process of tracking and routing titles to and from each of our DC's and allocates order responsibilities among them. Our proprietary GDS software provides us with the opportunity to scale up our operation at any given time.

Through several pilot marketing programs conducted over the last 12 months, we expect our subscriber base will experience rapid growth. This is due, primarily, to the rapid consumer adoption of console game players, our comprehensive library of titles, timely delivery of games to the subscriber, effective web and affiliate marketing programs and excellent customer service.

Currently, we promote our service to consumers through various marketing and advertising programs, such as online promotions. To date, this has been our main source of marketing. However, television advertising, magazine and newspaper

insertions, college campus alliances, grocery and pharmacy chain marketing, and the development of strategic relationship with leading game console manufacturers and promotions with other third parties will be implemented upon the funding of the business. These programs are designed to encourage consumers to subscribe to our service, which includes a trial period. At the end of the trial period, subscribers are automatically enrolled as paying subscribers, unless they cancel their subscription. Approximately 74 percent of trial subscribers become paying subscribers. All paying subscribers are billed monthly.

The video game division stocks almost every title available on games disks, excluding adult content. We seek to establish revenue sharing relationships with more than twenty gaming developers and wholesale distributors.

Games are shipped throughout the United States. We currently have nine distribution centers located throughout the United States; however, games can still take up to five days to reach subscribers. This is generally a barrier to adding or retaining subscribers. However, we have several strategic partners that will offer a substantially flexible distribution network, which will give us several more strategically located distribution points throughout the United States. These distribution centers will allow us to provide the delivery and return service to our subscribers generally in one to two days.

We are focused on growing our subscriber base and revenues and utilizing our proprietary technology to minimize operating costs. The technology is extensively employed to manage and integrate this division, including a website interface, order processing, fulfillment operations and customer service. We believe our technology also allows us to maximize the library utilization and to run the fulfillment operations in a flexible manner with minimal capital requirements.

All of the video game rental revenues are generated in the United States, and substantially all the revenues are derived from monthly subscription fees.

7

<PAGE>

GOTTAPLAY'S WEB SITE--WWW.GOTTAPLAY.COM.

We have applied substantial resources to plan, develop and maintain proprietary technology to implement the features of our web site, such as subscription account signup and management, inventory optimization, overall subscriber satisfaction, and customer support. The software is written in a variety of programming languages and runs on industry standard platforms.

We believe our dynamic software optimizes subscriber satisfaction and management of the library by allowing each subscriber to view its current queue and rental history, as well as current inventory levels and real-time availability. The proprietary software also enables subscribers to prioritize their selections. In addition, the proprietary game search engine indexes its extensive library by title, genre, developer and publisher among others.

The proprietary software has been developed keeping scalability at its core. Expanding operations, including the roll-out of new distribution centers can be done with ease and in the most effective manner of time requiring the least amount of resources. The software has enabled the network of distribution centers across the country to communicate with one another in a real-time environment resulting in optimum levels of operation, delivery and customer satisfaction. Inventory levels can be viewed by all distribution centers by using the software. We are currently in its last stage development of the

purchasing application which uses proprietary algorithms to determine optimum
level of inventory purchases resulting in managed inventory procurement.

The Gottaplay account signup and management tools provide an easy to use
subscriber interface familiar to online shoppers. We will be integrating a
real-time postal address validation to help subscribers enter correct postal
addresses and to determine the additional postal address fields required to
assure speedy and accurate delivery. We use an online credit card authorization
service to help the subscribers avoid typographic errors in their credit card
entries. These features help prevent fraud and subscriber disappointment
resulting from failures to initiate a trial subscription.

Throughout the website, we have extensive measurement and testing
capabilities, allowing us to continuously optimize our website for our needs as
well as those of our subscribers. We use random control testing extensively.

Our website is run on hardware and software co-located at a service provider
offering reliable network connections, power, air conditioning and other
essential infrastructure. We manage the website 24 hours a day, seven days a
week. We utilize a variety of proprietary software, freely available and
commercially supported tools, integrated in a system designed to rapidly and
precisely diagnose and recover from failures. We conduct upgrades and
installations of software in a manner designed to minimize disruptions to its
subscribers.

MERCHANDIZING

All subscribers and site visitors are given many opportunities to rate
titles. We also provide ratings, reviews and third party recommendations to
assist them with selecting and prioritizing their queue. The game rating service
is used to help subscribers compare rating and recommendations from our online
shared community of gamers, as well as our Content on Demand service, to further
assist in the selection process of renting games. Reviews, ratings and
discussions are compiled through our online share3ed gaming community and then
displayed on our website for use by our subscribers. Content on Demand is an
exclusive service offered to our subscribers, which provides subscribers with
reviews, screenshots, trailers, and industry ratings.

8

<PAGE>
We also provide subscribers with decision support information about each
title in its library. This information includes:

o     Factual data, including rating, special game features and screen formats;

o     Editorial perspective,  including plot synopses,  game trailers and reviews
      written by  our  editors,  third  parties  and  by  other  Gottaplay.com
      subscribers; and

MARKETING

The video game rental division has multiple marketing channels through which
we attract subscribers to this service. Online advertising is the largest source
of new subscribers. We advertise the service online through paid search
listings, permission based e-mails, banner ads, and text on popular web portals
and other websites. In addition, we have an affiliate program whereby we make
available web-based banner ads and other advertisements that third parties may
retrieve on a self-assisted basis from our web site. Third parties that place
their advertisements and generate online subscriber referrals and are generally
paid a cash bounty for each subscriber referred to us, with no minimum or

maximum amounts for which we are liable.

We believe the paid marketing efforts will significantly enhance word-of-mouth advertising, subscriber referrals and active public relations programs. During 2006, online and word-of-mouth advertising accounted for approximately 95 percent of all new trial subscriber acquisitions.

We will also market through an aggressive offline retail program through gift card subscriptions. The cards will be sold at grocery, pharmacy and other mass merchants. A commission will be paid on each sale to the participating retailer. We intend to work with a number of other channels on an opportunistic basis. We also intend to develop relationships with leading consumer electronics and video retailers, which involve a variety of promotional efforts using point-of-sale materials, stickers on product packaging and other items to promote "Gottaplay.com" in their stores and those of their subsidiaries. In addition, and contingent on the securing of proper financing, we will launch television advertising campaigns in select markets beginning in the second quarter of 2007.

SUPPLIERS

We will acquire inventory either through revenue sharing agreements or direct purchases from distributors, wholesalers and manufacturers. Under the anticipated revenue sharing agreements with game developers and distributors, we generally would obtain titles for a low initial cost in exchange for a commitment to share a percentage of the subscription revenues for a defined period of time. After the revenue sharing period expires, the agreements generally grant us the right to acquire the title for a minimal cost. Currently, the inventory has been by direct purchases from distributors and wholesalers.

FULFILLMENT OPERATIONS

We currently stock more than 3,446 titles. We have allocated resources for the development, maintenance and testing of the proprietary technology that helps us manage the fulfillment of individual orders and the integration of our web site, transaction processing systems, fulfillment operations, inventory levels and coordination of the distribution centers.

With nine full scale distribution centers, we believe the added distribution centers allow us to improve the subscription experience for subscribers by shortening the transit time for the games through the U.S. Postal Service. Our mission is to continuously improve on the delivery transit time to each subscriber resulting in less attrition and greater subscriber retention. We continue to work closely with the United States Postal Service in an effort to improve the operations and to reach the near term goal of providing

9

<PAGE>
one-day delivery service to approximately 45 percent of the U.S. population or 60% of the subscriber base. Our goal is to gradually increase one-day coverage as we roll out additional distribution centers (based on subscriber concentration) to meet the growing demand.

CUSTOMER SERVICE

We believe our ability to establish and maintain long-term relationships with subscribers depend, in part, on the strength of our customer support and service operations. We encourage and utilize frequent communication with and feedback from the subscribers in order to continually improve the web site and our service. Our customer service center is open seven days a week. We primarily utilize e-mail to proactively correspond with subscribers. We also offer phone

support for subscribers who prefer to talk directly with a customer service representative. This division will focus on eliminating the causes of customer support calls and automating certain self-service features on the web site, such as the ability to report and correct most shipping problems.

COMPETITION

The market for in-home video game entertainment is intensely competitive and subject to rapid change. Many consumers maintain simultaneous relationships with multiple in-home game entertainment providers and can easily shift spending from one provider to another. For example, consumers may rent a game from Blockbuster, buy a game from Wal-Mart and subscribe to Gottaplay, or some combination thereof, all in the same month.

Game rental outlets and retailers with whom we compete include Blockbuster, Hollywood Entertainment, Amazon.com, Wal-Mart Stores and Best Buy. We believe our scalable business model, the subscription service with home delivery and access to our comprehensive library of more than 3,446 titles compete favorably against traditional game rental outlets.

We also compete against other online game subscription services, such as GameFly.com and NumbThumb.com among others.

Online video gaming (OVG) has received considerable media attention recently. Within a few years, we believe OVG will become widely available to Internet enabled game consoles subscribers. OVG carries as many titles as can be effectively merchandized on a game console platform, which we believe to be generally up to 100 recent releases. For consumers who primarily want the latest big releases, OVG may be a convenient distribution channel. We believe this strategy of developing a large and growing subscriber base and the ability to personalize the library to each subscriber by leveraging the extensive database of user preferences, also positions us favorably, to provide digital distribution of filmed entertainment as that market develops. We will also begin to enter the OVG market in 2007 offering gaming servers to allow gamers to play each other over the Internet.

INTELLECTUAL PROPERTY

We use a combination of copyright, trade secret laws and confidentiality agreements to protect our proprietary intellectual property. We intend to aggressively register the trademark for the "Gottaplay.com" name and copyrights on the content of our web site. We intend to file applications for additional trademarks as well.

Enforcement of intellectual property rights is costly and time consuming. To date, we have relied primarily on proprietary processes and know-how to protect our intellectual property. It is uncertain if and when patent and trademark applications may be allowed and whether they will provide us with a competitive advantage.

10

<PAGE>

From time to time, we may encounter disputes over rights and obligations concerning intellectual property. We believe our service offering does not infringe the intellectual property rights of any third party. However, there can be no assurance that we will prevail in any intellectual property dispute.

EMPLOYEES

As of September 30, 2006, the video rental division has five full-time

employees/officers. Three of these employees are engaged in sales, marketing and operations, and, two are engaged in finance and administration. None of the employees are represented by a labor union or a collective bargaining agreement. We consider our relations with these employees to be good.

In addition, we use the services of contract labor provided by personnel agencies, along with eight independent consultants.

GOVERNMENT REGULATION

There are currently few laws or regulations directly governing access to, or commerce upon, the Internet. Due to the increasing popularity and use of the Internet, it is possible that a number of laws and regulations may be adopted with respect to the Internet, covering issues such as user privacy, pricing and characteristics and quality of products and services.

Such legislation could dampen the growth in the use of the Internet generally and decrease the acceptance of the Internet as a communications and commercial medium, and could, thereby, have a material adverse effect on our business, results of operations and financial condition. Other nations, such as Germany, have taken actions to restrict the free flow of material deemed to be objectionable on the Internet. In addition, several connectivity carriers are seeking to have connectivity over the Internet regulated by the Federal Communications Commission in the same manner as other connectivity services. For example, America's Carriers Connectivity Association has filed a petition with the Commission for this purpose. In addition, because the growing popularity and use of the Internet has burdened the existing connectivity infrastructure and many areas with high Internet use have begun to experience interruptions in phone service, local telephone carriers, such as Pacific Bell, have petitioned the Commission to regulate Internet service providers and online service providers, in a manner similar to long distance telephone carriers and to impose access fees on these service providers. If either of these petitions is granted, or the relief sought therein is otherwise granted, the costs of communicating on the Internet could increase substantially, potentially slowing the growth in use of the Internet, which could in turn decrease the demand for our products.

Also, it is possible that laws will be adopted or current laws interpreted in a manner to impose liability on online service providers, such as us, for linking to third party content providers and other Internet sites that include materials that infringe copyrights or other rights of others. Such laws and regulations if enacted could have an adverse effect on our business, operating results and financial condition. Moreover, the applicability to the Internet upon the existing laws governing issues such as property ownership, copyright defamation, obscenity and personal privacy is uncertain, and we may be subject to claims that our services violate such laws. Any such new legislation or regulation or the application of existing laws and regulations to the Internet could have a material adverse effect on our business, operating results and financial condition.

ISP OPERATIONS

CUSTOMER SERVICE

11

<PAGE>
We currently provide customer service and technical support directly to our customers (versus outsourcing). We view customer service as one of the most important components of our business and pride ourselves on a high quality and responsive customer service department. In addition to customer service for our ISP customers, we provide the base support for the game rental division.

## COMPETITION

Our current and prospective competitors include many large companies that have substantially greater market presence, financial, technical, marketing and other resources than we have. We compete directly or indirectly with the following categories of companies:

Established national online services, such as AOL, MSN, Comcast and United Online; local and regional ISPs; national telecommunications companies; regional bells operating broadband providers such as cable providers and utility companies; and local and long distance telephone companies, such as Bell South, Verizon and SBC Communications.

The Technology Network (TechNet), a national network of CEO's from the nation's leading technology companies has set out a series of objects to support and encouraged the government "...to make broadband a national priority and to set a goal of making an affordable 100-megabits per second broadband connection available to 100 million American homes and small businesses by 2010....with a potential impact of $500 billion on the United States economy... true broadband is the key to the next generation of communications and Internet services."(6) WWW.IDCRESEARCH.COM President Bush emphasized, "in order to make sure the economy grows, we must bring the promise of broadband technology to millions of Americans." A large part of this growth will occur in outlying areas.

## INTELLECTUAL PROPERTY

We do not have any registered trademarks. We utilize the trade names: DONOBi, Inc; DONOBi.com; DONOBi HotSpot; Velociti; DONOBi DSL; KOA Internet, Inc.; and Hawaiian.net.

## MARKETING

Our marketing for Internet services has consisted of direct marketing, community event advertising, print ads, and radio advertising. Future advertising will consist of bundling of services with other divisions within the corporation for added value to the customer.

## SUPPLIERS

Our primary suppliers are larger telecommunications companies (Qwest and Sprint/Embarq) that provide DSL connectivity and T1 lines; local Public Utility Districts that supply us with Fiber to the Home connections; and wholesale dial up aggregators that supply a portion of our dial up phone connections to the Internet. While we rely on each of these to provide service to us, for us to in turn service our customers, no single supplier would affect all the customers.

## EMPLOYEES

As of the date of this Report, we have 12 employees. Our employees are distributed as: 2 Accounting, 2 Customer Service, 4 Technical, 2 IT Services, and 2 Management. Our operations are non-union. There has been no history of labor strikes or unrest at any of our facilities. We believe that our relationship with our employees is satisfactory. In addition, management believes that the available labor force in the geographic areas where our facilities are located are sufficient to support current operations anticipated over the next 12 months.

12

<PAGE>

BOARD MEMBERS AND KEY MANAGEMENT POSITIONS

Our board of directors consists of John P. Gorst, M. Carroll Benton, Mark Levin, William Wright, III and Norm Johnson.

Our executive officers are:

o John P. Gorst, Chief Executive Office and Chairman of the Board
o M. Carroll Benton, Chief Financial Officer, Chief Administrative Officer, Secretary, Treasurer and Director
o William Wright, III, Chief Operations Officer and Director
o Asra Rasheed, President

RISK FACTORS

The actual results of the combined company may differ materially from those anticipated in these forward-looking statements. Donobi and Gottaplay will operate as a combined company in market environments that are difficult to predict and that involve significant risks and uncertainties, many of which will be beyond the combined company's control. Additional risks and uncertainties not presently known to us, or that are not currently believed to be important to you, if they materialize, also may adversely affect the combined company.

RISKS RELATING TO OUR BUSINESS

GOTTAPLAY HAS NOT HAD AN OPERATING PROFIT SINCE ITS INCEPTION. CONTINUING LOSSES MAY EXHAUST OUR CAPITAL RESOURCES AND FORCE US TO DISCONTINUE OPERATIONS.

Through September 30, 2006, Gottaplay has incurred cumulative losses of $2,771,749. We cannot assure you that following the acquisition of Gotaplay we will achieve profitability in the immediate future or at any time.

WE HAVE HAD SIGNIFICANT WORKING CAPITAL DEFICITS, WHICH MAKES IT MORE DIFFICULT TO OBTAIN CAPITAL NECESSARY FOR OUR OPERATIONS, WHICH MAY HAVE AN ADVERSE EFFECT ON OUR FUTURE BUSINESS.

As of September 30, 2006, we had a working capital deficit of $2,639,074. If all of the current liabilities were to become due at the same time, we would not be able to pay them in full, which most likely would have a material negative impact on our business and future prospects.

We cannot assure you that we can achieve or sustain profitability on a quarterly or annual basis in the future. If revenues grow more slowly than we anticipate, or if operating expenses exceed our expectations or cannot be adjusted accordingly, we will continue to incur losses. We will continue to incur losses until we are able to establish significant subscriptions for our game rentals over the Internet. Our possible success is dependent upon the successful development and marketing of our web site and products, as to which there is no assurance. Any future success that we might enjoy will depend upon many factors, including factors out of our control or which cannot be predicted at this time. These factors may include changes in or increased levels of competition, including the entry of additional competitors and increased success by existing competitors, changes in general economic conditions, increases in operating costs, including costs of supplies, personnel and equipment, reduced margins caused by competitive pressures and other factors. These conditions may have a materially adverse effect upon us or may force us to reduce or curtail operations. In addition, we will require additional funds to sustain and expand our sales and

13

<PAGE>
marketing activities, particularly if a well-financed competitor emerges. If
will we need additional financing, however there can be no assurance that
financing will be available in amounts or on terms acceptable to us, if at all.
The inability to obtain sufficient funds from operations and external sources
would require us to curtail or cease operations. Any additional equity financing
will involve substantial dilution to our then existing shareholders.

IF OUR EFFORTS TO ATTRACT GAME RENTAL  SUBSCRIBERS  ARE NOT SUCCESSFUL,
OUR REVENUES WILL BE AFFECTED ADVERSELY.

We must continue to attract and retain subscribers. We typically retain
approximately 74.7% of our new customers from the trial to membership phase. We
typically retain approximately 71.1% of our customers after one month of
membership, 68.4% after two months of membership and 65.7% after three months of
membership. Thereafter, we lose approximately 2.7% each month of our new
customers. To succeed, we must continue to attract a number of subscribers who
have traditionally used game retailers, and game rental outlets. Our ability to
attract and retain subscribers will depend in part on our ability to
consistently provide our subscribers a high quality experience for selecting,
receiving, playing and returning titles. If consumers do not perceive our
service offering to be of quality, or if we introduce new services that are not
favorably received by them, we may not be able to attract or retain subscribers.
If our efforts to satisfy our existing subscribers are not successful, we may
not be able to attract new subscribers, and as a result, our revenues will be
affected adversely.

IF WE EXPERIENCE EXCESSIVE RATES OF SUBSCRIBER CHURN, OUR REVENUES AND
BUSINESS WILL BE HARMED.

We must minimize the rate of loss of existing subscribers while adding new
subscribers. We typically retain approximately 74.7% of our new customers from
the trial to membership phase. We typically retain approximately 71.1% of our
customers after one month of membership, 68.4% after two months of membership
and 65.7% after three months of membership. Thereafter, we lose approximately
2.7% each month of our new customers. Subscribers cancel their subscription to
our service for many reasons, including a perception that they do not use the
service sufficiently, delivery takes too long, the service is a poor value and
customer service issues are not satisfactorily resolved. We must continually add
new subscribers both to replace subscribers who cancel and to grow our business
beyond our current subscriber base. If too many of our subscribers cancel our
service, or if we are unable to attract new subscribers in numbers sufficient to
grow our business, our operating results will be adversely affected. Further, if
excessive numbers of subscribers cancel our service, we may be required to incur
significantly higher marketing expenditures than we currently anticipate
replacing these subscribers with new subscribers.

IF WE ARE UNABLE TO OFFSET INCREASED DEMAND FOR GAMES WITH INCREASED
SUBSCRIBER RETENTION OUR OPERATING MARGINS AND OUR OPERATING RESULTS MAY BE
AFFECTED ADVERSELY.

Subscribers to our service can play as many games as they want every month
and, depending on the service plan, may have out between one and three games at
a time. With our use our nine DC's and our proprietary GDS, we have reduced the
transit time of games. As a result, our subscribers have been able to exchange
more titles each month, which has increased our operating costs. As we establish
additional DC's or further refine our distribution process and GDS, we may see a
continued increase in usage by our subscribers. If our subscriber retention does
not increase or our operating margins do not improve to an extent necessary to
offset the effect of increased operating costs, our operating results will be

adversely affected.

In addition, subscriber demand for games may increase for a variety of other reasons beyond our control, including promotion by manufacturers, the introduction of new gaming platforms and the scarcity of the most popular games. Our subscriber growth and retention may be affected adversely if we attempt to

14

<PAGE>
increase our monthly subscription fees to offset any increased costs of acquiring or delivering games.

IF OUR SUBSCRIBERS SELECT TITLES THAT ARE MORE EXPENSIVE FOR US TO ACQUIRE AND DELIVER MORE FREQUENTLY, OUR EXPENSES WILL INCREASE.

Certain games cost us more to acquire depending on the source from whom they are acquired and the terms on which they are acquired. If subscribers select these games more often on a proportional basis compared to all games selected, then game acquisition expenses could increase, and our gross margins could be adversely affected.

ANY SIGNIFICANT DISRUPTION IN SERVICE ON OUR WEB SITE OR IN OUR COMPUTER SYSTEMS COULD RESULT IN A LOSS OF SUBSCRIBERS.

Subscribers and potential subscribers access our service through our Web site, where the game selection process is integrated with our delivery processing systems and software. Our reputation and ability to attract, retain and serve our subscribers is dependent upon the reliable performance of our Web site, network infrastructure and fulfillment processes. Interruptions in these systems could make our Web site unavailable and hinder our ability to fulfill selections. Service interruptions or the unavailability of our Web site could diminish the overall attractiveness of our subscription service to existing and potential subscribers.

Our servers are vulnerable to computer viruses, physical or electronic break-ins and similar disruptions, which could lead to interruptions and delays in our service and operations as well as loss, misuse or theft of data. Any attempts by hackers to disrupt our Web site service or our internal systems, if successful, could harm our business, be expensive to remedy and damage our reputation. We do not have an insurance policy that covers expenses related to direct attacks on our Web site or internal systems. Efforts to prevent hackers from entering our computer systems are expensive to implement and may limit the functionality of our services. Any significant disruption to our Web site or internal computer systems could result in a loss of subscribers and adversely affect our business and results of operations.

Our servers utilize a number of techniques to track, deter and thwart attacks from computer viruses, physical or electronic break-ins and similar disruptions, which could lead to interruptions and delays in our service and operations as well as loss, misuse or theft of data. We currently use both hardware and software to secure our systems, network and, most importantly, our data from these attacks. This includes several layers of security in place for our protection and that of our member's data. We also have procedures in place to ensure that the latest security patches and software are running on our servers - thus maintaining another level of security.

IF GOVERNMENT REGULATION OF THE INTERNET OR OTHER AREAS OF OUR BUSINESS CHANGES OR IF CONSUMER ATTITUDES TOWARD USE OF THE INTERNET CHANGE, WE MAY NEED TO CHANGE THE MANNER IN WHICH WE CONDUCT OUR BUSINESS, OR INCUR GREATER OPERATING EXPENSES.

The adoption or modification of laws or regulations relating to the Internet or other areas of our business could limit or otherwise adversely affect the manner in which we currently conduct our business. In addition, the growth and development of the market for online commerce may lead to more stringent consumer protection laws, which may impose additional burdens on us. If we are required to comply with new regulations or legislation or new interpretations of existing regulations or legislation, this compliance could cause us to incur additional expenses or alter our business model.

The manner in which Internet and other legislation may be interpreted and enforced cannot be precisely determined and may subject either us or our customers to potential liability, which in turn could have an

15

<PAGE>
adverse effect on our business, results of operations and financial condition. The adoption of any laws or regulations that adversely affect the popularity or growth in use of the Internet could decrease the demand for our subscription service and increase our cost of doing business.

In addition, if consumer attitudes toward use of the Internet change, consumers may become unwilling to select their entertainment online or otherwise provide us with information necessary for them to become subscribers. Further, we may not be able to effectively market our services online to users of the Internet. If we are unable to interact with consumers because of changes in their attitude toward use of the Internet, our subscriber acquisition and retention may be affected adversely.

IF OUR EFFORTS TO BUILD STRONG BRAND IDENTITY AND IMPROVE SUBSCRIBER SATISFACTION AND LOYALTY ARE NOT SUCCESSFUL, WE MAY NOT BE ABLE TO ATTRACT OR RETAIN SUBSCRIBERS, AND OUR OPERATING RESULTS WILL BE AFFECTED ADVERSELY.

The Gottaplay brand is young, and we must continue to build strong brand identity. To succeed, we must continue to attract and retain a number of owners of video game players who have traditionally relied on store-based rental outlets and persuade them to subscribe to our service through our Web site. We may be required to incur significantly higher advertising and promotional expenditures than we currently anticipate attracting numbers of new subscribers. We believe that the importance of brand loyalty will increase with a proliferation of game subscription services and other means of distributing games disks. If our efforts to promote and maintain our brand are not successful, our operating results and our ability to attract and retain subscribers will be affected adversely.

IF WE ARE UNABLE TO MANAGE THE MIX OF SUBSCRIBER ACQUISITION SOURCES, OUR SUBSCRIBER LEVELS MAY BE AFFECTED ADVERSELY AND OUR MARKETING EXPENSES MAY INCREASE.

We utilize a mix of incentive-based and fixed-cost marketing programs to promote our service to potential new subscribers. We obtain a portion of our new subscribers through our online marketing efforts, direct links and our active affiliate program. While we opportunistically adjust our mix of incentive-based and fixed-cost marketing programs, we attempt to manage the marketing expenses to come within a prescribed range of acquisition cost per subscriber. To date, we have been able to manage our acquisition cost per subscriber; however, if we are unable to maintain or replace our sources of subscribers with similarly effective sources, or if the cost of our existing sources increases our subscriber levels may be affected adversely and our cost of marketing may increase.

IF WE ARE UNABLE TO CONTINUE USING OUR CURRENT MARKETING CHANNELS, OUR
ABILITY TO ATTRACT NEW SUBSCRIBERS MAY BE AFFECTED ADVERSELY.

We may not be able to continue to support the marketing of our service by
current means if such activities are no longer available to us or are adverse to
our business. In addition, we may be foreclosed from certain channels due to
competitive reasons. If companies that currently promote our service decide to
enter our business or a similar business, we may no longer be given access to
such channels. If the available marketing channels are curtailed, our ability to
attract new subscribers may be affected adversely.

IF WE ARE UNABLE TO COMPETE EFFECTIVELY, OUR BUSINESS WILL BE AFFECTED
ADVERSELY.

The market for in-home gaming products is intensely competitive and subject
to rapid change. Many consumers maintain simultaneous relationships with
multiple in-home entertainment providers and can easily shift spending from one
provider to another. For example, consumers may rent a game from Blockbuster,
buy a game from Wal-Mart and subscribe to our service, or some combination
thereof, all in the same month. Competitors may be able to launch new businesses
at relatively low cost. Game rentals

16

<PAGE>

represent only one of many existing and potential new technologies for playing
games. If we are unable to successfully compete with current and new competitors
and technologies, we may not be able to achieve adequate market share, increase
our revenues or achieve profitability. Our principal competitors include, or
could include:

o  Game rental outlets, such as Blockbuster and Hollywood Entertainment;
o  Game retail stores, such as Best Buy, Wal-Mart and Amazon.com;
o  Subscription game rental services, such as GameFly and GameznFlix; and
o  Online game sites, such as Rcade.com

Many of our competitors have longer operating histories, larger customer
bases, greater brand recognition and significantly greater financial, marketing
and other resources than we do. Some of our competitors have adopted, and may
continue to adopt, aggressive pricing policies and devote substantially more
resources to marketing and Web site and systems development than we do. The
growth of our online subscription business since our inception may attract
direct competition from larger companies with significantly greater financial
resources and national brand recognition. Increased competition may result in
reduced operating margins, loss of market share and reduced revenues. In
addition, our competitors may form or extend strategic alliances with
manufacturers and distributors that could adversely affect our ability to obtain
titles on favorable terms.

IF WE EXPERIENCE DELIVERY PROBLEMS OR IF OUR SUBSCRIBERS OR POTENTIAL
SUBSCRIBERS LOSE CONFIDENCE IN THE US MAIL SYSTEM, WE COULD LOSE SUBSCRIBERS,
WHICH COULD ADVERSELY AFFECT OUR OPERATING RESULTS.

We rely exclusively on the U.S. Postal Service to deliver game disks from our
DC's and to return the game disks to us from our subscribers. We are subject to
risks associated with using the public mail system to meet our shipping needs,
including delays caused by bioterrorism, potential labor activism and inclement
weather. Our games are also subject to risks of breakage during delivery and
handling by the U.S. Postal Service. The risk of breakage is also impacted by

the materials and methods used to replicate our game disks. If the entities replicating our game disks use materials and methods more likely to break during delivery and handling or we fail to timely deliver the games to our subscribers, our subscribers could become dissatisfied and cancel our service, which could adversely affect our operating results. In addition, increased breakage rates for our games will increase our cost of acquiring titles.

STANDARDS FOR COMPLIANCE WITH SECTION 404 OF THE SARBANES-OXLEY ACT OF 2002 ARE UNCERTAIN, AND IF WE FAIL TO COMPLY IN A TIMELY MANNER, OUR BUSINESS COULD BE HARMED AND OUR STOCK PRICE COULD DECLINE.

Rules adopted by the SEC pursuant to Section 404 of the Sarbanes-Oxley Act of 2002 require annual assessment of our internal control over financial reporting, and attestation of its assessment by our independent registered public accountants. The SEC has extended the compliance dates for certain filers and, accordingly, we believe that this requirement will first apply to our annual report for fiscal 2008. The standards that must be met for management to assess the internal control over financial reporting as effective are new and complex, and require significant documentation, testing and possible remediation to meet the detailed standards. We may encounter problems or delays in completing activities necessary to make an assessment of our internal control over financial reporting. In addition, the attestation process by our independent registered public accountants is new and we may encounter problems or delays in completing the implementation of any requested improvements and receiving an attestation of its assessment by our independent registered public accountants. If we cannot assess our internal control over financial reporting as effective, or our independent registered public accountants are unable to provide an unqualified attestation report on such assessment, investor confidence and share value may be negatively impacted.

17

<PAGE>
OUR ARTICLES OF INCORPORATION INCLUDE PROVISIONS TO THE EFFECT THAT WE MAY INDEMNIFY ANY DIRECTOR, OFFICER, OR EMPLOYEE. IN ADDITION, PROVISIONS OF NEVADA LAW PROVIDE FOR SUCH INDEMNIFICATION.

Any indemnification of directors, officer, or employees, could result in substantial expenditures being made by our company in covering any liability of such persons or in indemnifying them. If we are required to incur expenditures as a result of indemnification of our directors, officers or employees for any reason our net income will decrease as a result of increased expenses.

WE COULD FAIL TO ATTRACT OR RETAIN KEY PERSONNEL, WHICH COULD BE DETRIMENTAL TO OUR OPERATIONS

Our success largely depends on the efforts and abilities of John P. Gorst, Chief Executive Officer, M. Carroll Benton, Chief Financial Officer, William M. Wright, III, Chief Operating Officer, and Asra Rasheed, President. The loss of the services of any of these individuals could materially harm our business because of the cost and time necessary to find their successors. Such a loss would also divert management attention away from operational issues. We do not presently maintain key-man life insurance policies on our officers. We also have other key consultants and outside contractors who manage our operations, and if we were to lose their services, senior management would be required to expend time and energy to find and train their replacements. To the extent that we are smaller than our competitors and have fewer resources we may not be able to attract the sufficient number of qualified staff.

WE ARE SUBJECT TO PRICE VOLATILITY DUE TO OUR OPERATIONS MATERIALLY FLUCTUATING

As a result of the evolving nature of the markets in which we compete, as well as the current nature of the public markets and our current financial condition, we believe that our operating results may fluctuate materially, as a result of which quarter-to-quarter comparisons of our results of operations may not be meaningful. If in some future quarter, whether as a result of such a fluctuation or otherwise, our results of operations fall below the expectations of securities analysts and investors, the trading price of our common stock would likely be materially and adversely affected. You should not rely on our results of any interim period as an indication of our future performance. Additionally, our quarterly results of operations may fluctuate significantly in the future as a result of a variety of factors, many of which are outside our control. Factors that may cause our quarterly results to fluctuate include, among others:

o   our ability to retain existing gaming subscribers and ISP customers;
o   our ability to attract gaming subscribers and ISP customers at a steady rate;
o   our ability to maintain subscriber and customer satisfaction;
o   the extent to which our subscriber services and ISP products gain market acceptance;
o   introductions of products and services by competitors;
o   price competition in the markets in which we compete;
o   our ability to attract, train, and retain skilled management;
o   the amount and timing of operating costs and capital expenditures relating to the expansion of our business, operations, and infrastructure; and
o   general economic conditions and economic conditions specific to the Internet service and gaming industry.

IF WE ARE UNABLE TO RESPOND TO THE RAPID CHANGES IN TECHNOLOGY AND SERVICES, WHICH CHARACTERIZE OUR GAME RENTAL AND ISP SERVICES, OUR BUSINESS AND FINANCIAL CONDITION COULD BE NEGATIVELY AFFECTED

Our game rental and ISP operations are directly impacted by changes in the Internet services industry. The Internet products and services industry is subject to rapid technological change, frequent new product

18

<PAGE>

and service introductions and evolving industry standards. Changes in technology could affect the market for our services. We believe that our future success will depend largely on our ability to anticipate or adapt to such changes, to offer on a timely basis, services and products that meet these evolving standards and demand of our customers. We cannot offer any assurance that we will be able to respond successfully to these or other technological changes, or to new products and services offered by our current and future competitors, and cannot predict whether we will encounter delays or problems in these areas, which could have a material adverse affect on our business, financial condition and results of operations.

WE MAY BE UNABLE TO PROTECT OUR INTELLECTUAL PROPERTY ADEQUATELY OR COST EFFECTIVELY, WHICH MAY CAUSE US TO LOSE MARKET SHARE OR REDUCE PRICES.

Our future success depends significantly on our ability to protect and preserve its proprietary rights related to its technology and resulting products. We cannot assure you that we will be able to prevent third parties from using our intellectual property rights and technology without our authorization. While we intend to pursue aggressively efforts to obtain patent protection for our technology, we will also rely on trade secrets, common law trademark rights and trademark registrations, as well as confidentiality and

work for hire development, assignment and license agreements with employees, consultants, third party developers, licensees and customers. However, these measures afford only limited protection and may be flawed or inadequate. Also, enforcing intellectual property rights could be costly and time-consuming and could distract management's attention from operating business matters.

OUR INTELLECTUAL PROPERTY MAY INFRINGE ON THE RIGHTS OF OTHERS, RESULTING IN COSTLY LITIGATION.

In recent years, there has been significant litigation in the United States involving patents and other intellectual property rights. In particular, there has been an increase in the filing of suits alleging infringement of intellectual property rights, which pressure defendants into entering settlement arrangements quickly to dispose of such suits, regardless of their merits. Other companies or individuals may allege that we infringe on their intellectual property rights. Litigation, particularly in the area of intellectual property rights, is costly and the outcome is inherently uncertain. In the event of an adverse result, we could be liable for substantial damages and we may be forced to discontinue our use of the subject matter in question or obtain a license to use those rights or develop non-infringing alternatives. Any of these results would increase our cash expenditures, adversely affecting our financial condition.

WE MAY NOT BE ABLE TO MANAGE OUR GROWTH EFFECTIVELY, WHICH COULD ADVERSELY AFFECT OUR OPERATIONS AND FINANCIAL PERFORMANCE.

The ability to manage and operate our business as we execute our development and growth strategy will require effective planning. Significant rapid growth could strain our internal resources, and other problems that could adversely affect our financial performance. We expect that our efforts to grow the game rental services will place a significant strain on our personnel, management systems, infrastructure and other resources. Our ability to manage future growth effectively will also require us to successfully attract, train, motivate, retain and manage new employees and continue to update and improve our operational, financial and management controls and procedures. If we do not manage our growth effectively, our operations could be adversely affected, resulting in slower growth and a failure to achieve profitability.

BEING A PUBLIC COMPANY WILL INCREASE ADMINISTRATIVE COSTS, WHICH COULD RESULT IN LOWER NET INCOME, AND MAKE IT MORE DIFFICULT FOR US TO ATTRACT AND RETAIN KEY PERSONNEL.

As a public company, we incur significant legal, accounting and other expenses. The Sarbanes-Oxley Act of 2002, as well as new rules subsequently implemented by the SEC, has required changes in corporate governance practices of public companies. We expect that these new rules and regulations will increase

19

<PAGE>

our legal and financial compliance costs and make some activities more time consuming. These new rules and regulations could also make it more difficult for us to attract and retain qualified executive officers and qualified members of our Board of Directors, particularly to serve on our audit committee.

RISKS RELATED TO OUR COMMON STOCK

OUR COMMON STOCK MAY BE AFFECTED BY LIMITED TRADING VOLUME AND MAY FLUCTUATE SIGNIFICANTLY, WHICH MAY AFFECT OUR SHAREHOLDERS' ABILITY TO SELL SHARES OF OUR

COMMON STOCK

There has been a limited public market for our common stock and there can be no assurance that a more active trading market for our common stock will develop. An absence of an active trading market could adversely affect our shareholders' ability to sell our common stock in short time periods, or possibly at all. Our common stock has experienced, and is likely to experience in the future, significant price and volume fluctuations, which could adversely affect the market price of our common stock without regard to our operating performance. In addition, we believe that factors such as quarterly fluctuations in our financial results and changes in the overall economy or the condition of the financial markets could cause the price of our common stock to fluctuate substantially. These fluctuations may also cause short sellers to enter the market from time to time in the belief that we will have poor results in the future. We cannot predict the actions of market participants and, therefore, can offer no assurances that the market for our stock will be stable or appreciate over time. The factors may negatively impact shareholders' ability to sell shares of our common stock.

OUR COMMON STOCK COULD BE CONSIDERED A "PENNY STOCK" AND MAY BE DIFFICULT TO SELL.

Our common stock could be considered to be a "penny stock" if it meets one or more of the definitions in Rules 15g-2 through 15g-6 promulgated under Section 15(g) of the Exchange Act. These include but are not limited to the following: (i) the stock trades at a price less than $5.00 per share; (ii) it is not traded on a "recognized" national exchange; (iii) it is not quoted on the NASDAQ Stock Market, or even if so quoted, has a price less than $5.00 per share; or (iv) is issued by a company with net tangible assets less than $2,000,000, if in business longer than three continuous years, or with average revenues of less than $6,000,000 for the past three years. The principal result or effect of being designated a "penny stock" is that securities broker-dealers cannot recommend the stock but must trade in it on an unsolicited basis.

Additionally, Section 15(g) of the Exchange Act and Rule 15g-2 promulgated thereunder by the SEC require broker-dealers dealing in penny stocks to provide potential investors with a document disclosing the risks of penny stocks and to obtain a manually signed and dated written receipt of the document before effecting any transaction in a penny stock for the investor's account.

Moreover, Rule 15g-9 requires broker-dealers in penny stocks to approve the account of any investor for transactions in such stocks before selling any penny stock to that investor. This procedure requires the broker-dealer to:

(i)     obtain from the investor information concerning his or her financial situation, investment experience and investment objectives;

(ii)    reasonably determine, based on that information, that transactions in penny stocks are suitable for the investor and that the investor has sufficient knowledge and experience as to be reasonably capable of evaluating the risks of penny stock transactions;

(iii)   provide the investor with a written statement setting forth the basis on which the broker-dealer made the determination in (ii) above; and

(iv)    receive a signed and dated copy of such statement from the investor, confirming that it accurately reflects the investor's financial situation, investment experience and investment

20

<PAGE>

objectives. Compliance with these requirements may make it more difficult for holders of our common stock to resell their shares to third parties or to otherwise dispose of them in the market or

otherwise.

THERE IS NO ASSURANCE OF AN ESTABLISHED PUBLIC TRADING MARKET, WHICH WOULD
ADVERSELY AFFECT THE ABILITY OF INVESTORS IN GOTTAPLAY TO SELL THEIR SECURITIES
IN THE PUBLIC MARKET.

Even though our shares of common stock are expected to continue to be quoted
on the OTC Bulletin Board, we cannot predict the extent to which a trading
market will develop or how liquid that market might become. In addition, most
common shares outstanding after the Merger, including the shares issued to
Gotaplay stockholders, are "restricted securities" within the meaning of Rule
144 promulgated by the SEC, and will therefore be subject to certain limitations
on the ability of holders to resell such shares. Accordingly, holders of our
common stock may be required to retain their shares for an indefinite period of
time. We are a party to certain agreements and holders of its warrants requiring
it, under certain circumstances, to use its best efforts to prepare and file
with the Securities and Exchange Commission a registration statement on an
appropriate form covering the offer and resale to the public of the shares of
our common stock upon exercise of the warrants. Consequently, we may expect to
prepare and file with the Securities and Exchange Commission as soon as
practical, and to use our best efforts to cause to be declared effective, such a
registration statement.

The OTC Bulletin Board is an inter-dealer, over-the-counter market that
provides significantly less liquidity than the NASD's automated quotation system
(the "NASDAQ Stock Market"). Quotes for stocks included on the OTC Bulletin
Board are not listed in the financial sections of newspapers, as are those for
the NASDAQ Stock Market. Therefore, prices for securities traded solely on the
OTC Bulletin Board may be difficult to obtain and holders of common stock may be
unable to resell their securities at or near their original offering price or at
any price. Market prices for our common stock will be influenced by a number of
factors, including:

o   the issuance of new equity securities pursuant to a future offering;
o   changes in interest rates;
o   competitive developments, including announcements by competitors of new
    products or services or significant contracts, acquisitions, strategic
    partnerships, joint ventures or capital commitments;
o   variations in quarterly operating results;
o   change in financial estimates by securities analysts;
o   the depth and liquidity of the market for Gottaplay's common stock;
o   investor perceptions of Gottaplay and of game rental generally;and
o   general economic and other national conditions.

THE AUTHORIZATION AND ISSUANCE OF PREFERRED STOCK MAY PREVENT OR DISCOURAGE A
CHANGE IN OUR MANAGEMENT.

We are authorized to issue up to 5,000,000 shares of preferred stock without
stockholder approval. Such shares will have terms, conditions, rights,
preferences and designations as the Board may determine. The rights of the
holders of our common stock will be subject to, and may be adversely affected
by, the rights of the holders of any preferred stock that may be issued in the
future. The issuance of preferred stock, while providing desirable flexibility
in connection with possible acquisitions and other corporate purposes, could
have the effect of discouraging a person from acquiring a majority of our
outstanding common stock.

IT MAY BE DIFFICULT FOR A THIRD PARTY TO ACQUIRE US, AND THIS COULD DEPRESS
OUR STOCK PRICE.

<PAGE>

Nevada corporate law includes provisions that could delay, defer or prevent a change in control of our company or our management. These provisions could discourage information contests and make it more difficult for you and other stockholders to elect directors and take other corporate actions. As a result, these provisions could limit the price that investors are willing to pay in the future for shares of our common stock. For example:

o   without prior stockholder approval, the Board of Directors has the authority to issue one or more classes of preferred stock with rights senior to those of common stock and to determine the rights, privileges and inference of that preferred stock;

o   there is no cumulative voting in the election of directors, which would otherwise allow less than a majority of stockholders to elect director candidates; and

o   stockholders cannot call a special meeting of stockholders.

ITEM 2.          DESCRIPTION OF PROPERTY.

We are headquartered at 3226 Rosedale Street, Suite 200, Gig Harbor, Washington 98335 and our telephone number is (253) 853-4145. We lease approximately 1,500 square feet on a three (3) year lease. We pay a monthly fee of approximately $2,700 for the use of these facilities. We also maintain an Internet site on the World Wide Web ("WWW") at WWW.GOTTAPLAY.COM and WWW.DONOBI.COM. Information contained on our Web sites is not and should not be deemed to be a part of this Form 10-KSB.

We lease approximately 1,900 square feet of office space at 200 N Harbor Blvd Ste 201, Anaheim CA 92805. We pay approximately $2,145 on a one (1) year lease. Our marketing and inventory is housed in this facility, along with a Distribution Center operation.

We lease facilities at 3256 Chico Way NW, Bremerton WA 98312, which houses our ISP operations. We pay approximately $4,800 a month for approximately 3,600 square feet on a six month lease ending May 2007.

We have a co-location arrangement for our server equipment with Shore Drive Associates in Silverdale WA for which we pay on a monthly fee of $800.00 on a month to month arrangement.

Our outsourced DC's are located in Northfield, CT, Atlanta, GA, Washington, DC, Sugarland, TX, Denver, CO, Chicago, IL and Phoenix, AZ. These facilities are owned and operated by strategic distribution contractors at a cost to each of $2,500 per month.

We believe these arrangements are adequate to support our short term operations.

ITEM 3.          LEGAL PROCEEDINGS.

We are a party to an un-filed claim, received September 5, 2006 by Webolution, LLC, regarding the sale of certain assets in the amount of $7,000, which remains unpaid. We are working with the parties involved to create a payment plan.

On August 17, 2006 Systemmetrics Corporation filed in the circuit court of the First Circuit State of Hawaii alleging nonpayment of services in the amount of approximately $360,000. During 2005, Gottaplay, formerly known as Donobi, Inc. entered into an asset purchase agreement with Koa Internet, Inc. an Internet service provider, whom had trade payables outstanding. Systemmetrics

alleges we are liable for the outstanding balance and damages. We are vigorously
defending this action and believe this claim is without merit.

On November 7, 2006, in the Superior Court of Washington for Grant Country,
Ron and Susan Gear filed a claim alleging sums currently due and owing on a
Promissory Note in the amount of $135,000.00.

22

<PAGE>

Gottaplay is vigorously defending and has filed a Counterclaim. The Promissory
Note was an integral part of an asset purchase arrangement. An element of the
consideration was a Non-Compete Agreement by Mr. and Mrs. Gear. Gottaplay
alleges they violated that agreement rendering the majority of the consideration
for the transaction worthless.

On February 10, 2005, we filed a claim against the PUD District No. 2 of
Grant County, which began as a payment dispute with the PUD alleging non-payment
by Gottaplay and Gottaplay asserting disparate treatment at the hands of the PUD
when compared to other similar entities doing business in the PUD's area of
operation. The matter was prepared for hearing and a temporary injunction was
entered prohibiting the PUD from terminating service to Gottaplay upon the
condition that Gottaplay pay certain sums on or before a certain date each
month. The injunction remains in force, Gottaplay continues to comply with it,
and Grant County PUD continues to provide services.

ITEM 4.          SUBMISSION OF MATTERS TO A VOTE OF SECURITY HOLDERS.

In March 2006, the holders of a majority of our outstanding common stock
authorized the merger with Gotaplay Interactive, Inc. described above.

PART II

ITEM 5.          MARKET FOR COMMON EQUITY AND RELATED STOCKHOLDER MATTERS.

Our common stock is quoted on the OTC Bulletin Board under the symbol "GTAP"
(formerly "DNOB"). Our common stock has been quoted on the OTCBB since July
2004.

For the periods indicated, the following table sets forth the high and low
bid prices per share of common stock. These prices represent inter-dealer
quotations without retail markup, markdown, or commission and may not
necessarily represent actual transactions. This table gives effect to our
thirty-two for one stock reverse split that occurred on January 26, 2004 and our
one for six stock reverse split that occurred on July 24, 2006

|  | HIGH ($) | LOW ($) |
|---|---|---|
| FISCAL 2005 | | |
| December 31, 2004 | 1.50 | .40 |
| March 31, 2005 | 1.00 | .34 |
| June 30, 2005 | .35 | .11 |
| September 30, 2005 | .07 | .04 |
| FISCAL 2006 | | |
| December 31, 2005 | .05 | .03 |
| March 31, 2006 | .21 | .04 |
| June 30, 2006 | .31 | .18 |
| September 30, 2006 | 1.35 | 1.25 |

HOLDERS OF OUR COMMON STOCK

As January 8, 2007, we had 516 record holders of our common stock. The number of record holders was determined from the records of our transfer agent and does not include beneficial owners of common stock whose shares are held in the names of various security brokers, dealers, and registered clearing agencies. The transfer agent of our common stock is Colonial Stock Transfer Company, Inc., 66 Exchange Place, Salt Lake City, Utah 84111.

23

<PAGE>
DIVIDENDS

We have never declared or paid any cash dividends on our common stock. We do not anticipate paying any cash dividends to stockholders in the foreseeable future. In addition, any future determination to pay cash dividends will be at the discretion of the Board of Directors and will be dependent upon our financial condition, results of operations, capital requirements, and such other factors as the Board of Directors deem relevant.

RECENT SALES OF UNREGISTERED SECURITIES

The following sets forth information regarding all sales of our unregistered securities during the fiscal year ended September 30, 2006. All of these shares were exempt from registration under the Securities Act by reason of Section 4(2) of the Securities Act, or Regulation D promulgated thereunder, as transactions by an issuer not involving a public offering, or were exempt by reason of the application of Regulation S. The recipients of securities in each of these transactions represented their intentions to acquire the securities for investment only and not with a view to or for sale in connection with any distribution of the securities, and appropriate legends were affixed to the share certificates and warrants issued in such transactions. All recipients had adequate access, through their relationships with us or otherwise, to information about us. Unless otherwise indicated, the issuances of the securities described below were affected without the involvement of underwriters.

On March 17, 2006, the Company issued 500,000 shares of our Common Stock to one entity in consideration for forgiveness and in full payment of a certain Note Payable owed by us, having a present balance of principal and interest of $105,000 ($.21 per share).

On March 17, 2006, we issued 41,667 shares of common stock to Mr. Clarke Whitney and 33,333 shares of common stock to Norm Johnson, each a director of our Company. These shares were issued in consideration for services rendered to us and had an agreed market value of $0.24 per share.

On March 21, 2006, we entered into a consulting agreement with Terry Stein and under which the terms of the agreement, in consideration of the services undertaken, we issued 60,833 shares of common stock with a fair market value of $0.90 per share.

On March 21, 2006, we issued 302,262 shares of common stock to the "Donobi, Inc. Profit sharing Plan".

On March 24, 2006 we issued to Terry Stein 33,333 shares of common stock for past services as an officer and director and had an agreed market value of $0.84 per share.

On March 24, 2006, we entered into a consulting agreement with John Loidhamer