# EXHIBIT E

  **Our alerts and triggers can cut your reaction time to zero.** TEST-DRIVE OUR SIMULATOR NOW ▸ 

**To print this page, select File/Print from your browser menu.**          Print Color Version

Back to Quick Charts

**GTAP**  Gottaplay Interactive Inc                                     9/7/2007 9:30 AM

| Last: | Change: | Open: | High: | Low: | Volume: |
|---|---|---|---|---|---|
| | ▾ -0.01 | 0.40 | 0.40 | 0.40 | 1,000 |
| **0.40** | Percent Change: | Yield: | P/E Ratio: | 52 Week Range: | |
| | **-2.50%** | **n/a** | **n/a** | **0.40 to 3.05** | |



## Company Data

| Company Name: | Gottaplay Interactive Inc |
|---|---|
| **Dow Jones Industry:** | Internet |
| **Exchange:** | OTC BB |
| **Shares Outstanding:** | 31,191,000 |
| **Market Cap:** | 12.5 Million |
| **Short Interest:** | Exchange provides no short interest data. |
| **52-Week EPS:** | -0.22 |
| **52-Week High:** | 3.05 on Wednesday, January 31, 2007 |
| **52-Week Low:** | 0.40 on Thursday, September 06, 2007 |
| **P/E Ratio:** | n/a |
| **Yield:** | n/a |
| **Average Price:** | 0.9386 (50-day)   1.96 (200-day) |

**Average Volume:**                  22,600 (50-day)  18,200 (200-day)

Copyright © 2007 MarketWatch, Inc. All rights reserved.
By using this site, you agree to the Terms of Service and Privacy Policy (updated 4/3/03).

Intraday data provided by ComStock, a division of Interactive Data Corp. and subject to terms of use.
Historical and current end-of-day data provided by FT Interactive Data.
More information on NASDAQ traded symbols and their current financial status.
Intraday data delayed 15 minutes for Nasdaq, and 20 minutes for other exchanges.
Dow Jones IndexesSM from Dow Jones & Company, Inc.
SEHK intraday data is provided by Comstock and is at least 60-minutes delayed.
All quotes are in local exchange time.

   

Get 100 commission-
free trades

TD AMERITRADE.
Trade free for 45
days

Power. Price. Service.
No Compromises.®

Talk to someone who
gets it.
Talk to Chuck

Unlock stock, fund and
newsletter performance
secrets



Enter Symbol/Keywords:
Global Symbol Lookup

BASIC CHART    ADVANCED CHART    INTERACTIVE CHART

Home | Quotes | News | Industries | Markets | Historical Quotes | BigReports | ▦ Advanced Tools | Premium Products NEW

This Historical Quotes tool allows you to look up a security's exact closing price.
Simply type in the symbol and a historical date to view a quote and mini chart for that security.

 Enter Symbol: gtap      Enter Date: 5/7/07      LOOK UP

**Gottaplay Interactive Inc**
Monday, May 07, 2007

| | |
|---|---|
| Closing Price: | 1.60 |
| Open: | 1.80 |
| High: | 1.80 |
| Low: | 1.32 |
| Volume: | 5,500 |

Go To Charting 🖼️🖼️🖼️ 📄



**No Splits**

2-Month Daily Chart of Gottaplay Interactive Inc

❖ Sponsored Links

**Complete Forex Solutions**
Free Software & Training. Free Charts & Tools. Try GFT Risk-Free!
www.GFTforex.com

**eSignal Trading Software: Free Trial**
Never miss another trade with eSignal's award-winning technology suite
www.esignal.com

**Hot Stock Alert**
Gulf Ethanol (OTC:GFET). BioFuels, Green Energy.
www.gulfethanolcorp.com

**Forex.com – Free Practice Account**
Try forex trading risk-free for 30 days. Real time charts, research.
www.forex.com

**Best Opportunity On OTCBB NEXA**
Double Digit Revenue Growth, Aggressive Growth w/Tiny Price OTCBB NEXA
www.nexiaholdings.com

**Get to the next level of investment research**

  

| Power. Price. Service. No Compromises.® | TD AMERITRADE. Trade free for 45 days | Get 100 commission-free trades | Talk to someone who gets it. Talk to Chuck | Unlock stock, fund and newsletter performance secrets |

Home | About | Job Opportunities | Contact Us | Feedback | Help

License and integrate news, custom financial tools and data from Dow Jones Client Solutions..

Copyright © 2007 MarketWatch, Inc. All rights reserved.
By using this site, you agree to the Terms of Service and Privacy Policy (updated 4/3/03).

Intraday data provided by ComStock, a division of Interactive Data Corp. and subject to terms of use.
Historical and current end-of-day data provided by FT Interactive Data.
More information on NASDAQ traded symbols and their current financial status.
Intraday data delayed 15 minutes for Nasdaq, and 20 minutes for other exchanges.
Dow Jones IndexesSM from Dow Jones & Company, Inc.
SEHK intraday data is provided by Comstock and is at least 60-minutes delayed.
All quotes are in local exchange time.





This Historical Quotes tool allows you to look up a security's exact closing price.
Simply type in the symbol and a historical date to view a quote and mini chart for that security.

**Enter Symbol:** gtap       **Enter Date:** 1/31/07       LOOK UP

### Gottaplay Interactive Inc
Wednesday, January 31, 2007

| | |
|---|---|
| Closing Price: | **3.05** |
| Open: | **2.95** |
| High: | **3.05** |
| Low: | **2.90** |
| Volume: | **26,000** |

Go To Charting



**No Splits**

2-Month Daily Chart of Gottaplay Interactive Inc

⋇ Sponsored Links

**Hot Stock Alert**
Gulf Ethanol (OTC:GFET). BioFuels, Green Energy.
www.gulfethanolcorp.com

**Forex.com – Free Practice Account**
Try forex trading risk-free for 30 days. Real time charts, research.
www.forex.com

**GE Medical Imaging Investment: 15% ROI**
Expand Your Portfolio. Invest w/ mkt experts & GE. Min $25K Investment
www.MobileImagingSystems.com

**Trade Currencies with GFT**
Dow Jones news, analytics & charts. Available in our free software.
www.GFTforex.com

**Back Surgery Alternative**
Minimally Invasive Laser Procedures Quick Recovery - Learn More Now.
www.laserspineinstitute.com

Learn more about the next step beyond mutual funds

  

Power E*TRADE          Power. Price. Service.    TD AMERITRADE.      Talk to someone who    Unlock stock, fund and
                       No Compromises.®          Trade free for 45   gets it.               newsletter performance
                                                 days                Talk to Chuck          secrets

Home | About | Job Opportunities | Contact Us | Feedback | Help

License and integrate news, custom financial tools and data from Dow Jones Client Solutions..

Copyright © 2007 MarketWatch, Inc. All rights reserved.
By using this site, you agree to the Terms of Service and Privacy Policy (updated 4/3/03).

Intraday data provided by ComStock, a division of Interactive Data Corp. and subject to terms of use.
Historical and current end-of-day data provided by FT Interactive Data.
More information on NASDAQ traded symbols and their current financial status.
Intraday data delayed 15 minutes for Nasdaq, and 20 minutes for other exchanges.
Dow Jones IndexesSM from Dow Jones & Company, Inc.
SEHK intraday data is provided by Comstock and is at least 60-minutes delayed.
All quotes are in local exchange time.



This Historical Quotes tool allows you to look up a security's exact closing price.
Simply type in the symbol and a historical date to view a quote and mini chart for that security.

 Enter Symbol: gtap          Enter Date: 7/25/06          LOOK UP

**Gottaplay Interactive Inc**
Tuesday, July 25, 2006



| | |
|---|---|
| Closing Price: | **1.50** |
| Open: | **1.20** |
| High: | **1.50** |
| Low: | **1.20** |
| Volume: | **3,500** |

Go To Charting

**No Splits**

2-Month Daily Chart of Gottaplay Interactive Inc

**⟫ Sponsored Links**

**Complete Forex Solutions**
Free Software & Training. Free Charts & Tools. Try GFT Risk-Free!
www.GFTforex.com

**eSignal Trading Software: Free Trial**
Never miss another trade with eSignal's award-winning technology suite
www.esignal.com

**Hot Stock Alert**
Gulf Ethanol (OTC:GFET). BioFuels, Green Energy.
www.gulfethanolcorp.com

**Forex.com - Free Practice Account**
Try forex trading risk-free for 30 days. Real time charts, research.
www.forex.com

**Best Opportunity On OTCBB NEXA**
Double Digit Revenue Growth, Aggressive Growth w/Tiny Price OTCBB NEXA
www.nexiaholdings.com

**Learn more about the next step beyond mutual funds**

  

TD AMERITRADE.
Trade free for 45
days.

Get 100 commission-
free trades

Talk to someone who
gets it.
Talk to Chuck

Power. Price. Service.
No Compromises.®

Unlock stock, fund and
newsletter performance
secrets

Home | About | Job Opportunities | Contact Us | Feedback | Help

License and integrate news, custom financial tools and data from Dow Jones Client Solutions..

Copyright © 2007 MarketWatch, Inc. All rights reserved.
By using this site, you agree to the Terms of Service and Privacy Policy (updated 4/3/03).

Intraday data provided by ComStock, a division of Interactive Data Corp. and subject to terms of use.
Historical and current end-of-day data provided by FT Interactive Data.
More information on NASDAQ traded symbols and their current financial status.
Intraday data delayed 15 minutes for Nasdaq, and 20 minutes for other exchanges.
Dow Jones IndexesSM from Dow Jones & Company, Inc.
SEHK intraday data is provided by Comstock and is at least 60-minutes delayed.
All quotes are in local exchange time.