# EXHIBIT F

# PART 3

```
<TABLE>
<CAPTION>
```

|  | Options and Warrants | Weighted Average Exercise Price |
|---|---|---|
| `<S>` | `<C>` | `<C>` |
| Outstanding, September 30, 2006 | 3,129,309 | $  0.75 |
| Granted | 868,000 | 1.88 |
| Exercised | 40,000 | 2.50 |
| Expired/Cancelled | -- | -- |
| Outstanding, December 31, 2006 | 3,957,309 | $1.00 |
| Exercisable, December 31, 2006 | 3,957,309 | $1.00 |

```
</TABLE>
```

Note 10 - Treasury Stock

On October 19, 2006 the Company purchased 3,410 shares of its common stock for $7,500 at the market price ($2.20 per share) for its shares at the close of the trading day.

Note 11 - Segment Reporting

The Company operates in two principal business segments. The following table sets forth the information for the Company's reportable segments and reconciliation for the three months ended December 31, 2006.

```
<TABLE>
<CAPTION>
```

|  | On-line Game Rental Division | Internet Service Provider Division |
|---|---|---|
| `<S>` | `<C>` | `<C>` |
| Net sales | $    36,836 | $   466,060 |
| Cost of sales | 80,068 | 211,009 |
| Interest expense | 98,833 | 22,253 |
| Depreciation and amortization | 41,751 | 45,691 |
| Corporate and other expense | 1,140,652 | 230,223 |
| Loss from segment operations | (1,324,468) | (43,116) |
| Capitalized expenditures | 124,255 | -- |
| Assets | 212,613 | 1,494,934 |

```
</TABLE>
```

                                F-12

```
<PAGE>
```

The Company did not have operating segments for the three months ended December 31, 2005.

Statement of Financial Accounting Standards No. 131, "Disclosures about Segments of an Enterprise and Related Information", establishes standards for reporting information about operating segments. This standard requires segmentation based on our internal organization and reporting of revenue and operating income or loss based upon internal accounting methods. Operating segments are defined as

components of an enterprise about which separate financial information is available that is evaluated regularly by the chief operating decision maker, or decision making group, in deciding how to allocate resources and in assessing performance.

Because of the Company's integrated business structure, operating costs of one segment may directly or indirectly benefit the other segment. Therefore, these segments are not designed to precisely measure operating income or loss directly related the products included in each segment. As inter-segment costs are incurred in the future, management will accordingly recognize or estimate the alignment of these certain costs, and plan to evaluate the alignments on a regular basis.

Note 12 - Supplemental Cash Flow Information

Supplemental disclosures of cash flow information for the three months ended December 31, 2006 and 2005, respectively, are summarized as follows:

<TABLE>
<CAPTION>

| NON-CASH INVESTING AND FINANCING | Three mont |
|---|---|
| | 2006 |
| Convert debentures and accrued liabilities into | |
| <S> shares of common stock | <C> $ 523,919 |
| Convert loans due to related party into a common stock | 210,000 |
| Allocation of discount for value of warrants issued with convertible notes payable | 407,419 |
| Convert related party loan to note payable | -- |
| Vendor credit received for return of video games | -- |

| CASH PAID FOR INTEREST AND TAXES | Three mont |
|---|---|
| | 2006 |
| Interest | $ 8,356 |
| Taxes | -- |

</TABLE>

NOTE 13 - SUBSEQUENT EVENTS

Agreement of Merger and Plan of Reorganization

On February 28, Gottaplay ("GII") completed the acquisition of an on-line video game trading company ("GSI"), based in the State of Florida.

To facilitate this merger, GII formed a wholly-owned subsidiary to hold GSI's assets, liabilities and conduct operations. GSI is an on-line resource for the video gamer community to trade their games through an interactive trading platform. GSI members can trade their video games with no trading limits. In consideration for merging these companies, Gottaplay and the wholly-owned subsidiary paid GSI's sole stockholder: (a.) $60,000 in cash and (b.) issued 220,000 shares of GII's $0.001 par value common stock on February 28, 2007 at $2.55 per share at the close of trading on February 28, 2007 for a value of

F-13

<PAGE>
$561,000. The merger became effective upon filing the Articles of Merger with
Secretary of State of the State of Nevada.

As part of the overall incentive for the Florida Company's sole stockholder to
accept the Plan of Merger, the sole stockholder has been offered $340,000 in
value of stock options exercisable for GII's $0.001 par value common stock if
this video game trading company achieves certain milestones over a two year
period. In addition, the sole shareholder has a three year employment agreement.

SECURED CONVERTIBLE NOTE SUBSCRIPTION AGREEMENTS

From February 23, 2007 through March 31 2007 we sold to 26 accredited investors,
a total of 1,308,000 Units (the "Unit[s]") for $1.25 per Unit (total of
$1,635,000.) Each Unit consists of: a) one share of common stock; b) one warrant
to purchase one share of our common stock at a purchase price of $1,50 per share
for a period of two years, and, c) one warrant to purchase one share of our
common stock at a purchase price of $2.50 for a period of 3 years. The placement
agent, for the private placement was Prestige Financial Center, which received
compensation consisting of x) a commission of 10% ($163,500) of the amount
funded; y) warrants to purchase 416,000 shares of common stock at an exercise
price of $1.50 per share for a period of two years; and z) warrants to purchase
130,800 shares of our common stock at an exercise price of $2.50 per share for a
period of three years.

ADDITIONAL ISSUANCES OF CONVERTIBLE NOTES PAYABLE

In January 2007 the Company issued five convertible notes payable for a total of
$120,000 to five investors. Terms of the one-year notes include: (a.) interest
at nine percent, convertible at $1.25 per share, (b.) issuance of 96,000
warrants expiring within two years at $1.50 per share, and (c.) issuance of
96,000 warrants expiring in three at $2.50 per share.

In January 2007, the Company received $259,325 in the form of convertible
promissory notes. The notes bear interest at 9% per annum and are due in one
year. Terms of the notes are: (a.) convertible into one share of $0.001 par
value common stock at $1.25 per share, (b.) issuance of 207,460 warrants to
purchase common stock at $1.50 per share for a period of two years, and (c.)
issuance of 207,460 warrants one warrant to purchase common stock at $2.50 per
share for a period of three years.

In February 2007, the Company converted a promissory note and accrued interest
totaling $356,048 into a convertible promissory note. This note: (a.) bears
interest at 9%, (b.) convertible into shares of common stock at $1.25 per share,
(c.) granted 284,838 warrants with an exercise price of $1.50 per share,
expiring in two years, and (d.) granted 284,838 warrants with an exercise price
of $2.50 per share, expiring in three years.

F-14

<PAGE>

LAKE & ASSOCIATES, CPA'S

REPORT OF INDEPENDENT REGISTERED PUBLIC ACCOUNTING FIRM

To the Board of Directors and
Stockholders of Gottaplay Interactive Inc. and Subsidiary

We have audited the accompanying consolidated balance sheets of Gottaplay
Interactive Inc., (formerly known as Donobi, Inc.) and Subsidiary as of
September 30, 2006 and related consolidated statements of operations,
stockholders' equity (deficit), and cash flows for the years ending September
30, 2006 and 2005. These consolidated financial statements are the
responsibility of the company's management. Our responsibility is to express an
opinion on these consolidated financial statements based on our audits.

We conducted our audits in accordance with the standards of the Public Company
Accounting Oversight Board (United States). Those standards require that we plan
and perform the audit to obtain reasonable assurance about whether the
consolidated financial statements are free of material misstatement. The company
is not required to have, nor were we engaged to perform, an audit of its
internal control over financial reporting. Our audit included consideration of
internal control over financial reporting as a basis for designing audit
procedures that are appropriate in the circumstances, but not for the purpose of
expressing an opinion on the effectiveness of the company's internal control
over financial reporting. Accordingly, we express no such opinion. An audit also
includes examining, on a test basis, evidence supporting the amounts and
disclosures in the financial statements, assessing the accounting principles
used and significant estimates made by management, as well as evaluating the
overall financial statement presentation. We believe that our audits provide a
reasonable basis for our opinion.

In our opinion, the consolidated financial statements referred to above present
fairly, in all material respects, the financial position of Gottaplay
Interactive Inc., (formerly known as Donobi, Inc.) and Subsidiary as of
September 30, 2006 and the results of its operations and its cash flows for each
of the years in the two-year period ended September 30, 2006 in conformity with
accounting principles generally accepted in the United States of America.

The accompanying consolidated financial statements have been prepared assuming
the Company will continue as a going concern. The Company has suffered recurring
losses and has yet to generate an internal cash flow that raises substantial
doubt about its ability to continue as a going concern. Management's plans in
regard to these matters are described in Note 3. The consolidated financial
statements do not include any adjustments that might result from the outcome of
this uncertainty.

LAKE & ASSOCIATES CPA'S LLC

BOCA RATON FLORIDA

JANUARY 10, 2007

                                              225 NE MIZNER BLVD
                                                  SUITE 300
                                         BOCA RATON, FLORIDA 33432

                                            PHONE: 561.982.9874
                                            FAX: 561.982.7985

F-15

<PAGE>

Gottaplay Interactive, Inc.
and Its Wholly Owned Subsidiaries
CONSOLIDATED BALANCE SHEET
September 30, 2006

<TABLE>
<CAPTION>

Assets

Current assets
<S>                                                                        <C>
  Cash ...................................................................  $     6
  Accounts receivable, net of $53,807 allowance for doubtful
    accounts .............................................................       18
  Work-in-progress .......................................................        1
  Prepaid expenses and other current assets ..............................        3
  Deferred charges .......................................................        4
                                                                             ------
          Total current assets ...........................................       33
                                                                             ------
Fixed assets, net ........................................................       28
                                                                             ------
Other assets
  Intangible assets, net .................................................    1,05
  Deposits ...............................................................        1
                                                                             ------
      Total other assets .................................................    1,06
                                                                             ------
      Total assets .......................................................  $ 1,67
                                                                             ======


                                     Liabilities and Stockholders' Deficit
Current liabilities
  Accounts payable .......................................................  $    64
  Accounts payable - related parties .....................................        4
  Accrued liabilities ....................................................       42
  Accrued liabilities - related parties ..................................        3
  Deferred and prebilled revenues ........................................       25
  Convertible debentures .................................................       46
  Current portion of notes payable .......................................       30
  Notes and loans payable - related parties ..............................       76
  Obligations under capitalized leases ...................................        2
  Amounts due to other related parties ...................................
                                                                             ------
      Total current liabilities ..........................................    2,96
                                                                             ------
Long-term liabilities
      Long term portion of notes payable .................................        8
                                                                             ------
Total liabilites .........................................................    3,05
                                                                             ------
Stockholders' deficit
    Preferred stock, $0.001 par value, 5,000,000 shares
      authorized, none issued and outstanding ............................
    Common stock, $0.001 par value, 100,000,000 shares
      authorized, 28,893,433 issued and outstanding at
      September 30, 2006 .................................................        2

| | |
|---|---:|
| Treasury stock .............................................. | |
| Additional paid-in capital .................................. | 3,58 |
| Additional paid-in capital - treasury stock ................ | 23 |
| Prepaid services paid with common stock .................... | (2,45 |
| Accumulated deficit ........................................ | (2,77 |
| | ------ |
| Total stockholders' deficit ............................ | (1,37 |
| | ------ |
| Total liabilities and stockholders' deficit ........... | $ 1,67 |
| | ====== |

</TABLE>

The accompanying notes are an integral part of these consolidated financial statements.

F-16

<PAGE>

Gottaplay Interactive, Inc.
and Its Wholly Owned Subsidiaries
CONSOLIDATED STATEMENTS OF OPERATIONS

<TABLE>
<CAPTION>

| | Year ended September 30, 2006 |
|---|---:|
| <S> | <C> |
| Revenues ......................................... | $    464,531 |
| Cost of revenues ................................. | 321,735 |
| | ------------ |
| Loss before operating expenses ................. | 142,796 |
| | ------------ |
| Operating expenses | |
| Fulfillment ................................... | 225,187 |
| Technology and development .................. | 77,610 |
| Advertising and marketing ................... | 74,984 |
| General and administrative .................... | 1,325,482 |
| Officers' compensation ........................ | 244,027 |
| Related party expenses ........................ | 122,477 |
| | ------------ |
| Total operating expenses .................... | 2,069,767 |
| | ------------ |
| Loss from operations ......................... | (1,926,971) |
| | ------------ |
| Other income (expense) | |
| Interest income .............................. | 9,243 |
| Gain on disposition of assets ................ | 4,107 |
| Other income ................................. | 26,349 |
| Interest expense ............................. | (85,651) |
| | ------------ |
| Total other expense ............................. | (45,952) |
| | ------------ |
| Net loss before income taxes ................. | (1,972,923) |
| Provision for income taxes ....................... | -- |
| | ------------ |
| Net loss ..................................... | $ (1,972,923) |
| | ============ |

Weighted average shares outstanding of common stock,

```
basic and diluted ....................................        18,750,333
                                                             ============
```

```
Net loss per common shares outstanding, basic and diluted    $    (0.11)
                                                             ============
```

```
</TABLE>
```

The accompanying notes are an integral part of these consolidated financial
statements.

F-17

```
<PAGE>
```

Gottaplay Interactive, Inc.
and Its Wholly Owned Subsidiaries

CONSOLIDATED STATEMENTS OF STOCKHOLDERS' DEFICIT
For the Years ended September 30, 2006 and 2005

```
<TABLE>
<CAPTION>
```

| | Common Stock | | Treasury |
| --- | --- | --- | --- |
| | Shares | Amount | Amount |
| <S> | <C> | <C> | <C> |
| Balance at  September 30, 2004 .. | 13,907,500 | $    13,907 | $    -- |
| Recognition of non-compensated services ........................ | -- | -- | -- |
| Authorization to issue common stock for services, assets and prepaid services ................ | -- | -- | -- |
| Net loss for the year ended September 30, 2005 ............. | -- | -- | -- |
| Balance at September 30, 2005 ... | 13,907,500 | 13,907 | -- |
| Issuance of common stock authorized for issuance in prior | | | |

| | | | |
|---|---|---|---|
| year ........................... | 3,112,500 | 3,112 | -- |
| Recognition of prepaid services rendered and earned ............ | -- | -- | -- |
| Issuance of common stock in conjunction with settlement of .. debts ........................... | 744,618 | 745 | -- |
| Proceeds received from stock subscription ................... | -- | -- | -- |
| Options granted to employees (1,250,000) and non-employees (957,000) ...................... | -- | -- | -- |
| Cancellation of shares .......... | (20,000) | (20) | -- |
| Effects of reverse merger on stockholders' deficit pursuant to merger agreement on July 24, 2006 ................... | 9,028,815 | 9,029 | (379) |
| Issuance of common stock for services and prepaid services ... | 2,120,000 | 2,120 | -- |
| Net loss for the year ended September 30, 2006 ............. | -- | -- | -- |
| Balance at September 30, 2006 ... | 28,893,433 | $  28,893 | $  (379) |

</TABLE>

(Continued next page)

F-18

<PAGE>

<TABLE>
<CAPTION>

| | Additional Paid In Capital | Common Stock Authorized but Unissued | Subscription Receiveable and Prepaid Services |
|---|---|---|---|
| <S> | <C> | <C> | <C> |
| Balance at  September 30, 2004 .. | $  (12,516) | $     -- | $     (300) |
| Recognition of non-compensated services ....................... | 122,500 | -- | -- |
| Authorization to issue common stock for services, assets and prepaid services ............... | -- | 8,184 | (3,500) |
| Net loss for the year ended September 30, 2005 ............. | -- | -- | -- |

|  | | | |
|---|---:|---:|---:|
| | ----------- | ----------- | ----------- |
| Balance at September 30, 2005 ... | 109,984 | 8,184 | (3,800) |
| | ----------- | ----------- | ----------- |
| Issuance of common stock authorized for issuance in prior year .......................... | 5,072 | (8,184) | -- |
| Recognition of prepaid services rendered and earned ............. | -- | -- | 3,500 |
| Issuance of common stock in conjunction with settlement of .. debts .......................... | 781,102 | -- | -- |
| Proceeds received from stock subscription ................... | -- | -- | 300 |
| Options granted to employees (1,250,000) and non-employees placeholder .................... | 32,049 | -- | -- |
| Cancellation of shares .......... | 18 | -- | -- |
| Effects of reverse merger on stockholders' deficit pursuant to merger agreement on July 24, 2006 ................... | (519,736) | -- | -- |
| Issuance of common stock for services and prepaid services ... | 3,177,880 | -- | (2,450,000) |
| Net loss for the year ended September 30, 2006 ............. | -- | -- | -- |
| | ----------- | ----------- | ----------- |
| Balance at September 30, 2006 ... | $ 3,586,369 | $    -- | $(2,450,000) |
| | =========== | =========== | =========== |

</TABLE>

The accompany notes are an integral part of this consolidated financial statements.

F-18

<PAGE>

Gottaplay Interactive, Inc.
and Its Wholly Owned Subsidiaries
CONSOLIDATED STATEMENTS OF CASH FLOWS

<TABLE>
<CAPTION>

|  | Year end September 30 |
|---|---:|
| | ------------ |
| Increase (Decrease) in Cash | |
| <S> | <C> |
| Net loss ................................................. | $(1,972,9 |
| Adjustment to reconcile net loss to cash (used) in | |

```
    operating activities:
    Depreciation and amortization ...........................        141,6
    Allowance for bad debts .................................         19,9
    Basis of disposed assets ................................         (4,1
    Write-down of video game library .......................          --
    Non compensated  services rendered .....................          --
    Share-based compensation for services rendered .........        765,5

        Changes in assets and liabilities:
        Accounts receivable .............................          (88,3
        Deposits ........................................          --
        Accounts payable ................................         200,1
        Accounts payable - related parties ..............         113,2
        Accrued liabilities .............................         117,1
        Accrued liabilities - related parties ...........          (8,2
        Deferred revenue and pre-billed revenue .........         136,2
        Other current assets ............................          10,6
        Prepaid expenses ................................          (3,4
                                                              ---------
            Net cash (used) in operating activities         (572,4
                                                              ---------

Cash flows from investing activities
    Cash received from reverse merger .......................         14,8
    Purchase of equipment and leaseholds ...................         (2,7
    Purchase of video game library .........................        (71,9
    Additions to note receivable ...........................          --
                                                              ---------
        Net cash (used) in investing activities .........         (59,7
                                                              ---------

Cash flows from financing activities
    Proceeds from notes payable ............................        632,6
    Payments on notes payable ..............................        (95,7
    Payments on convertible debentures .....................       (210,0
    Proceeds from note payable - related parties ...........        343,0
    Payments on notes payable - related parties ............          --
    Proceeds from loans - related parties ..................        187,2
    Payments from loans - related parties ..................       (165,0
    Payments on capitalized leases .........................         (6,8
    Proceeds from stock subscriptions receivable ...........           3
                                                              ---------
        Net cash provided by financing activities ........        685,4
                                                              ---------


Net increase in cash .......................................         53,2
Cash at beginning of period ................................          7,9
                                                              ---------
Cash at end of period ......................................  $     61,1
                                                              =========
```

</TABLE>

Supplemental disclosures and non-cash investing and financing activities - see
Note 15.

The accompanying notes are an integral part of these consolidated financial
statements.

F-19

<PAGE>

Gottaplay Interactive, Inc. and Its Wholly Owned Subsidiaries
Notes to Consolidated Financial Statements

Note 1 - Organization and Merger

On July 24, 2006, Gottaplay Interactive, Inc. ("Gottaplay" and the "Company"), formerly known as Donobi, Inc. ("Donobi"), a publicly held company, merged with Gotaplay Interactive, Inc. ("Gotaplay"), a privately held Nevada corporation pursuant to a Merger Agreement ("Agreement"). In accordance with terms of the Agreement, Donobi was to:

(a.)    Execute a one for six reverse stock split, prior to the merger, thereby reducing the number issued and outstanding shares of common stock from 65,619,481 to 10,936,580, and

(b.)    Issue 17,744,618 post-reverse split shares of common stock to the former stockholders of Gotaplay after the merger, and (c.) Amend its Articles of Incorporation by changing the name of the Company from Donobi, Inc. to Gottaplay Interactive, Inc., and

(d.)    Elect all the former directors of Gotaplay to the board of directors of Gottaplay and have all Donobi's directors resign except for two individuals, one being an officer of the Donobi and now an officer of Gottaplay.

As a result of the Agreement, the merger transaction was treated for accounting purposes as a "reverse merger", effective July 24, 2006. The legal acquirer is Donobi, Inc. and the accounting acquirer is Gottaplay Interactive, Inc. Accordingly, the consolidated financial statements include:

(a.) The assets, liabilities, and equity of the accounting and the legal acquirer at recorded historical cost,

(b.) The consolidated statements of operations include the operations of the accounting acquirer for the years presented,

(c.) The consolidated statements of operations include the results of operations of the legal acquirer for the period July 24, 2006 to September 30, 2006,

(d.) All common stock issuances of the accounting acquirer prior to the date of merger have been restated from $0.0001 par value to the legal acquirer's par value of $0.001 per share, and

(e.) All commitments and obligations were assumed on the date of merger by the accounting acquirer.

The merger has been accounted for pursuant to Statement on Financial Accounting Standards ("SFAS") No. 142, "GOODWILL AND OTHER INTANGIBLE ASSETS" and SFAS No. 141, "BUSINESS COMBINATIONS". However, no goodwill was recognized in this transaction.

ORGANIZATION AND DESCRIPTION OF BUSINESS

The consolidated financial statements include the accounts of the Company and its wholly owned subsidiaries. Each division and subsidiary company separately accounts for its operations and transactions and all inter-company and all inter-divisional transactions have been eliminated.

As a result of this merger there are two distinct operating divisions: (a.) a division operating as an internet service provider ("ISP") and (b.) a division

for on-line video game rental service business offered to the general public. The primary core of business will be the on-line video game rental business.

ON-LINE VIDEO GAME RENTAL DIVISION

The on-line video game rental division began operations in October 2004. The division provides its subscribers access to a comprehensive library of titles via the internets as an alternative to store based gaming rentals. For the standard subscription plan of $20.95 per month, subscribers can generally have up to two titles out at the same time with no due dates, late fees or shipping charges. In addition to the standard plan, the Company offers two other service plans with different price points that allow subscribers to keep either fewer or more titles at the same time. Subscribers select titles at the Company's website,

F-20

<PAGE>
aided by its proprietary recommendation service, and generally receive the video game within three business days by U.S. Postal mail service. The gamers then return the video game at their convenience using the Company's prepaid mailers. After a title has been returned, the Company mails a title from the subscriber's game queue. All of the Company's subscription revenues are generated in the United States of America.

INTERNET SERVICE PROVIDER DIVISION ("ISP")

Internet related services including connectivity, web access, web hosting and development, video services, networking and development and design to single and multi-unit residential and business customers across the United States of America, principally in the Northwestern part of the U.S.A.

YEAR-END AND DOMICILE

The Company and its wholly owned subsidiaries adopted September 30th as its fiscal year end and are domiciled in Nevada.

Note 2 - Accounting Policies

ACCOUNTING PRINCIPLES

The consolidated financial statements and accompanying notes are prepared in accordance with accounting principles generally accepted in the United States of America.

PRINCIPLE OF CONSOLIDATION

The financial statements include the accounts of Gottaplay Interactive, Inc. and its subsidiaries. Intercompany transactions and balances have been eliminated. Equity investments in which the Company exercises significant influence but do not control and are not the primary beneficiary are accounted for using the equity method. Investments in which the Company is not able to exercise significant influence over the investee and which do no have readily determinable fair values are accounted for under the cost method.

MANAGEMENT'S USE OF ESTIMATES AND ASSUMPTIONS

The preparation of the consolidated financial statements in conformity with generally accepted accounting principles in the United States of America requires management to make estimates and assumptions that affect the reported amounts of the assets and liabilities, disclosure of contingent assets and

liabilities at the date of the consolidated financial statements, and the reported amounts of revenue and expense during the reporting periods. Examples, though not exclusive, include estimates and assumptions of: loss contingencies; depreciation or amortization of the economic useful life of an asset; stock-based compensation forfeiture rates; estimating the fair value and/or goodwill impairment; potential outcome of future tax consequences of events that have been recognized in our financial statements or tax returns; and determining when investment impairments are other-than- temporary. Actual results may differ from those estimates and assumptions.

RECLASSIFICATIONS

Certain amounts reported in previous periods have been reclassified to conform to the Company's current period presentation.

REVENUE RECOGNITION AND DEFERRED REVENUES

In accordance with the SEC's Staff Accounting Bulletin No. 104, "REVENUE RECOGNITION", revenue is recognized when persuasive evidence of an arrangement exists, delivery has occurred, the fee is fixed or determinable, and collectibility is probable. A summary of each operating division's revenue recognition procedures follows:

F-21

<PAGE>
On-Line Video Game Rental Division

The Company charges $1 for an initial ten-day trial period. At any time during the initial ten-day period, a new subscriber has the right to rescind their agreement, but will not receive credit for the $1 charge.

If the subscriber does not cancel during the ten day period, the Company will charge his credit card account according to the plan selected by the subscriber, until the subscriber cancels his subscription. The Company recognizes subscription revenue ratably during each subscriber's monthly subscription period. For financial reporting purposes, the Company allocates subscription fees over the number of days in the month for which the fee was charged.

As of September 30, 2006, the Company reported $4,482 of deferred revenue, which will be fully recognized in the month of October 2006. All authorized refunds to subscribers are recorded as a reduction of revenues. Revenues from sales of used video games will be recorded upon shipment.

ISP Division

Internet related revenues are recorded when they are rendered and earned. Revenues from support and maintenance contracts are recognized over the term of the contract. Revenues are recognized when the products are shipped. Provisions for discounts and rebates to customers, estimated returns and allowances, and other adjustments are provided for in the same period the related sales are recorded. At September 30, 2006, the Company reported deferred revenues and pre-billed revenues of $247,062, of which a significant portion will be fully recognized in the month of October 2006.

The Company follows the percentage of completion method of accounting for contracts. The aggregate of costs incurred and income recognized on uncompleted contracts in excess of related billings is shown as a current asset in the accompanying consolidated balance sheet.

COST OF REVENUE

Cost of revenues consists primarily of material costs, direct labor, depreciation and related expenses, which are directly attributable to the manufacture of products and the provision of services

CASH, CASH EQUIVALENTS AND FINANCIAL INSTRUMENTS

The Company considers all highly liquid instruments with original maturities of three months or less at the date of purchase to be cash equivalents. In general, investments with original maturities of greater than three months and remaining maturities of less than one year are classified as short term investments.

ACCOUNTS RECEIVABLE

Accounts receivable are recorded at the invoiced amount and do not bear interest. The Company extends unsecured credit to its customers in the ordinary course of business but mitigates the associated risks by performing credit checks and actively pursuing past due accounts. An allowance for doubtful accounts is established and determined based on managements' assessment of known requirements, aging of receivables, payment history, the customer's current credit worthiness and the economic environment. As of September 30, 2006, the Company recognized an allowance for doubtful accounts of $53,808.

CONCENTRATIONS

The Company maintains its cash in bank deposit accounts, which at time may exceed the federally insured limits. The Company has not experienced any losses in such accounts and believes it is not exposed to any significant credit risk on cash and cash equivalents.

The Company paid one vendor, critical to the ISP division's operation, approximately $72,000 for the period July 24, 2006 to September 30, 2006.

F-22

<PAGE>
FAIR VALUE OF FINANCIAL INSTRUMENTS

Financial instruments consist principally of cash, accounts and related party receivables, trade and related party payables, accrued liabilities, short-term obligations and notes receivable. The carrying amounts of such financial instruments in the accompanying consolidated balance sheets approximate their fair values due to their relatively short-term nature. It is management's opinion that the Company is not exposed to any significant currency or credit risks arising from these financial instruments.

LOSS PER COMMON SHARE

Basic loss per common share is provided in accordance with SFAS 128, "EARNINGS PER SHARE." Basic loss per common share is computed by dividing the net loss available to the shareholders of common stock by the weighted average number of common shares outstanding during the period. Diluted loss per common share is computed by dividing the net loss by the weighted average number of common shares including the dilutive effect of common share equivalents then outstanding. Common stock equivalents are not included in the computation of diluted net loss per common share because the effect would be anti-dilutive.

SHARE-BASED PAYMENTS

In December 2004, the Financial Accounting Standards Board ("FASB") issued

SFAS No. 123 (R), "SHARE-BASED PAYMENT", which establishes standards for transactions in which an entity exchanges its equity instruments for goods and services. This standard replaces SFAS No. 123 and supercedes Accounting Principles Board ("APB") Opinion No. 25, "ACCOUNTING FOR STOCK-BASED COMPENSATION". This standard requires a public entity to measure the cost of employee services, using an option-pricing model, such as the Black-Scholes Model, received in exchange for an award of equity instruments based on the grant-date fair value of the award. This eliminates the exception to account for such awards using the intrinsic method previously allowable under APB No. 25. Shares of commons stock issued for services rendered by a third party are recorded at fair market value, generally the quote at the close of market trading on the day for issuance of the stock.

DIVIDENDS

   The Company has not yet adopted any policy regarding payment of dividends. No dividends have been paid or declared since inception.

COMPREHENSIVE LOSS

   The Company has no components of other comprehensive loss. Accordingly, net loss equals comprehensive loss for all periods.

ADVERTISING EXPENSES

   Advertising costs are expensed as incurred. For the years ended September 30, 2006 and 2005 advertising expenses totaled $7,523 and $2,735, respectively.

SEGMENT REPORTING

   The Company follows SFAS No. 130, "DISCLOSURES ABOUT SEGMENTS OF AN ENTERPRISE AND RELATED INFORMATION." This statement requires companies to report information about operating segments in interim and annual financial statements. It also requires segment disclosures about products and services, geographic areas and major customers. The Company determined that it did have two separately reportable operating segments as of September 30, 2006.

INCOME TAXES

                                    F-23
<PAGE>
   The Company follows SFAS No. 109, "ACCOUNTING FOR INCOME TAXES" for recording the provision for income taxes. Deferred tax assets and liabilities are computed based upon the difference between the consolidated financial statement and income tax basis of assets and liabilities using the enacted marginal tax rate applicable when the related asset or liability is expected to be realized or settled. Deferred income tax expenses or benefits are based on the changes in the asset or liability each period. If available evidence suggests that it is more likely than not that some portion or all of the deferred tax assets will not be realized, a valuation allowance is required to reduce the deferred tax assets to the amount that is more likely than not to be realized. Future changes in such valuation allowance are included in the provision for deferred income taxes in the period of change.

    Deferred income taxes may arise from temporary differences resulting from income and expense items reported for financial accounting and tax purposes in different periods. Deferred taxes are classified as current or non-current, depending on the classification of assets and liabilities to which they relate. Deferred taxes arising from temporary differences that are not related to an asset or liability are classified as current or non-current depending on the

periods in which the temporary differences are expected to reverse.

VIDEO GAME LIBRARY

   The Company records the purchase of new and/or used video games at cost. It
depreciates the video game library, less estimated salvage value of $1.00 per
video game, on a "sum-of-the-months" accelerated basis over the estimated
economic useful life of each title. The economic useful life of a new release
video game is estimated to be one year. In estimating the economic useful life
of its video game library, the Company considers the potential utilization,
damage and loss. Depreciation expense for the years ended September 30, 2006 and
2005 was $95,176 and $119,861, respectively.

PROPERTY AND LEASEHOLD IMPROVEMENTS

   Property is recorded at cost. The cost of maintenance and repairs of
equipment is charged to operating expense when incurred. Depreciation and
amortization is determined based upon the assets' estimated useful lives, and is
calculated on a straight-line basis when the asset is placed in service. When
the Company sells, disposes or retires equipment or replaces a leasehold
improvement, the related gains or losses are included in operating results.
Property is depreciated over five or seven years and begins when it is placed in
service.

   Leasehold improvements are recorded at cost and are amortized over the
remaining lease term.

   Depreciation and amortization expense for the years ended September 30, 2006
and 2005 was $26,087 and $1,986, respectively.

INTANGIBLE ASSETS AND SOFTWARE

   Intangible assets consist of goodwill, customer lists and non-compete
covenants. The Company does not amortize goodwill in accordance with SFAS No.
142, "GOODWILL AND OTHER INTANGIBLE ASSETS". The Company assesses goodwill and
customer lists for impairment annually. The annual testing for fiscal year ended
September 30, 2006, resulted in no impairment of intangible assets. If an event
occurs or circumstances change that would more likely than not reduce the fair
value of an intangible asset below its carrying value, an evaluation for
impairment will be conducted between annual tests.

   Customer lists, consisting of acquired subscriber bases, are amortized over
15 years and non-compete covenants are amortized over the contractual life/term
of the non-compete period.

   Software applications are recorded at cost is amortized over sixty months.

   Amortization expense for the years ended September 30, 2006 and 2005 was
$20,365 and $5,125, respectively.

                                      F-24
<PAGE>
IMPAIRMENT OF LONG-LIVED ASSETS

   In accordance with SFAS No.144, "Accounting for the Impairment or Disposal of
Long-lived Assets", the Company assesses long-lived assets, such as property and
equipment and intangible assets subject to amortization, are reviewed for
impairment whenever events or changes in circumstances indicate that the
carrying amount of an asset group may not be fully recoverable. Recoverability
of asset groups to be held and used in measured by a comparison of the carrying

amount of an asset group to estimated undiscounted future cash flows expected to be generated by the asset group. If the carrying amount exceeds its estimated future cash flows, an impairment charge is recognized by the amount by which the carrying amount of an asset group exceeds the fair value of the asset group. The Company evaluated its long-lived assets and no impairment charges were recorded for any of the periods presented.

RELATED PARTIES

   Related parties, which can be a corporation or individual, are considered to be related if the Company has the ability, directly or indirectly, to control the other party or exercise significant influence over the other party in making financial and operating decisions. Companies are also considered to be related if they are subject to common control or common significant influence. The Company has these relationships and is further described in Note 7.

RECENT AUTHORITATIVE ACCOUNTING PRONOUNCEMENTS

   In May 2005, the Financial Accounting Standards Board issued Statement of Financial Accounting Standards No. 154 ("SFAS No. 154"), "ACCOUNTING CHANGES AND ERROR CORRECTIONS." This statement requires entities that voluntarily make a change in accounting principle to apply that change retrospectively to prior periods' financial statements, unless this would be impracticable. SFAS No. 154 supersedes APB Opinion No. 20, "ACCOUNTING CHANGES," which previously required that most voluntary changes in accounting principle be recognized by including in the current period's net income the cumulative effect of changing to the new accounting principle. SFAS No. 154 also makes a distinction between "retrospective application" of an accounting principle and the "restatement" of financial statements to reflect the correction of an error. SFAS No. 154 applies to accounting changes and error corrections that are made in fiscal years beginning after December 15, 2005. Management has adopted these provisions.

   In February 2006, the FASB issued SFAS Statement No. 155, "ACCOUNTING FOR CERTAIN HYBRID FINANCIAL INSTRUMENTS--AN AMENDMENT OF FASB STATEMENTS NO. 133 AND 140" ("SFAS 155"). This Statement amends FASB Statements No. 133, Accounting for Derivative Instruments and Hedging Activities, and No. 140, Accounting for Transfers and Servicing of Financial Assets and Extinguishments of Liabilities. This Statement resolves issues addressed in Statement 133 Implementation Issue No. D1, "APPLICATION OF STATEMENT 133 TO BENEFICIAL INTERESTS IN SECURITIZED FINANCIAL ASSETS." This Statement permits fair value re-measurement for any hybrid financial instrument that contains an embedded derivative that otherwise would require bifurcation, clarifies which interest-only strips and principal-only strips are not subject to the requirements of Statement 133, establishes a requirement to evaluate interests in securitized financial assets to identify interests that are freestanding derivatives or that are hybrid financial instruments that contain an embedded derivative requiring bifurcation, clarifies that concentrations of credit risk in the form of subordination are not embedded derivatives and amends Statement 140 to eliminate the prohibition on a qualifying special-purpose entity from holding a derivative financial instrument that pertains to a beneficial interest other than another derivative financial instrument. SFAS 155 is effective for all financial instruments acquired or issued for the Company for fiscal year begins after September 15, 2006. The adoption of this standard is not expected to have a material effect on the Company's results of operations or financial position.

   In July 2006, the FASB issued FASB Interpretation No. 48, "ACCOUNTING FOR UNCERTAINTY IN INCOME TAXES - AN INTERPRETATION OF FASB STATEMENT NO. 109" ("FIN 48"). FIN 48 clarifies the accounting for uncertainty in income taxes recognized in the financial statements and prescribes a recognition threshold and measurement attribute for the financial statement recognition and measurement of

a tax position taken

F-25

<PAGE>
in a tax return. The Company continues to evaluate the impact of FIN 48 which is
to be adopted effective December 15, 2006.

   In September 2006, the FASB issued SFAS No. 157, "FAIR VALUE MEASUREMENTS"
("SFAS 157"). While SFAS 157 formally defines fair value, establishes a
framework for measuring fair value and expands disclosure about fair value
measurements, it does not require any new fair value measurements. SFAS 157
applies under other accounting pronouncements that require or permit fair value
measurements. SFAS 157 is required to be adopted effective January 1, 2008 and
the Company does not presently anticipate any significant impact on its
consolidated financial position, results of operations or cash flows.

   In September 2006, the FASB issued SFAS No. 158, "EMPLOYERS' ACCOUNTING FOR
DEFINED BENEFIT PENSION AND OTHER POSTRETIREMENT PLANS - AN AMENDMENT OF FASB
STATEMENTS NO. 87, 88, 106 AND 132(R)" ("SFAS 158"). SFAS 158 requires an
employer to recognize the funded status of its defined benefit pension and other
postretirement plans as an asset or liability in its statement of financial
position and to recognize changes in the funded status in the year in which the
changes occur through other comprehensive income. The funded status of a plan is
measured as the difference between plan assets at fair value and the benefit
obligation, which is represented by the projected benefit obligation for pension
plans and the accumulated postretirement benefit obligation for other
postretirement plans. SFAS 158 requires the recognition, as a component of other
comprehensive income, net of tax, of the gains or losses and prior service costs
or credits that arise during the period but are not recognized as a component of
net periodic benefit cost in accordance with existing accounting principles.
Amounts required to be recognized in accumulated other comprehensive income,
including gains and losses and prior service costs or credits are adjusted as
they are subsequently recognized as components of net periodic benefit cost
pursuant to the recognition and amortization provisions of existing accounting
principles. In addition, SFAS 158 requires plan assets and obligations to be
measured as of the date of the employer's year-end statement of financial
position as well as the disclosure of additional information about certain
effects on net periodic benefit cost for the next fiscal year from the delayed
recognition of the gains or losses and prior service costs or credits.

   The Company is required to adopt those provisions of SFAS 158 attributable to
the initial recognition of the funded status of the benefit plans and disclosure
provisions as of December 31, 2006. Those provisions of SFAS 158 applicable to
the amortization of gains or losses and prior service costs or credits from
accumulated other comprehensive income to the net periodic benefit cost are
required to be applied on a prospective basis effective January 1, 2007. The
Company is still in the process of evaluating the impact, if any, of SFAS 158.
However, the Company does not anticipate that the adoption of SFAS 158 will have
any impact on its consolidated financial statements.

Note 3 - Going Concern and Management's Plan

   The Company's consolidated financial statements as of and for the periods
ended September 30, 2006 and 2005 have been prepared using the generally
accepted accounting principles applicable to a going concern, which contemplates
the realization of assets and liquidation of liabilities in the normal course of
business. The Company had net losses of $1,972,923 and $793,381 and negative
cash flows from operations of $572,422 and $281,846 for fiscal years ended
September 30, 2006 and 2005, respectively. At September 30, 2006, the Company
had a working capital deficit of $2,639,074 and a stockholders' deficit of

$1,376,252. The accompanying consolidated financial statements do not include any adjustments that might result from the ultimate outcome of these risks and uncertainties. As of September 30, 2006, the Company's working capital deficit may not enable it to meet certain financial objectives as presently structured.

The rate at which the Company expends it financial resources is variable, may be accelerated, and will depend on many factors. In order to obtain the necessary operating and working capital, the Company is seeking either public or private equity investors and/or private debt financing. There can be no assurance that such additional funding, if any, will be available on acceptable terms. The Company's continued existence as a going concern is completely dependent upon its ability to grow sales and to secure equity and/or debt financing and there are no assurances that the Company will be successful. Without sufficient short-term financing it would be unlikely for the Company to continue as a going concern.

F-26

<PAGE>

## Note 4 - Intangible Assets

The Company has the following intangible assets as of September 30, 2006:

|                                | Amount    |
|--------------------------------|-----------|
| Customer lists              $  | 934,602   |
| Purchase contracts             | 79,399    |
| Covenants not to compete       | 15,500    |
| Goodwill                       | 188,594   |
| Organizational costs           | 1,009     |
|                                | 1,219,104 |
| Less: accumulated amortization | 166,375   |
| Intangible assets, net      $  | 1,052,729 |

## Note 5 - Fixed Assets

The Company has the following fixed assets as of September 30, 2006:

|                                                   | Amount   |
|---------------------------------------------------|----------|
| Video Game Library                             $  | 222,752  |
| Vehicles                                          | 12,983   |
| Computers and software                            | 547,256  |
| Leasehold improvements                            | 15,854   |
| Furnishings                                       | 104,814  |
|                                                   | 903,659  |
| Less: accumulated depreciation and amortization   | 621,783  |
| Fixed assets, net                              $  | 281,876  |

## Note 6 - Accrued Liabilities

Accrued liabilities consist of the following at September 30, 2006:

|        | Amount |
|--------|--------|

| | | |
|---|---|---|
| Payroll, vacations and related | $ | 153,609 |
| Payroll taxes | | 65,379 |
| Business taxes | | 47,418 |
| Other expenses | | 36,486 |
| Interest | | 122,997 |
| Total Accrued Liabilities | $ | 425,889 |

Note 7 - Related Party Transactions

As of and for the year ended September 30, 2006, the Company had the following transactions with related parties:

a  A public company, managed, directed and partially owned by two of the officers, stockholders and

F-27

<PAGE>

directors of the Company. Accounts payable - trade and accrued expenses totaling $36,110. In addition, at September 30, 2006, the public company owes the Gottaplay $7,354 for networking services. The Company is also committed to a forty-eight month operating lease for personal property with this party public company. See "personal property" in Note 16 for details of the lease. During fiscal year ended September 30, 2006, Gottaplay received services from the public company totaling $122,477.

The Company also owes $7,500 to the public company on an open account and payable on demand.

As of July 17, 2006, the Company owed the public company a total of $469,466 in the form of a promissory note, accounts payable, accrued interest and loans. These debts were converted into 447,111 shares of common stock. The value of the stock was determined on the date of conversion at the close of trading, which was $1.05 per share.

b  Three entities are owed $765,082. These notes and loans are all considered as a current liability. Applicable interest rates range from 4.00% to 18%, and the details of the related party obligations are: (i.)Note payable for $55,982 to a Director of the Board, 9.5% interest, unsecured, (ii.), Note payable for $59,000 to an officer of the Company, 18% interest, secured with personal property, and (iii.) Notes and loans totaling $650,100 to an investor/stockholder, 4% interest on the notes, and all debt is unsecured.

c  A private company owned and managed by two of the Company's officers and stockholders: The amount due is $8,715. This amount is unsecured, non-interest bearing and due on demand.

d  Two officers/stockholders, for an aggregate amount of $6,971. These obligations are unsecured, without interest and due on demand.

Note 8 - Notes Payable and Other Loans

The Company has nine notes payable at September 30, 2006 totaling $387,274. These notes bear interest ranging from 7.79 % to 18.0% per annum. Three notes, totaling $63,376, are collateralized by personal property of the Company, and six notes totaling $323,899, do not carry any collateral. The long-term portion of these notes is estimated at $85,234.

Estimated future minimum principal maturities are:

| Fiscal Years Ended September 30: | | Amount |
|---|---|---|
| 2007 | $ | 62,088 |
| 2008 | | 23,146 |
| | $ | 85,234 |

Note 9 - Secured Convertible Debentures

In April 2005, the Company issued a total of $700,000 of 6% secured convertible debentures, under two separate private financing transactions. Both debentures are secured by certain assets and property of the Company. Pursuant to terms of these debentures, the Company, in anticipation and the consummation of any merger agreement, must place into escrow 1,916,667 shares of $0.001 par value common stock, which upon the effective date of merger, and will deliver said shares of common stock to the holder of Debentures A and B . Conversion terms of each of the private financing transactions, are as follows:

DEBENTURE A - $699,600. The conversion price for this debenture in effect on any conversion date shall be the lesser of (a) one hundred twenty percent (120%) of the average closing bid price per share of the common stock during the five (5) trading days immediately preceding the closing date (the "fixed

F-28

<PAGE>

conversion price"); and, (b) ninety percent (90%) of the lowest bid price per share of the common stock during the fifteen (15) trading days immediately preceding the conversion date (the "floating conversion price"). The maturity date of this debenture is April 11, 2007.

DEBENTURE B - $400. The conversion price for this debenture in effect on any conversion date shall be $0.001 (the "conversion price"). The maturity date for this debenture is April 11, 2008.

As of September 30, 2006, the Company owes $464,600 on Debenture A, and $400 on Debenture B. However, on October 18, 2006 both debentures plus accrued interest were paid in full and the 1,916,667 shares of common stock held in escrow were also assigned to investor group on October 2006. See also Note 17.

Note 10 - Capitalized Lease Obligations

The Company is leasing various equipment under three non-cancelable capital leases that expire at various dates through September 2007. The total obligation under the capital leases has been recorded in the accompanying consolidated balance sheet at the net present value of the future minimum lease payments, discounted at an interest rate of 10%. The net book value of capitalized equipment was approximately $77,000 at September 30, 2006.

| Minimum future obligations | $ | 28,588 |
|---|---|---|
| Less amount representing interest | | 1,542 |
| Present value of net minimum obligation | $ | 27,046 |

Note 11 - Stockholders' Deficit, Options and Warrants

PREFERRED STOCK

The Company is authorized to issue 5,000,000 shares of its $0.001 par value preferred stock. As of September 30, 2006, no shares are issued and outstanding.

COMMON STOCK

The Company is authorized to issue 100,000,000 shares of its $0.001 par value common stock. This class of stock allows a stockholder one vote for each share of common stock held.

As of September 30, 2006, the issued and outstanding shares of the Company's $0.001 par value common stock were 28,893,433 shares.

TREASURY STOCK

The Company has 5,417 shares of common stock in treasury. These shares have a cost basis of $379, or approximately $0.42 per share.

OPTIONS

During fiscal year ended September 30, 2006, the Company granted 2,207,000 options, each with an exercise price of $0.50 per share, and all options will expire in February 2016. Each optionee was fully vested at the grant date. Options were granted as follows to: (a.)Three employees - 1,250,000; (b.) A director - 500,000; and, (c.) Non-employees - 457,000.

These options were recognized in the accompanying consolidated financial statements in accordance with SFAS 123R and valued using the Black-Scholes option pricing model with a total expense of $32,049.

No options were exercised during the fiscal year. Accordingly 2,207,000 were outstanding as of September 30, 2006.

F-29

<PAGE>

WARRANTS

During the fiscal year ended September 30, 2006, the Company granted 922,309 warrants to purchase shares of common stock. These warrants were issued in conjunction with the terms of certain debts which were either converted into shares of common stock on July 17, 2006, or in consideration for extending the due date on a certain promissory note. The warrants carry exercise prices ranging between $1.00 and $1.50 per share and will expire in May 2007 and July 2007. As of September 30, 2006, there were 922,309 warrants outstanding.

Note 12 - Segment Reporting

The Company operates in two principal business segments, as more fully describe in Note 1. The following table sets forth the information for the Company's reportable segments and a reconciliation for the year ended September 30, 2006. The Company did not have operating segments in fiscal 2005.

<TABLE>
<CAPTION>

| | On-line Game Rental Division | Internet Service Provider Division | Totals |
|---|---|---|---|

| <S> | <C> | <C> | <C> |
|---|---|---|---|
| Net sales .................... | $ 127,257 | $ 337,274 | $ 464,531 |
| Cost of sales .............. | 150,598 | 171,137 | 321,735 |
| Interest expense ........... | 66,009 | 19,642 | 85,651 |
| Depreciation and amortization | 95,176 | 20,365 | 115,541 |
| Corporate and other expense . | 1,698,706 | 215,821 | 1,914,527 |
| Loss from segment operations | (1,883,232) | (89,691) | (1,972,923) |
| | | | |
| Capitalized expenditures .... | 71,927 | 2,737 | 74,664 |
| Assets ..................... | 120,315 | 1,558,634 | 1,678,949 |

</TABLE>

Statement of Financial Accounting Standards No. 131, Disclosures about Segments of an Enterprise and Related Information, establishes standards for reporting information about operating segments. This standard requires segmentation based on our internal organization and reporting of revenue and operating income or loss based upon internal accounting methods. Operating segments are defined as components of an enterprise about which separate financial information is available that is evaluated regularly by the chief operating decision maker, or decision making group, in deciding how to allocate resources and in assessing performance.

Because of the Company's integrated business structure, operating costs of one segment may directly or indirectly benefit the other segment. Therefore, these segments are not designed to precisely measure operating income or loss directly related the products included in each segment. As inter-segment costs are incurred in the future, management will accordingly recognize or estimate the alignment of these certain costs, and plan to evaluate the alignments on a regular basis.

The accounting policies of the operating segments are the same as those described in the summary of significant accounting policies in Note 2.

Note 13 - Income Taxes

Deferred tax assets and liabilities are recognized based on the anticipated future tax effects arising from the differences between the financial statement carrying amounts of assets and liabilities and their respective tax bases of assets and liabilities using enacted tax rates. The following is a reconciliation of the Federal and state statutory income tax amount to the provision for income taxes for the year ended September 30, 2006:

| | | |
|---|---|---|
| Tax benefit at federal and state statutory rates at 35%. | $ | (684,000) |
| Permanent differences | | 17,000 |
| Temporary differences | | 312,000 |

F-30

<PAGE>

| | | |
|---|---|---|
| Other | | (4,500) |
| | | ---------------- |
| | | (359,500) |
| Increase in valuation allowance | | 359,500 |
| | | ---------------- |
| | $ | -- |
| | | ================ |

The significant components of the Company's deferred tax at September 30, 2006 are as follows:

| | | |
|---|---|---:|
| Deferred tax assets: | | |
| Net operating loss carryforwards | $ | 565,000 |
| Deferred and pre-billed revenues | | 88,000 |
| Accrued vacation benefits | | 25,000 |
| Accrued taxes | | 500 |
| Basis of disposed assets | | 4,000 |
| Depreciation | | 62,000 |
| Total deferred tax assets | | 744,500 |
| Deferred tax liabilities: | | |
| Amortization | | 71,000 |
| Total deferred tax liabilities | | 71,000 |
| Net deferred tax assets before valuation allowance | | 673,500 |
| Less: Valuation allowance | | (673,500) |
| | $ | -- |

For the year ended September 30, 2006, the Company incurred a net operating loss and, accordingly, no provision for income taxes has been recorded. In addition, no benefit for income taxes has been recorded due to the uncertainty of the realization of any tax assets. At September 30, 2006, the Company had approximately $1,615,000 of net operating losses available to offset future federal and state taxable income. The net operating loss carryforwards, if not utilized, will begin to expire in 2024. Utilization of these carryforwards is significantly dependent on future taxable income, and, any future tax benefit may be further limited due to a change of control in the Company's ownership as defined by the Internal Revenue Code, Section 382.

For financial reporting purposes, the Company has incurred a loss since its inception and based on the available objective evidence, including the Company's history of losses, management conservatively believes it is more likely than not that the net deferred tax assets will not be fully realizable. Accordingly, the Company provided for a full valuation allowance against its net deferred tax assets at September 30, 2006.

Note 14 - Employee Retirement Plan

On July 7, 2004, the legal acquirer adopted a 401(K) & Profit Sharing Plan. The plan is primarily funded by voluntary employee contributions. The Company may, at the sole discretion of the Trustees, contribute stock or cash to the profit sharing plan.

Note 15 - Supplemental Cash Flow Information

Supplemental disclosures of cash flow information for the years ended September 30, 2006 and 2005, respectively, are summarized as follows:

NON-CASH INVESTING AND FINANCING

Non-cash investing and financing activities included the following for the years ended:

F-31

```
<PAGE>
<TABLE>
<CAPTION>
```

|  | Sep 2006 |
|---|---|
| <S> | <C> |
| Net assets received from reverse merger .......................... | $ 280,475 |
| Convert notes payable, accounts payable and accrued liabilities into shares of common stock .................................. | 781,848 |
| Issuance of common stock recorded as prepaid service compensation in conjunction with services to be rendered by non-employees ......................................................... | 3,000,000 |
| Convert amounts due to related party into a promissory note payable | 333,837 |
| Convert accounts payable due to related party into amended promissory note payable ............................................ | 57,859 |
| Issuance of shares of common stock and promissory notes for acquisitions of internal use software and video game library disks | -- |

```
</TABLE>
```

SUPPLEMENTAL CASH FLOWS INFORMATION

For the years ended, the Company paid cash for:

|  | September 30, | |
|---|---|---|
|  | 2006 | 2005 |
| Interest | $ 4,979 | $ -- |
| Taxes | -- | -- |

Note 16 - Commitments and Contingencies

FACILITIES

The Company conducts a substantial portion of its operations utilizing leased facilities. The Company is obligated on three:

a.) one for its corporate headquarters located in Gig Harbor, Washington, b.) one distribution center located in the Anaheim, California, and c.) a operational facility located in Bremerton, Washington.

Future minimum operating lease payments are:

| Years ending September 30: | |
|---|---|
| 2007 | $ 97,000 |
| 2008 | 39,400 |
| 2009 | 13,900 |
| 2010 | -- |
|  | $ 150,300 |

For the years ended September 30, 2006 and 2005, rental expense totaled approximately $93,500 and $42,700, respectively.

PERSONAL PROPERTY

The Company entered into a personal property lease for a term of forty-eight months with a related party. The Company is leasing computers, printers and other technology equipment necessary to conduct the day-to-day operations. Terms require a base rent of approximately $735 per month and applicable sales taxes.

F-32

<PAGE>
Rents may increase from time to time due to the Company needing additional equipment as it expands its operations and network of distribution centers. (See also Note 7a.)

Future minimum operating lease payments are:

| | Years ending September 30: |
| --- | --- |
| 2007 | $    8,800 |
| 2008 | 8,800 |
| 2009 | 7,500 |
| 2010 | -- |
| | $ 25,100 |
| | ======== |

For the periods ended September 30, 2006 and 2005, rental expense for personal property was approximately $8,000 and $1,500 respectively.

INDEPENDENT CONTRACTORS

During the year ended September 30, 2006 and to the date of this report, the Company has utilized continuing and recurring services of several independent contractors. Generally, these contractors' agreements are short term and subject to successive automatic renewal provisions. There are approximately eight contractors at any one time and are paid between $2,500 per month and $4,000. In the opinion of management, these individuals are not employees.

COMMITMENTS FOR DISTRIBUTION CENTERS

The Company generally enters into contractual arrangements with independent entities for the regional distribution of video games to its customers and receives into inventory when returned. Each agreement is essentially the same and generally has the following terms:

a   Monthly payments of approximately $2,500,

b   Six-month duration, with an automatic successive renewal provision for six months, and

c   Notification of termination by either party must be in writing and submitted 30 days prior to the end of term.

Total monthly distribution contractor fees approximate $10,100.

LITIGATION AND CLAIMS

The Company is subject to several other legal proceedings and business disputes involving ordinary and routine claims. The ultimate legal and financial liability with respect to such matters cannot be estimated with certainty and

requires the use of estimates in recording liabilities for potential litigation settlements. Estimates for losses from litigation are made after consultation with outside counsel. If estimates of potential losses increase or the related facts and circumstances change in the future, the Company may be required to record either more or less litigation related expense.

It is management's opinion that none of the open matters at September 30, 2006, nor to January 10, 2007, will have a material adverse effect on the Company's financial condition or operations.

CONSULTING AGREEMENT

On July 25, 2006, The Company entered into a one year consulting agreement with an investor relations firm. Duties of the consultant are to assist the Company in raising capital, developing and implementing corporate strategies, introducing the Company to new financial communities, and represent the Company in investors' communications and public relations.

The Company issued 2 million shares of par value common stock per terms of the agreement. The stock was valued at $1.50 per share at the close of market on July 25, 2006. In addition, if the Consultant

F-33

<PAGE>
 introduces the Company to a lender
or an equity purchaser and ultimately causes financing, it may also earn a "finder's fee" fee equal to 5% of gross funding received by the Company. The fee is payable in cash.

EMPLOYMENT AGREEMENT

The Company has an employment agreement with a corporate officer which was executed on the effective date of the merger. Terms require a base salary of $123,600 per year, plus traditional company benefits, for a minimum of two (2) years. Employee is also eligible for bonuses at the discretion of the compensation committee.

The agreement also provides for an issuance of common stock warrants. These warrants have not been granted as of the date of this report and the number of warrants to be granted have not yet been determined. Additional terms of a future grant, state that these warrants may be exercised at any time, no earlier than 12 months from the issuance date and no later than 60 months from the anniversary date of the grant. The warrants would also vest immediately.

Note 17 - Subsequent Events

PRIVATE PLACEMENT FINANCING

In October 2006, the Company consummated a private placement financing agreement with four investors for a total of $1,250,000, of which these funds will be distributed over two phases. The Company received in October and November 2006 $312,500 for the first phase, in the form of one convertible secured 9% promissory notes. These obligations are due within one year of each note's issuance and are convertible into 250,000 shares of par value common stock, valued at $1.25 per share. In conjunction with these notes, the Company granted warrants, with terms as follows:

a   250,000 warrants exercisable within two years from the date of grant at $1.50 per share, and

b  250,000 warrants exercisable within three years from the date of grant at
   $2.50 per share.

   The Company has also received $155,500 which will be applicable to the second
level of funding under this financial arrangement.

   SECURED CONVERTIBLE DEBENTURES

   In October 2006, the Company paid off the 6% secured convertible debentures,
plus the accrued interest, with borrowings from certain investors. As part of
the payoff, the investors were also issued the 1,916,667 shares of common stock
held in escrow for the benefit of the debenture holders until the debentures,
plus accrued interest were fully paid off.

                                    F-34
<page>
</TEXT>
</DOCUMENT>