# EXHIBIT G

# EXHIBIT G



May 14, 2007

Capital Group Communications, Inc
1750 Bridgeway, Suite A-200
Sausalito, California 94965

Gentlemen:

Please be advised that on April 20, 2007, stock certificate # 1064 (the Certificate") standing in the name of Capital Communications, Inc, was cancelled on the books of Gottaplay Interactive, Inc. (the "Company".) The determination to cancel the Certificate was made by the Board of Directors of the Company and was based upon various reasons, among which was the failure of consideration, fraud in the inducement, and the breach of promises by Capital Communications, Inc.

Accordingly, you are hereby requested to send the Certificate to Gottaplay for destruction.

Please be further advised that the Consultant Agreement dated July 25, 2006 was terminated by Gottaplay on February 22, 2007

Very truly yours,

Gottaplay Interactive, Inc.


By: _____
John P. Gorst, CEO