# EXHIBIT H

Yahoo!  My Yahoo!  Mail    Make Y! your home page                              Search: [                    ] [Web Search]

**YAHOO! FINANCE**    **Sign In**        Finance Home - Help
New User? Sign Up                                                        **marketwire**

**Welcome** [Sign In]                                    To track stocks & more, Register

**Financial News**

                Enter symbol(s) [              ] [Basic      ▼] [Get]  Symbol Lookup

**Press Release**                                      Source: Gottaplay Interactive, Inc.

# Gottaplay Interactive, Inc. Is Successful in Delisting Its Securities From the Berlin-Breman Exchange

Monday March 26, 9:00 am ET

GIG HARBOR, WA--(MARKET WIRE)--Mar 26, 2007 -- Gottaplay Interactive, Inc. (OTC BB:GTAP.OB - News), a Nevada corporation, recently became aware of its securities being listed on the German Berlin-Breman Exchange without authorization from the Company. The Company has now been delisted.

"We did not authorize the Company's listing on the Berlin-Breman Exchange and we have taken prompt steps over the past week or so to remove Gottaplay. We have received confirmation from our legal counsel in Germany that we have been successfully removed from this exchange," said John P. Gorst, Chairman and CEO of Gottaplay Interactive Inc.

About Gottaplay Interactive, Inc.

Gottaplay Interactive is a leading online gaming rental company. It features free home delivery and unlimited access to an extensive gaming library for a flat monthly fee. No due dates, No late fees -- it is simple, economical and convenient. Game titles are delivered via mail from multiple distribution centers established throughout the continental U.S. For more information, please visit Gottaplay at www.gottaplay.com

Forward-Looking Statements

Such forward-looking statements are subject to a number of risks, assumptions and uncertainties that could cause the Company's actual results to differ materially from those projected in such forward-looking statements. These risks, assumptions and uncertainties include: the ability to complete systems within currently estimated time frames and budgets; the ability to compete effectively in a rapidly evolving and price competitive marketplace; changes in the nature of telecommunications regulation in the United States and other countries; changes in business strategy; the successful integration of newly acquired businesses; the impact of technological change; and other risks referenced from time to time in the Company's filings with the Securities and Exchange Commission.

*Contact:*

        Contact:

        Investor Inquiries Contact:

        Prominence Media Corporation
        Jelena Popovic
        Tel: 1-866-483-7772
        E-mail: jp@prominencemediacorp.com

        Capital Group Communications, Inc.

```
Richard Carpenter
George Carpenter
Tel:  415-332-7200
Email: Gottaplay@capitalgc.com
```

Source: Gottaplay Interactive, Inc.

Copyright © 2007 Yahoo! Inc. All rights reserved. Privacy Policy - Terms of Service - Copyright Policy - Ad Feedback
Copyright © 2007 Marketwire. All rights reserved. All the news releases provided by Marketwire are copyrighted. Any forms of copying other than an individual user's personal reference without express written permission is prohibited. Further distribution of these materials is strictly forbidden, including but not limited to, posting, emailing, faxing, archiving in a public database, redistributing via a computer network or in a printed form.