# EXHIBIT I

John Gorst-

called April 9th, 2007 @ approximately
10:37 Am

said that he didn't want to beat around the
bush. He was upset that I had
only 1m less shares than him and
wanted half of my stock back. I told him
that this wasn't a reason to get shares back
He also said that we weren't bringing any
volume or liquidity to the table. I responded
with this isn't how pops Irv is presented.
we inform the public. He said that
the finance group wanted us to get them back
or they couldn't fund.

MARK IRVIN (240) 876-5388    April 10th @ 1:32 pm
"board member" called and asked for 1/2 of our
shares back since we have a 2 year
agreement. I told him that he is misinformed
and that we only have a 12 month agreement.
He was perplexed and said that was why
he was asking for half back because he
thought we had another year on the deal.
He disconnected @ 1:41 pm.

I called back and left message at 1:49 pm same
@ 2:10 mark called said they were just worried that
we would sell our shares and hurt market

he said he thought if they stopped working
with us that they would see no positives
from us and just sales of our shares.
We made the comment that he has 3m
shares and is going to wait until company
gets bought out. I told 'him that
it wasn't my intent to hurt the company.
I also mentioned that we have
"piggy back" registration rights also.
He asked if that was in my contract
and I said yes. He said he would
speak with John & call back.

4/10/07 @ 3pm⁺ I sent an email
inviting John & he to come to the
office here and discuss moving forward.

Last week John missed flight "mechanical"
and never scheduled another flight.

4/26/07 George & I called John
and left messages he never returned calls

4/27/07 John sent email stating
that he was terminating our agreement
and that he would send via certified
mail. I asked him to call he
never did. I asked that he send
a copy via fax. He never did.