# EXHIBIT J

**From:** John Gorst [mailto:jgorst@gotaplay.com]
**Sent:** Friday, April 27, 2007 8:11 AM
**To:** Devin Bosch
**Cc:** phillip.knight@thi-inc.ca; mark
**Subject:** Termination of our contract.

Devin,
We will be sending a formal termination of our agreement today via certified mail. The letter will explain our reason for terminating our relationship. To say the least, I am very disappointed in the lack of results from your firm. As you may know we started out with 526 shareholders and as of last week according to our NOBO list that we have just pulled we are at 616. Building our shareholder base was a primary responsibility of Capital Communications! I wish you and your firm all the best.

Best regards,

*John P. Gorst*

Gottaplay Interactive, Inc.
Chairman & CEO
office: 253-722-5615
Cell: 253-682-8392
3226 Rosedale St. Suite 200
Gig Harbor, WA. 98335

9/7/2007