# EXHIBIT L

1054

**CAPITAL GROUP COMMUNICATIONS,INC.**
415-843-0200
655 REDWOOD HWY SUITE 220
MILL VALLEY, CA  94941

750 BRL          AY
SAUSALITO.      94965

11-35/1210
178

11/10/2005

PAY TO THE
ORDER OF ___WESTERN TRANSITIONS, inc_____    $ **125,000.00

One Hundred Twenty-Five Thousand and 00/100******************************************************  ***************************** DOLLARS

WESTERN TRANSITIONS, inc
12835 E. ARAPAHOE RD TOWER 1
PENTHOUSE #803
ENGLEWOOD, COLORADO, USA
80012

MEMO ____SUBSCRIPTION AGREEMENT_____

⑈001054⑈ ⑆121000358⑆ 01784⑈05546⑈

WESTERN TRANSITIONS, inc                                                   1054
Stock Purchase                                          11/10/2005
                                                                      125,000.00

B of A Checking #554    SUBSCRIPTION AGREEMENT                          125,000.00