Michael F. Donner (SBN 155944)
Jonathan Sommer (SBN 209179)
STEIN & LUBIN LLP
The Transamerica Pyramid
600 Montgomery Street, 14th Floor
San Francisco, California  94111
Telephone:     (415) 981-0550
Facsimile:      (415) 981-4343
mdonner@steinlubin.com
jsommer@steinlubin.com

Attorneys for Petitioner
CAPITAL GROUP COMMUNICATIONS, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CAPITAL GROUP COMMUNICATIONS, INC., a California corporation,<br><br>    Petitioner,<br><br>v.<br><br>GOTTAPLAY INTERACTIVE, INC., a Nevada corporation; JOHN GORST, an individual; MARK LEVIN, an individual; and DOES 1-50,<br><br>    Respondents. | Case No.  C07-3632 EMC<br><br>**[PROPOSED] ORDER ON PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date:     October 17, 2007<br>Time:     10:30 a.m.<br>Judge:    Hon. Edward M. Chen<br>Location:  15th Floor, Courtroom C |

1  Plaintiff Capital Group Communications, Inc. ("Capital Group") Motion for
2  Preliminary Injunction to enjoin defendant Gottaplay Interactive, Inc. ("Gottaplay") came on
3  regularly for hearing before Judge Edward M. Chen.  All parties were duly represented by
4  counsel.  After considering all briefing submitted by the parties, all supporting declarations, any
5  related papers or records filed in this action, all argument of counsel, and good cause appearing,
6  the Court GRANTS the motion and ORDERS that:

7  1.  Gottaplay shall take all commercially reasonable actions to register the
8  2,000,000 shares of Gottaplay stock owned by Capital Group, including filing a registration
9  statement with the SEC within 10 days of the date of this order.

10  2.  Gottaplay shall not interfere with any sale of shares by Capital Group
11  under SEC Rule 144 and shall cooperate as may be necessary to facilitate Capital Group's sales
12  under Rule 144, including cooperating with Capital Group's request to sell 311,011 shares that it
13  submitted on or about August 14, 2007 to Gottaplay's stock transfer agent, Colonial Stock
14  Transfer.

15  3.  Gottaplay shall deliver 125,000 additional registered shares and 62,500
16  stock warrants of Gottaplay within 10 days of the date of this order, or, alternatively, refund
17  Capital Group's $125,000 with interest at the statutory prejudgment rate of 10% from the date
18  Gottaplay deposited the proceeds of Capital Group's check.

19
20
21  DATED: _____    _____
22                                  HON. EDWARD M. CHEN
                                    U.S. MAGISTRATE JUDGE
23
24
25
26
27
28

16010002/355260v1                         2                         Case No. C07-3632 EMC
[PROPOSED] ORDER ON PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION