1  Michael F. Donner (SBN 155944)
   Jonathan Sommer (SBN 209179)
2  STEIN & LUBIN LLP
   The Transamerica Pyramid
3  600 Montgomery Street, 14th Floor
   San Francisco, California  94111
4  Telephone:    (415) 981-0550
   Facsimile:    (415) 981-4343
5  mdonner@steinlubin.com
   jsommer@steinlubin.com
6
   Attorneys for Plaintiff
7  CAPITAL GROUP COMMUNICATIONS, INC.

8

9                    UNITED STATES DISTRICT COURT

10                FOR THE NORTHERN DISTRICT OF CALIFORNIA

11                           SAN FRANCISCO DIVISION

12

| | |
|---|---|
| 13  CAPITAL GROUP COMMUNICATIONS, INC., a California corporation, | Case No.  C07-3632 EMC |
| 14 | **[PROPOSED] ORDER ON PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION** |
| 15       Plaintiff, | |
| 16  v. | |
| 17  GOTTAPLAY INTERACTIVE, INC., a Nevada corporation; JOHN GORST, an individual; MARK LEVIN, an individual; and DOES 1-50, | Date:      October 17, 2007 Time:      10:30 a.m. Judge:     Hon. Edward M. Chen Location:  15th Floor, Courtroom C |
| 18 | |
| 19       Defendants. | |

20
21
22
23
24
25
26
27
28

16010002/355260v1                                1                         Case No. C07-3632 EMC

[PROPOSED] ORDER ON PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

1  Plaintiff Capital Group Communications, Inc. ("Capital Group") Motion for Preliminary Injunction to enjoin defendant Gottaplay Interactive, Inc. ("Gottaplay") came on regularly for hearing before Judge Edward M. Chen.  All parties were duly represented by counsel.  After considering all briefing submitted by the parties, all supporting declarations, any related papers or records filed in this action, all argument of counsel, and good cause appearing, the Court GRANTS the motion and ORDERS that:

   1. Gottaplay shall take all commercially reasonable actions to register the 2,000,000 shares of Gottaplay stock owned by Capital Group, including filing a registration statement with the SEC within 10 days of the date of this order.

   2. Gottaplay shall not interfere with any sale of shares by Capital Group under SEC Rule 144 and shall cooperate as may be necessary to facilitate Capital Group's sales under Rule 144, including cooperating with Capital Group's request to sell 311,011 shares that it submitted on or about August 14, 2007 to Gottaplay's stock transfer agent, Colonial Stock Transfer.

   3. Gottaplay shall deliver 125,000 additional registered shares and 62,500 stock warrants of Gottaplay within 10 days of the date of this order, or, alternatively, refund Capital Group's $125,000 with interest at the statutory prejudgment rate of 10% from the date Gottaplay deposited the proceeds of Capital Group's check.

DATED: _____

HON. EDWARD M. CHEN
U.S. MAGISTRATE JUDGE