1  MICHAEL F. DONNER (SBN 155944)
   JONATHAN E. SOMMER (SBN 209179)
2  STEIN & LUBIN LLP
   The Transamerica Pyramid
3  600 Montgomery Street, 14th Floor
   San Francisco, California 94111
4  Telephone:   (415) 981-0550
   Facsimile:   (415) 981-4343
5  mdonner@steinlubin.com
   jsommer@steinlubin.com
6
   Attorneys for Plaintiff
7  CAPITAL GROUP COMMUNICATIONS,
   INC., a California corporation
8
   JOHN R. MAYER (SBN 197765)
9  JOHN R. MAYER, APLC
   2550 5th Avenue, Suite 520
10 San Diego, California 92103
   Telephone:   (619) 794-2651
11 Facsimile:   (619) 794-2653
   john@johnrmayer.com
12
   Attorneys for Defendants
13 GOTTAPLAY INTERACTIVE, INC., a Nevada
   Corporation, JOHN P. GORST, an individual,
14 MARK H. LEVIN, an individual

15

16                    UNITED STATES DISTRICT COURT

17              FOR THE NORTHERN DISTRICT OF CALIFORNIA

                        SAN FRANCISCO DIVISION
18

19

20 | CAPITAL GROUP COMMUNICATIONS,    Case No. C-07-03632-EMC
   | INC., a California corporation,
21 |                                  **STIPULATION EXTENDING TIME TO
   |       Plaintiff,                 FILE RESPONSIVE PLEADING TO
22 |                                  COUNTERCLAIM ; ORDER**
   | v.
23 |
   | GOTTAPLAY INTERACTIVE, INC., a
24 | Nevada corporation; JOHN P. GORST, an
   | individual; MARK H. LEVIN, an individual;
25 | and DOES 1-50, inclusive,

26 |       Defendants.

27 | AND RELATED COUNTERCLAIM.

28

16010002/355054v1

STIPULATION EXTENDING TIME TO FILE RESPONSIVE PLEADING

1  WHEREAS, on August 16, 2007, Defendant Gottaplay Interactive, Inc.
2  ("Gottaplay") filed a Counterclaim ("Counterclaim") against Plaintiff Capital Group
3  Communications, Inc. ("CGC") and CGC's President, Devin Bosch ("Mr. Bosch").
4  WHEREAS, Gottaplay has not yet served a Summons and the Counterclaim on
5  Mr. Bosch;
6  WHEREAS, Gottaplay seeks to avoid the expense and inconvenience of locating
7  Mr. Bosch and serving Mr. Bosch with a Summons and the Counterclaim, and CGC and Mr.
8  Bosch seek to avoid the expense and inconvenience of filing two pleadings in response to the
9  Counterclaim on two separate dates;
10  The parties hereby stipulate that (1) CGC's counsel of record shall accept service
11  of Gottaplay's Summons and Counterclaim on behalf of Mr. Bosch, (2) Mr. Bosch shall early file
12  a pleading in response to the Counterclaim by September 21, 2007 and (3) CGC's deadline to file
13  a pleading in response to the Counterclaim shall be extended until September 21, 2007 pursuant
14  to Local Rule 6-1.

15  IT IS SO STIPULATED.

16  Dated: September 5, 2007        JOHN R. MAYER, APLC

17
18  By: _____
    John R. Mayer
19  Attorneys for Defendants
    GOTTAPLAY INTERACTIVE, INC., a Nevada
20  Corporation, JOHN P. GORST, an individual,
    MARK H. LEVIN, an individual

21  Dated: September 5, 2007        STEIN & LUBIN LLP

22
23  By: _____
    Michael E. Donner
24  Attorneys for Plaintiff
    CAPITAL GROUP COMMUNICATIONS, INC.,
25  IT IS SO ORDERED:        a California corporation
26
27  _____
    Edward M. Chen
28  U.S. Magistrate Judge

IT IS SO ORDERED
Judge Edward M. Chen

16010002/355054v1                    1                    Case No. C-07-03632-EMC
STIPULATION EXTENDING TIME TO FILE RESPONSIVE PLEADING