**JAMES M. BARRETT     SBN 190274**
**LAW OFFICE OF JAMES M. BARRETT**
**789 CASTRO STREET**
**Mountain View, CA 94041**
**Telephone (650) 969-3687**
**Facsimile (650) 969-3699**

**Attorney for Plaintiff Colonial Stock Transfer**

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **COLONIAL STOCK TRANSFER**  Plaintiff,  vs.  **GOTTAPLAY INTERACTIVE, INC.** a Nevada corporation; **CAPITAL GROUP COMMUNICATIONS, INC.**, a California Corporation  Defendants. | Case No.: C-07-03632-EMC  **MOTION FOR DISCHARGE OF STAKEHOLDER IN INTERPLEADER ACTION**  Date:  Time:  Courtroom: |

Plaintiff, Colonial Stock Transfer ("COLONIAL"), in the above-entitled interpleader action moves this Court as follows:

That pursuant to 28 U.S.C. Section 2361, COLONIAL be discharged from further liability to any or all of the defendants named herein under the allegations of the complaint, and further, that COLONIAL be discharged and relieved of further responsibility in said action and that defendants be permanently enjoined from the further assertion of claims relating to two

//

//

COLONIAL MOTION FOR DISCHARGE                                                                                1

1 | million shares except by interpleader and assertion of such claims in this action.

2 |   WHEREFORE, COLONIAL prays that its Motion for Discharge be granted

3 | **DATE: September 17, 2007**      **Law Office of JAMES M. BARRETT**

4 |

5 |          **/s/ James M. Barrett**
        **JAMES M. BARRETT**

6 |         **Attorney for Plaintiff Colonial Stock Transfer**

COLONIAL MOTION FOR DISCHARGE      2