United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAPITAL GROUP COMMUNICATIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> GOTTAPLAY INTERACTIVE, INC., *et al.*, <br><br> Defendants. <br> _____/ <br><br> COLONIAL STOCK TRANSFER, <br><br> Plaintiff, <br><br> v. <br><br> GOTTAPLAY INTERACTIVE, INC., *et al.*, <br><br> Defendants. <br> _____/ | No. C-07-3632 EMC <br><br> No. C-07-4470 EMC <br><br> **ORDER DENYING COLONIAL STOCK TRANSFER'S EX PARTE APPLICATION FOR ORDER SHORTENING TIME; AND SETTING BRIEFING SCHEDULE FOR COLONIAL STOCK TRANSFER'S MOTION FOR DISCHARGE** |

Colonial Stock Transfer ("Colonial"), the plaintiff in Case No. C-07-4470, the interpleader action, has filed a motion asking to be discharged from liability in that case. Colonial now asks that that motion for discharge be heard on shortened time "on the ground that a swift hearing on the issue is required as COLONIAL ha[s] a bona fide fear that [it] may be exposed to multiple liabilities with respect to Disputed Shares because of conflicting claims." Ex Parte App. at 2.

According to counsel for Colonial, both Gottaplay Interactive, Inc. and Capital Group Communications, Inc., the defendants in the interpleader action, have agreed to a hearing on shortened time. However, counsel's declaration was not signed under penalty of perjury and now

counsel for Capital Group has submitted a declaration -- which was signed under penalty of perjury -- stating that no agreement to shortened time was ever made. *See* Donner Decl. ¶ 3. The Court therefore turns to the merits of the request for shortened time.

The only reason offered by Colonial in support of its request for shortened is that Colonial fears it may be exposed to multiple liabilities. But that is the case in any interpleader action and there is no rule that requires expedited consideration of interpleader actions or motions filed therein. Moreover, Capital Group is contesting Colonial's right to interplead and therefore it is more appropriate for the Court to consider the issue on a regularly noticed schedule.

Accordingly, the Court hereby **DENIES** Colonial's request for shortened time. Colonial's motion for discharge shall be heard on October 24, 2007, at 3:00 p.m. The opposition shall be filed by October 3, 2007, and the reply by October 10, 2007.

Capital Group has indicated that it intends to move to dismiss Colonial's interpleader action. In the interest of efficiency, the Court directs that, if Capital Group wishes to do so, then it should also designate its opposition to Colonial's motion for discharge as a cross-motion to dismiss the interpleader action. Colonial's opposition to the cross-motion to dismiss should then be filed on October 10, 2007, and Capital Group's reply on October 17, 2007.

This order disposes of Docket No. 21 in Case No. C-07-3632 EMC and Docket No. 13 in Case No. C-07-4470 EMC.

IT IS SO ORDERED.

Dated: September 19, 2007

_____
EDWARD M. CHEN
United States Magistrate Judge