1  MICHAEL F. DONNER (SBN 155944)
   JONATHAN E. SOMMER (SBN 209179)
2  STEIN & LUBIN LLP
   The Transamerica Pyramid
3  600 Montgomery Street, 14th Floor
   San Francisco, California 94111
4  Telephone:   (415) 981-0550
   Facsimile:   (415) 981-4343
5  mdonner@steinlubin.com
   jsommer@steinlubin.com
6
   Attorneys for Plaintiff
7  CAPITAL GROUP COMMUNICATIONS, INC.,
   a California corporation
8

9              UNITED STATES DISTRICT COURT

10           FOR THE NORTHERN DISTRICT OF CALIFORNIA

11                   SAN FRANCISCO DIVISION

12

13 | CAPITAL GROUP COMMUNICATIONS, INC., a California corporation, | Case No. C-07-3632-EMC
14 |   | Related Case No. C-07-4470 EMC
15 | Plaintiff, | 
   | | **[PROPOSED] ORDER GRANTING CAPITAL GROUP AND DEVIN BOSCH'S MOTION TO DISMISS GOTTAPLAY'S COUNTERCLAIMS FOR FAILURE TO STATE A CLAIM AND MOTION TO STRIKE AFFIRMATIVE DEFENSES**
16 | v. |
17 | GOTTAPLAY INTERACTIVE, INC., a Nevada corporation; JOHN P. GORST, an individual; MARK H. LEVIN, an individual; and DOES 1-50, inclusive, |
18 | |
19 | Defendants. |

1  The motion of plaintiff and counterdefendant Capital Group Communications, Inc. ("Capital Group") and counterdefendant Devin Bosch to (1) dismiss defendant and counterclaimant Gottaplay Interactive, Inc.'s ("Gottaplay") counterclaims for failure to state a claim, and (2) strike the affirmative defenses of all defendants (the "Motion") came on regularly for hearing before Judge Edward M. Chen. All parties were duly represented by counsel. After considering all briefing submitted by the parties, all supporting papers, any related papers or records filed in this action, all argument of counsel, and good cause appearing, the Court GRANTS the Motion and ORDERS as follows:

    1. Each and every claim in the First through Seventh Causes of Action of Gottaplay's Counterclaim that alleges that the Consulting Agreement between Capital Group and Gottaplay is void or otherwise unlawful because Capital Group was not a registered broker-dealer is hereby DISMISSED WITH PREJUDICE.

    2. The First through Eighteenth Affirmative Defenses in the Answer of defendants Gottaplay, John Gorst and Mark Levin are DISMISSED WITH LEAVE TO AMEND, except for the Fourth Affirmative Defense (Void Contract), which is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

DATED: _____   _____
HON. EDWARD M. CHEN
U.S. MAGISTRATE JUDGE