UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CAPITAL GROUP COMMUNICATIONS, INC.,

           Plaintiff(s),

v.

GOTTAPLAY INTERACTIVE, INC., et al.

           Defendant(s).

CASE NO. C07-3632 EMC
Related Case No. C07-4470 EMC

NOTICE OF NEED FOR ADR PHONE CONFERENCE

Counsel report that they have met and conferred regarding ADR and that they:

        have not yet reached an agreement to an ADR process
✓      request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference October 24, 2007

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| Michael F. Donner | Plaintiff Capital Group | (415) 981-0550 | mdonner@steinlubin.com |
| Jonathan E. Sommer | Plaintiff Capital Group | (415) 981-0550 | jsommer@steinlubin.com |
| John R. Mayer | Deft/Counterclaimant Gottaplay Interactive & Defts John Gorst and Mark Levin | (619) 794-2651 | john@johnmayer.com |
| James M. Barrett | Interpleader Pltf Colonial Stock Transfer | (650) 969-3687 | jb@jamesbarrettlaw.com |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated: 9/26/07

                              Attorney for Plaintiff

Dated: 9/26/07

                              Attorney for Defendant

Dated: _____
Rev 12.05

                              Attorney for Interpleader Plaintiff