1  John R. Mayer (#197765)
   JOHN R. MAYER, APLC
2  2550 Fifth Avenue, Suite 520
   San Diego, California 92103
3  Phone: (619) 794-2651
   Fax: (619) 794-2653
4
   Attorneys for Defendants and Counter-Claimants Gottaplay Interactive, Inc., John P. Gorst, and
5  Mark H. Levin

6

7

8
                    **UNITED STATES DISTRICT COURT**
9
              **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
10

11  CAPITAL GROUP COMMUNICATIONS,          )   CASE NO.:  C-07-03632-EMC
    INC., a California Corporation,         )
12                                          )   **SUPPLEMENTAL DECLARATION OF**
        Plaintiff,                          )   **JOHN R. MAYER IN SUPPORT OF**
13                                          )   **OPPOSITION TO PLAINTIFF'S**
        v.                                  )   **MOTION FOR PRELIMINARY**
14  GOTTAPLAY INTERACTIVE, INC. a Nevada )    **INJUNCTION (CORRECTING**
    corporation; JOHN P. GORST, an individual; )  **INADVERTENT ERROR IN**
15  MARK H. LEVIN, an individual; and DOES 1 )  **PARAGRAPH 1 OF ORIGINAL**
    through 50, inclusive,                  )   **DECLARATION)**
16                                          )
        Defendants.                         )   Date:       October 24, 2007
17  _____ )   Time:       3:00 p.m.
                                            )   Judge:      Hon. Edward M. Chen
18  GOTTAPLAY INTERACTIVE, INC. a Nevada )    Location:   15th Floor, Courtroom C
    corporation; JOHN P. GORST, an individual; )
19  and MARK H. LEVIN, an individual,       )
                                            )
20      Counter-Claimants,                  )
                                            )
21      v.                                  )
                                            )
22  CAPITAL GROUP COMMUNICATIONS,           )
    INC., a California Corporation, and DOES 1-50, )
23  inclusive,                              )
                                            )
24      Counter-Defendants.                 )
    _____ )
25

26

27

28

1      I, John R. Mayer, declare:

2    1.   I am an attorney duly licensed to practice in this Court and in all of the courts of the State of

3 California and counsel of record for Defendant/Counter-Claimant Gottaplay Interactive, Inc.

4 ("Gottaplay") and Defendants John P. Gorst and Mark Levin.  I have personal knowledge of the

5 facts stated in this declaration and could and would competently testify thereto if called as a witness

6 in any proceeding in this action.

7      2.   In my original declaration in support of Gottaplay's opposition to Plaintiff's motion for

8 preliminary injunction, filed October 3, 2007, I inadvertently included the position of my client,

9 John P. Gorst, chief executive officer of Gottaplay, in the first sentence of paragraph 1, instead of

10 my role as attorney of record for Gottaplay, Mr. Gorst, and Mr. Levin.  The first sentence of

11 paragraph 1 of my original declaration should read, and I hereby correct it to read, "I am an attorney

12 duly licensed to practice in this Court and in all of the courts of the State of California and counsel

13 of record for Defendant/Counter-Claimant Gottaplay Interactive, Inc., and Defendants John P. Gorst

14 and Mark Levin."

15      3.   The remaining statements in my October 3, 2007 declaration are true and correct.

16    I declare under penalty of perjury under the laws of the United States of America that the

17 foregoing is true and correct.

18

19 Executed on October 4, 2007         _____

20                       John R. Mayer

21

22

23

24

25

26

27

28

SUPPL DECL OF JOHN R. MAYER IN SUPPORT OF OPP TO MOT FOR PRELIM INJUNC     C-07-03632-EMC