1  MICHAEL F. DONNER (SBN 155944)
   JONATHAN E. SOMMER (SBN 209179)
2  STEIN & LUBIN LLP
   The Transamerica Pyramid
3  600 Montgomery Street, 14th Floor
   San Francisco, California  94111
4  Telephone:    (415) 981-0550
   Facsimile:    (415) 981-4343
5  mdonner@steinlubin.com
   jsommer@steinlubin.com
6
   Attorneys for CAPITAL GROUP
7  COMMUNICATIONS, INC. and DEVIN BOSCH

8  JOHN R. MAYER (SBN 197765)
   2550 5th Avenue, Suite 520
9  San Diego, California 92103
   Telephone:    (619) 794-2651
10 Facsimile:    (619) 794-2653
   john@johnrmayer.com
11
   Attorneys for GOTTAPLAY INTERACTIVE, INC.,
12 JOHN P. GORST and MARK H. LEVIN

13 JAMES M. BARRETT (SBN 190274)
   789 Castro Street
14 Mountain View, California 94041
   Telephone:    (650) 969-3687
15 Facsimile:    (650) 969-3699
   jb@jamesbarrettlaw.com
16
   Attorneys for COLONIAL STOCK TRANSFER CO.
17

18                    UNITED STATES DISTRICT COURT

19              FOR THE NORTHERN DISTRICT OF CALIFORNIA

20                      SAN FRANCISCO DIVISION

21

| | |
|---|---|
| CAPITAL GROUP COMMUNICATIONS, INC.<br><br>Plaintiff,<br><br>v.<br><br>GOTTAPLAY INTERACTIVE, INC., JOHN P. GORST and MARK H. LEVIN, et al.<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIM. | Case No. C-07-3632-EMC<br><br>Related Case No. C-07-4470 EMC<br><br>**STIPULATION FOR REFERENCE TO EXPEDITED MEDIATION UNDER ADR LOCAL RULE 6-2 AND PROPOSED ORDER** |

22
23
24
25
26
27
28

16010002/357070v2

1          WHEREAS, two related actions are pending before this Court, *Capital Group*

2  *Communications, etc. v. Gottaplay Interactive, etc., et al.*, Case No. C-07-3632-EMC, and

3  *Colonial Stock Transfer Co. v. Gottaplay Interactive, etc., et al.*, Case No. C-07-4470 EMC

4  (collectively, the "Actions")

5          WHEREAS, various motions are pending and set to be heard by the Court in the

6  next few weeks, including Capital Group's Motion for Issuance of Preliminary Injunction

7  (October 24, 2007 at 3 p.m.); (2) Colonial's Motion For Discharge and Capital Group's Cross-

8  Motion to Dismiss Interpleader Action (October 24, 2007 at 3 p.m.); and (3) Capital Group's

9  Motion to Dismiss Gottaplay's Counterclaims For Failure to State a Claim and Motion to Strike

10  Affirmative Defenses (November 7, 2007 at 10:30 a.m.)

11          WHEREAS, the parties have agreed to participate in a mediation through the

12  Court's ADR Program under ADR Local Rule 6 <u>prior</u> to the October 24, 2007 motion hearings.

13          WHEREAS, the parties have contacted the Director of the Court's ADR Program

14  about the Court's mediation program and selected four alternative mediators from the Court's

15  approved list.

16          WHEREAS, the parties believe that they might be able to resolve their dispute if

17  the Court referred the Actions to an expedited mediation to be completed before October 24,

18  2007.

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

1    The parties hereby jointly request through this Stipulation that the Court refer the

2    Actions to an expedited mediation to be completed before October 24, 2007 under ADR Local

3    Rule 6.

4    Dated: October 5, 2007                    LAW OFFICES OF JAMES M. BARRETT

5

6                                             By:  _____/s/_____

         JAMES M. BARRETT

7        Attorneys for Attorneys for COLONIAL STOCK
         TRANSFER CO.

8    Dated: October 5, 2007                    LAW OFFICES OF JOHN R. MAYER

9

10                                            By:  _____/s/_____

         JOHN R. MAYER

11       Attorneys for GOTTAPLAY INTERACTIVE,
         INC., JOHN P. GORST and MARK H. LEVIN

12   Dated: October 5, 2007                    STEIN & LUBIN LLP

13

14                                            By:  _____/s/_____

         MICHAEL F. DONNER

15       Attorneys for CAPITAL GROUP
         COMMUNICATIONS, INC. and DEVIN BOSCH

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION FOR REFERENCE TO MEDIATION UNDER ADR LOCAL RULE 6-2 AND PROPOSED ORDER

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## **<u>ORDER</u>**

IT IS HEREBY ORDERED that the foregoing Stipulation is approved in its entirety and that the related actions, *Capital Group Communications, etc. v. Gottaplay Interactive, etc., et al.*, Case No. C-07-3632-EMC, and *Colonial Stock Transfer Co. v. Gottaplay Interactive, etc., et al.*, Case No. C-07-4470 EMC, are hereby referred to an mediation through the Court's ADR Program pursuant to under ADR Local Rule 6.  The mediation shall be completed before October 24, 2007.  The parties shall advise the Court prior to that date whether a settlement has been reached at the mediation.

        **IT IS SO ORDERED**.

Dated: _____    _____

                                  MAGISTRATE JUDGE EDWARD M. CHEN