**EXHIBIT A**

**Richard Carpenter**

From: Phill [phillip.knight@thi-inc.ca]
Sent: Tuesday, March 20, 2007 7:11 AM
To: richard@capitalgc.com
Subject: Re: ViBlast

I know robert salna very well !
I would suggest other people to deal with !
Robert is very litigeous!

His main business is not this which means its someone elses technology!
I will look into !

Are u dealing with this guy ??

-----Original Message-----
From: "Richard Carpenter" <richard@capitalgc.com>
Date: Tue, 20 Mar 2007 06:57:00
To:"'John Gorst'" <jgorst@gotaplay.com>, <phillip.knight@thi-inc.ca>
Cc:<devin@capitalgc.com>
Subject: ViBlast


John

Check out ViBlast.com

Robert Salinas    CEO ? of Viblast would like to discuss potential synergies with GTAP.

They apparently have a games to cell phone distribution channel. Also connections with China.

He is available this Thursday or Friday 9-230 PSD.

Let me know if you are interested and when you would like to meet.

Richard Carpenter

Senior Communications Consultant

Capital Group Communications Inc.

1750 Bridgeway A-200

Sausalito, California, 94965

415-332-7200- P

415-332-7201- F

Richard@capitalgc.com

www.capitalgc.com: <http://www.capitalgc.com>


Disclaimer:  This is not a solicitation to buy or sell any securities. Capital Group Communications, Inc. (CGC) is not in any way affiliated with, sponsored or endorsed by, The Capital Group Companies, Inc.  Capital Group Communication, Inc. is not an investment banker nor licensed CPA or Securities Brokerage and in keeping with section 17(b) of the securities Act of 1933 we hereby direction you to the

<http://www.capitalgc.com/disclaimer.html> CGC disclaimer. This e-mail and any files transmitted with it are confidential and maybe legally privileged. It is intended solely for the addressee. If you are not the intended recipient, please destroy this e-mail and notify us immediately. Any disclosure, copying or distribution of this e-mail is prohibited and may be unlawful. There are risks in communicating by e-mail. E-mail may be susceptible to data corruption, delay, interception and unauthorized amendment and neither Capital Group Communications, Inc. nor any of its subsidiaries or affiliates does accept liability for any such corruption, delay, interception or amendment or their consequences. This e-mail may contain forward-looking statements within the meaning of Section 27(A) of the Securities Act of 1933 and Section 21(E) of the Exchange Act of 1934 and is subject to safe harbor created by these sections. Information contained in this distribution may constitute material non-public information within the meaning of Regulation FD promulgated by the Securities and Exchange Commission. You may be restricted in trading in the referenced Issuer's securities and from conveying such material non-public information to third parties, until such information becomes generally available to the public. Circular 230 Disclosure: To ensure compliance with requirements imposed by Treasury and the IRS, we inform you that any federal tax advice contained in this communication (including attachments) is not intended or written to be used and cannot be used for the purpose of (i) avoiding tax penalties that may be imposed under the Internal Revenue Code, or (ii) promoting, marketing, or recommending to another person any transaction or matter addressed herein. Your full cooperation is appreciated.


<http://www.capitalgc.com>