1  MICHAEL F. DONNER (SBN 155944)
   JONATHAN E. SOMMER (SBN 209179)
2  STEIN & LUBIN LLP
   The Transamerica Pyramid
3  600 Montgomery Street, 14th Floor
   San Francisco, California 94111
4  Telephone:   (415) 981-0550
   Facsimile:   (415) 981-4343
5  mdonner@steinlubin.com
   jsommer@steinlubin.com
6
   Attorneys for Plaintiff
7  CAPITAL GROUP COMMUNICATIONS, INC.,
   a California corporation
8

9               UNITED STATES DISTRICT COURT

10          FOR THE NORTHERN DISTRICT OF CALIFORNIA

11                   SAN FRANCISCO DIVISION

12

13 | CAPITAL GROUP COMMUNICATIONS, | Case No. C-07-3632-EMC
   | INC., a California corporation,
14 |                                | Related Case No. C-07-4470 EMC
   |         Plaintiff,
15 |                                | **REPLY DECLARATION OF JONATHAN
   | v.                             | SOMMER IN SUPPORT OF PLAINTIFF'S
16 |                                | MOTION FOR PRELIMINARY
   | GOTTAPLAY INTERACTIVE, INC., a | INJUNCTION**
17 | Nevada corporation; JOHN P. GORST, an
   | individual; MARK H. LEVIN, an
18 | individual; and DOES 1-50, inclusive, | Date:     October 24, 2007
   |                                | Time:     3:00 p.m.
19 |         Defendants.            | Judge:    Hon. Edward M. Chen
   |                                | Location: 15th Floor, Courtroom C
20

21
22
23
24
25
26
27
28

Case No. C-07-3632-EMC

REPLY DECLARATION OF JONATHAN SOMMER

1     I, JONATHAN SOMMER, declare:

2     1.     I am an attorney licensed to practice in the State of California and counsel for the plaintiff, Capital Group Communications, Inc., in the above-entitled matter. I have personal knowledge of the facts stated in this declaration and could and would competently testify thereto if called as a witness in any proceeding in this action.

3     2.     Attached as Exhibit A to this declaration is a true and correct copy of a Form 8-K dated February 18, 2000 that announces an Asset Purchase Agreement between Xcel Management, Inc. and Insynq, Inc. On pages 4-5 of the Form 8-K, there is a biography of John Gorst.

4     3.     Attached as Exhibit B to this declaration is a true and correct copy of a *New York Post* article dated June 7, 2004 that refers to John Gorst.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 10, 2007.

/s/ Jonathan Sommer
Jonathan Sommer