**EXHIBIT C**

Yahoo! | My Yahoo! | Mail | More    New Make Y! your Sign In page Help



Dow ↓ 0.61% Nasdaq ↑ 0.27%    Wednesday, October 10, 2007, 7:04PM ET - **U.S. Markets closed.**

---

[ GET QUOTES ]    Symbol Lookup    Finance Search

## Insynq Inc. (INSN.PK)

At 3:59PM ET: **0.0002** ↑ 0.0001 (100.00%)

   

Streaming Quotes:   ?

**INSYNQ INC** (Other OTC:INSN.PK)    [Edit]

| | | | | |
|---|---|---|---|---|
| Last Trade: | **0.0002** | Day's Range: | 0.0001 - 0.0002 | |
| Trade Time: | 3:59PM ET | 52wk Range: | N/A | |
| Change: | ↑ 0.0001 (100.00%) | Volume: | 26,977,000 | |
| | | Avg Vol (3m): | N/A | |
| Prev Close: | 0.0001 | Market Cap: | 161.75K | |
| Open: | 0.0001 | P/E (ttm): | N/A | |
| Bid: | N/A | EPS (ttm): | -0.02 | |
| Ask: | N/A | Div & Yield: | N/A (N/A) | |
| 1y Target Est: | 4.00 | | | |

New! Try our new Charts in Beta
INSN.PK 10-Oct 3:59pm (C)Yahoo!

1d  5d

Market Updates Hourly from Fox Business Now. Watch.

NEW Add Quotes to Your Web Site    ✉ Add INSN.PK to Portfolio    Set Alert    Download Data

Quotes delayed, except where indicated otherwise. For consolidated real-time quotes (including real-time pre/post market data), sign up for a free trial of Real-time Quotes.

---

**HEADLINES**    Change Display [ hide $$  edit ]

No headlines available for INSN.PK.

**REPORTS**

Insynq, Inc.: Business description, financial summary, 3yr and interim financials,...
Oct 9 - Reuters Investment Profile

"STOCK MARKET WATCH 3-day Forecast from Wednesday Oct 10, 2007, ANALYSIS...
Oct 9 - Pechala's Reports

"STOCK MARKET WATCH 3-day Forecast from Tuesday Oct 2, 2007, ANALYSIS...
Oct 1 - Pechala's Reports

More Reports for INSN.PK...

ADVERTISEMENT

Want to be smart about **General Electric?**
GE : NYSE
GE is trading above its 13 day moving average. This is considered to be the sign of a bullish trend. There is added weight to this indication because the moving average is rising and

Click to Get Complex Research **In Plain English**

Scottrade SmartText   Click For More
Member NASD/SIPC                Disclaimer

**Featured Video**