**EXHIBIT D**



Yahoo! My Yahoo! Mail     Search:     Web Search

**YAHOO! FINANCE**     Welcome, otcbbpr [Sign Out, My Account]     Finance Home - Help     **market WIRE** a CCNMatthews Company

Enter Symbol(s)  [GET QUOTES]   Symbol Lookup   Finance Search

Switch to Scottrade   E*TRADE Securities

**Related Quote**
GTAP.OB 15-May 10:59am (C)Yahoo!
[chart showing 2.20 to 2.35]
GTAP.OB  2.25  -0.10  News
View Detailed Quote
Real-time quote
Providers - Disclaimer

**Press Release**     Source: Gottaplay Interactive, Inc.

## Gottaplay Interactive, Inc. Retains Capital Group Communications, Inc. as Their Investor Relations Firm

Wednesday July 26, 2006 6:00 am ET

SAUSALITO, CA--(MARKET WIRE)--Jul 26, 2006 -- Gottaplay Interactive, Inc. (OTC BB:GTAP.OB - News) announced today that it has retained Capital Group Communications, Inc. ("CGC"), to provide a suite of professional investor relations and communications services. CGC's IR team will provide strategic counsel designed to raise the visibility of Gottaplay while concurrently building and sustaining investor relations support as key business activities develop.

**Related News Stories**
- GOTTAPLAY INTERACTIVE, INC. Files SEC form 10QSB, Quarterly Report - EDGAR Online (1:34 pm)
- Spider-Man 3 Swings From the Top of the Box Office Charts to the Top of Gottaplay's Game Rental Charts - Market Wire (Sun May 6)
- Gottaplay Interactive Completes Second Round Financing and Integration of GamerShare Trading Platform - Market Wire (Thu May 3)
- GOTTAPLAY INTERACTIVE, INC. Files SEC form 8-K, Unregistered Sale of Equity Securities - EDGAR Online (Thu Apr 26)

More...

ADVERTISEMENT

**A 21-Year-Old Cash Machine**

Last year, one company teamed up with Microsoft, Apple, Hewlett-Packard, Sony, IBM, and Cisco and raked in nearly $6 billion.

So why is this great business, with $600 million cash, no debt, and stunning returns on equity, assets, and capital still off Wall Street's radar?

Find out in "The Motley Fool's 2 Top Picks -- Plus, Wall Street's Dirtiest Secret."

Click here to claim your report. It's FREE!

A TRUSTED SERVICE FROM The Motley Fool

"It is important to the Company that we better align our strategic direction with our shareholders through improved and relevant communication in order to keep them informed as to the most recent activities and developments related to the future growth of the Company. Capital Group Communications has demonstrated to us that they possess the appropriate skills and ability to effectively communicate with our current shareholders as well as the financial community. We have chosen Capital Resource Group for their breadth and depth of their industry-specific experience, as well as their first hand relationships with the investment community," says John P. Gorst, Co-Chairman and Chief Executive Officer.

"CGC is very pleased to represent Gottaplay as they forge into the public market. Based on Gottaplay's business model and technology, we believe that Gottaplay has an excellent opportunity in a multi-million dollar entertainment sector. We look forward to a long relationship and communicating Gottaplay's compelling story with the goal of expanding their visibility to the investment community, to our extensive network, and to Gottaplay shareholders," said Devin J. Bosch, CEO of Capital Group Communications, Inc.

About Gottaplay Interactive, Inc.

Gottaplay Interactive is a leading online gaming rental company. It features free home delivery and unlimited access to an extensive gaming library for a flat monthly fee. No due dates, No late fees -- it's simple, economical and convenient. From multiple distribution centers games are delivered by mail throughout the U.S.

About Capital Group Communications, Inc.

With offices in the San Francisco Bay area, California, CGC provides investor relations and

ADVERTISEMENT
[music video ad]

corporate relations with a primary emphasis on broker and shareholder communications. CGC operates from an innovative business model that foregoes salaries, hourly rates and expenses for restricted stock (See www.capitalgc.com).

Forward-Looking Statements

Such forward-looking statements are subject to a number of risks, assumptions and uncertainties that could cause the Company's actual results to differ materially from those projected in such forward-looking statements. These risks, assumptions and uncertainties include: the ability to complete systems within currently estimated time frames and budgets; the ability to compete effectively in a rapidly evolving and price competitive marketplace; changes in the nature of telecommunications regulation in the United States and other countries; changes in business strategy; the successful integration of newly acquired businesses; the impact of technological change; and other risks referenced from time to time in the Company's filings with the Securities and Exchange Commission.

*Contact:*

```
Investor Inquiries Contact:
Capital Group Communications, Inc. ("CGC")
Richard Carpenter
or
George Carpenter
415-332-7200
Gottaplay@capitalgc.com
```

Source: Gottaplay Interactive, Inc.

✉ **Email Story**       🔔 **Set News Alert**       🖨 **Print Story**

[ Search News ]

Sponsor Results

**Online Currency Trading - Free Demo**
Free one-on-one training, award-winning software, & charts from GFT.
www.gftforex.com

**Try Forex Currency Trading at Forex.com**
Free $50,000 practice account with real-time charts, news and research.
www.forex.com

**Chase® Home Equity Loan**
Low rates. No closing costs. No app fee. No annual fees. Apply online.
www.chasehomeequity.com/loan
(What's This?)

**Top Stories**

- **Dow Closes at Record High** - AP (4:19 pm)
- **Gasoline Prices Set New Records** - AP (3:33 pm)
- **Video: More Pain at the Pump** - FOX Business Now (10:55 am)
- **Microsoft Says Vista Sales at Nearly 40 Million** - Reuters (3:55 pm)

More...

- Most-viewed articles

### RSS Feeds

Add headlines to your
personalized My Yahoo! Page
( About My Yahoo! and RSS )

GTAP.OB Headlines

More Finance RSS Feeds

Copyright © 2007 Yahoo! Inc. All rights reserved. Privacy Policy - Terms of Service - Copyright Policy - Ad Feedback
Copyright © 2007 Market Wire. All rights reserved. All the news releases provided by Market Wire are copyrighted. Any forms of copying other than an individual user's personal reference without express written permission is prohibited. Further distribution of these materials is strictly forbidden, including but not limited to, posting, emailing, faxing, archiving in a public database, redistributing via a computer network or in a printed form.