**EXHIBIT E**

Search This Site: [ ] Go

| ABOUT NIRI | MEMBERS | EDUCATION | REGULATIONS | CHAPTERS | CAREERS | RESOURCES | SPONSORSHIP | MEDIA |



**MEMBERS ONLY**

*Last Name:
[ ]

*Membership ID:
[ ]

☑ Remember Me

[Login]

Forgot My ID

[Join NIRI Now!]

## Mission and Goals

**Definition of Investor Relations**
Investor relations is a strategic management responsibility that integrates finance, communication, marketing and securities law compliance to enable the most effective two-way communication between a company, the financial community, and other constituencies, which ultimately contributes to a company's securities achieving fair valuation. (Adopted by the NIRI Board of Directors, March 2003.)

**About NIRI**
Founded in 1969, NIRI is a professional association of corporate officers and investor relations consultants responsible for communication among corporate management, the investing public and the financial community. Our members represent the majority of the largest publicly held corporations in the U.S. as well as many small and mid-sized companies. With over 4,400 members in 33 chapters around the country, NIRI sets the highest standards in education to advance the practice of investor relations and meet the growing professional development needs of those engaged in the field. For more information, visit www.niri.org

**Mission**
NIRI is dedicated to advancing the practice of investor relations and professional competency and stature of its members.

NIRI was founded in 1969 and is an international organization with more than 4,400 members. Our members include the majority of the largest publicly held corporations in the U.S. and an increasing number of small and mid-sized companies.

An uncommon value, NIRI offers an extensive professional development program including seminars on a wide range of topics to create and enhance professional competence among members. Each June NIRI's annual conference attracts a full third of the membership.

The NIRI Bookstore offers a wealth of text and trade books, reprints of articles, audio tapes, survey reports and other valuable information to assist IR professionals in expanding their horizons.

NIRI Staff Listing

NIRI Board of Directors Listing (pdf file)

Contact NIRI ■ Site Map ■ Privacy/Linking Policy ■ Advertising/Sponsorship Opportunities ■ Home
National Investor Relations Institute : 8020 Towers Crescent Drive, Suite 250 : Vienna, VA 22182 : 703.506.3570

Copyright © 2000-2007 by the National Investor Relations Institute. All rights reserved. Hosted and maintained by The Hastings Group.