**EXHIBIT G − 1**

# NASDAQ®

**GOING PUBLIC:** A GUIDE FOR NORTH AMERICAN COMPANIES TO LISTING ON THE U.S. SECURITIES MARKETS







Published by White Page Ltd in association with The NASDAQ Stock Market®, with contributions from:

 UBS Investment Bank    PricewaterhouseCoopers    WSGR    Lippert/Heilshorn & Associates, Inc.    NASDAQ INSURANCE AGENCY 

Editor: Nicole Law
Design: Frail Line
Production: Callie Leamy
Publisher: Nigel Page
Printing and binding: Peake Delancey Printers LLC

Going Public: a guide for North American companies to listing on the U.S. securities markets
is published by:
White Page Ltd, 17 Bolton Street, London W1J 8BH,
United Kingdom
Phone: +44 20 7408 0268
Fax: +44 20 7408 0168
Email: mail@whitepage.co.uk
Web: www.whitepage.co.uk

First published 2005
ISBN 0-9546702-4-4



Going Public: a guide for North American companies to listing on the U.S. securities markets
© 2005 White Page Ltd
Copyright in individual chapters rests with the co-publishers. No photocopying: copyright licenses do not apply.

This guide is written as a general guide only. It should not be relied upon as a substitute for specific legal or financial advice. Professional advice should always be sought before taking any action based on the information provided. Every effort has been made to ensure that the information in this guide is correct at the time of publication. The views expressed in the articles contained in this guide are those of the authors.

The NASDAQ logo is a registered trademark of The NASDAQ Stock Market, Inc. The publishers and authors stress that this publication does not purport to provide investment advice, nor do they bear the responsibility for any errors or omissions contained herein.

# NASDAQ

Going Public: A guide for North American companies to listing on the U.S. securities markets

# CONTENTS

1  Introduction    4

A NASDAQ® listing gives companies high visibility and access to a wide pool of investors worldwide.

The NASDAQ Stock Market®

2  Role of the investment bank    14

UBS summarizes the role played by an investment bank in a listing on the U.S. securities markets.

Mark Connelly, Tom Fox and Daniel Klausner
UBS Investment Bank

3  Role of the accountants    26

PricewaterhouseCoopers LLP outlines the important role played by the accountants in a public offering.

Scott Gehsmann, Bryan McLaughlin and Tessie Johnson
PricewaterhouseCoopers LLP

4  Role of the law firm    40

Wilson Sonsini Goodrich & Rosati looks at legal matters associated with a NASDAQ listing.

Larry W. Sonsini, David J. Berger and Matthew W. Sonsini
Wilson Sonsini Goodrich & Rosati, P.C.

5  Role of the investor relations firm    54

Lippert/Heilshorn & Associates explains how an investor relations firm helps a company to prepare for its IPO and manage its ongoing obligations.

Jody Burfening and Carolyn M. Capaccio
Lippert/Heilshorn & Associates, Inc.

6  Role of the insurers    64

The importance of insurance, particularly D&O policies, during the IPO process.

William McGinty
NASDAQ Insurance Agency™

Contributor profiles    69

## Going Public

Taking your company through a public offering on the U.S. securities markets is a major undertaking for any entrepreneur. The event is at once a source of pride, an opportunity for business growth, and a serious legal responsibility. *Going Public: A guide for North American companies to listing on the U.S. securities markets* brings together valuable perspectives from the key organizations involved in a public offering, ensuring that readers are aware of the principal issues that arise. Of course, this publication is not intended to be exhaustive and should not be relied upon as a substitute for specific legal or financial advice.

This guide assumes that while you may be seriously considering a listing, you may not yet have selected a stock market – or decided what type of listing is right for your company.

Whatever your specific plans, *Going Public* can help you to anticipate what may be required from your company in dealings with the U.S. Securities and Exchange Commission (SEC), other U.S. regulators, investors and securities analysts. Designed to clarify the various steps involved in listing on the U.S. markets, this guide covers the roles of the organizations most closely involved with the listing process, as well as providing illustrative timetables to explain the various stages of listing.

The NASDAQ Stock Market hopes that you find this publication helpful and wishes you great success.