**EXHIBIT G** ~3

**Role of the investor relations firm**

- Internal materiality parameters specific to the company that serve as future guidelines for when a disclosure must be made; and
- Incorporating 8-K rules into disclosure criteria and procedures.

### Establishing a guidance policy

The decision of whether to issue guidance is a far-reaching one that will influence a new issuer's disclosure policy, its relationships with analysts and investors and its public company image. An IR firm can help sift through the factors impacting this choice, including the company's financial visibility, sector dynamics and peer company behavior. Whatever choice is made, a guidance policy that includes the following elements should be set up:

- Guidance parameters, including which specific financial metrics and associated time frames will be subject to forward-looking statements (if guidance will indeed be issued);
- A safe harbor statement which incorporates a clause indicating no duty to update the guidance;
- An internal policy on updating guidance when the results appear to differ materially from the guidance issued; and
- A pre-announcement policy, which includes the identification of pre-announcement hurdles to determine whether or not revised guidance will be issued (some companies choose not to pre-announce as a policy, but this is really only a viable option for large-capitalization companies).

### Setting up an administrative press release procedure

During the pre-IPO phase, an IR firm can help to establish press release procedures so that releases are ready to be issued and distributed upon pricing. These procedures govern internal routing and review, attorney review, auditor review (if needed) and the appointment of the person responsible for company sign-off. An IR firm can draft or edit drafts of such releases, as the company prefers. Once the release has been finalized, the IR firm will handle the NASDAQ MarketWatch alert, issue the release to the newswire and distribute it to analysts and investors.

### External procedures – disclosure and marketing communications

Now that the internal investor relations infrastructure has been established, a robust external communications program can be created that will be supported by it. A company should complete this phase during the quiet period after IPO pricing, so that the program can be fully implemented once the quiet period ends. As a preliminary step, the IR firm will:

### Perform a peer group investor relations practices audit to learn about IR practices of companies in the peer group

This includes looking at:

- Disclosure and guidance policies;
- Reportable metric sets;
- Earnings release dates and conference call times;
- Conference call protocols and content;
- Tone, content and frequency of press releases;
- Use of website for financial audiences;
- Information kits and fulfillment procedures; and
- Participation in brokerage sponsored conferences.

### Begin developing an IR calendar

The IR calendar will contain the following events:

- Quarterly reporting;
- Board of directors' meetings;
- Appearances at industry/investor conferences;
- Quiet periods;
- Insider trading black-out periods;
- Analyst/investor roadshows; and
- Trade shows.

### Develop collateral materials

A well-crafted set of collateral materials is an integral component of a strong investor relations program. These materials create visuals that reinforce the story, support investors' conceptualization of the company's strategy and help achieve legal compliance. The primary elements of collateral materials are the IR page on the company website, a two-page fact sheet, the investor kit and the investor presentation. The IR firm guides the company through the development of the following:

### Website

There is no need to maintain the IR section of the website in-house; there are several providers who are capable of doing this and the IR firm can help a company choose from among them.

Such provider and the IR consultant can help the company to develop regulation-mandated as well as non-mandated content for the initial launch of the IR page and the addition of content thereafter. Such content should include:

- A corporate governance section – regulatory and NASDAQ guidelines mandate an explanation of the composition of the board of directors and its committees, identification of outside directors and the inclusion of a code of ethics and other governance documents;
- SOX Regulation G – Regulation G defines disclosure rules with respect to GAAP and non-GAAP information, for which compliance can be achieved by posting reconciliations on corporate websites;
- CEO and CFO certification of financial statements in accordance with SOX Section 302, which can reinforce investor confidence;
- Disclosures of insider transactions;
- A web inquiry page allowing investors, particularly retail investors, to request more information from the company;
- The company's SEC filings, which can be efficiently distributed via the IR web page;
- Other investor information – the IR page can serve as a superior delivery method of other relevant company information, such as histori-

cal stock prices, dividend reinvestment programs, transfer agent contact information, as well as the company's corporate profile and investor fact sheet, which an IR firm can help develop;

- Frequently asked IR questions (FAQs) section – a staple of any IR page, a FAQ section contains certain standard questions that are found on almost any issuer's website as well as company and sector specific questions that will be pertinent to the company's shareholders. The company's IR firm can help determine the question and answer set;
- A list of events, quarterly webcasts, upcoming and past conference and trade show presentations and the like, which should be added after the quiet period.

### Fact sheets

A fact sheet is an attractively laid-out, one-page double-sided verbal snapshot of a company that states the investment case and lays out statistics vital to the investment decision making process. This document is intended to be updated quarterly as well as to reflect any significant event, (e.g., an acquisition or senior management hire) and therefore has a fixed shelf life. The IR firm creates this document, ensuring that it fits with the story told on the company's post-IPO marketing roadshow.

### Investor kits

A critical element of a strong profile within the investment community is the creation of an investor kit. Kits provide packaged information

about the company and are used to educate marketing targets and spark interest in a potential meeting with the company's management after the IPO. The IR firm will guide the company on the contents of the kit, which can include: the fact sheet, recent SEC filings, recent press releases, financial releases covering four quarters, pertinent news articles, and other marketing materials.

### Investor presentations

After the IPO, the company's investor presentations will need to evolve with its story, strategy, and the passage of time. Investor presentations often serve as the backbone of an issuer's messaging and should be developed with the help of the IR firm.

### Create an IR contact distribution list

The last element of the external communications program which should be put in place before the quiet period ends is the IR distribution list containing analyst and investor contacts. As this database enables timely delivery and notification of news to the company's most important Wall Street contacts, it is important that it be developed prior to pricing so that the press release announcing the completion of the company's IPO can be the first disclosure communication Wall Street receives from the company. The IR firm spearheads this project, and the distribution list contains:

### Key sell-side contacts

While investment banking analysts include the company's story in their research coverage

Role of the investor relations firm

universes, there will be other influential analysts who cover the company's peers that may eventually be interested in covering that company as well. It is important to begin cultivating such relationships from day one as a public company. The IR firm targets these analysts and includes them in the contact list.

### Key buy-side contacts

During the IPO roadshow, the issuer will meet numerous investors, many of whom will buy stock during the IPO and some that will evaluate the company's performance in the aftermarket. It is critical to maintain close touch with these new and potential investors and keep them updated on corporate events. Additionally, the IR firm will identify other suitable buy-side targets for potential future investments, including peer and sector holders, and include these in the contact list as well.

### Other contacts

The contact list also offers an efficient disclosure dissemination vehicle for other important corporate contacts, including members of the board of directors and the company's venture capitalists, investment bankers, attorneys, etc. The IR firm will help the company identify and include these people in the list.

### First post-IPO quarterly results process

A NASDAQ issuer's first quarterly results report usually represents its first real disclosure event as a public company, and it is a crucial one. Investors often look to the first quarterly results release as a determining factor in their contin-

ued investment. Therefore, this event acts as a 'state of the union address' which sets the tone for the new public company's story, establishes its future plans and identifies associated milestones and catalysts to reach corporate objectives. Especially for non-U.S. issuers, this event firmly fixes the issuer's intention to communicate in a robust fashion with the U.S. investment community. The IR firm is well placed to help the company prepare for this important post-IPO event. The IR firm will:

* Schedule the quarterly conference call and webcast and issue an advisory of the call to the newswires and contact distribution list;
* Review and analyze the quarterly results and strategic progress to be reported against internal and external expectations during the IPO process, as well as the quarterly performances of the company's publicly-traded peers;
* Develop messages and metrics from these analyses that accurately describe results, strategic development and successes as well as challenges;
* Draft and edit quarterly results releases and conference call scripts for all management speakers, develop webcast slide content and draft potential questions that the company's management may encounter during the conference call, as well as answers to them;
* Rehearse the delivery of the script with management and practice Q&A to ensure the team is comfortable delivering the mes-

sages and speaking in both scripted and impromptu situations;
* Issue the results release to NASDAQ MarketWatch and newswires and conduct the call and webcast; and
* Gather and analyze feedback on the conference call from call participants and determine which messages resonated with analysts and investors, where messaging can be made clearer and what opportunities can be captured during future calls, all of which will be presented in a written report.

### Post-IPO investor relations opportunities

Once the issuer has completed a NASDAQ listing, the IR firm will take on the management of the company's investor relations program. Since up to 40 percent of a CEO's time can be taken up with the responsibilities relating to the company's public status, having a resource in place to keep this process running efficiently can be invaluable, particularly for foreign-based issuers. After the IPO the following IR activities are important:

### Messaging and communications

After the IPO quiet period, the key messages of a NASDAQ issuer's story and slide presentation may need to be modified from a transaction/sales approach to an educational and strategic positioning approach. Additionally, the story should be updated to include any issues raised by investors during the IPO roadshow, as well as news reported since pricing, and be modified over time to include reported

Role of the investor relations firm

results and major corporate events. The investor relations firm will collaborate closely with the company's management on this task, incorporating first-hand knowledge of Wall Street's perceptions to date, as well as information about competitors' and peers' strategic progress to keep the company's investment case and supporting collateral materials, fresh, relevant, and in step with the strength of its fundamental performance.

### Investment community outreach

At some point after the investment banking research analysts have begun coverage after the company's NASDAQ IPO, the responsibility for investment community outreach will begin to gradually transfer from the investment bankers and research analysts to the issuer. An IR firm will support the company in building up a robust outreach program in the following ways:

### Helping field incoming inquiries from investors

Institutional as well as retail investors are likely to request more information on the company's strategy, reported results, and other corporate developments. An IR firm can help handle both the volume and the complexity of these requests, prioritizing them to direct the most important ones straight to the investor contact in the management team and fielding simpler requests on its own.

### Marketing the company proactively after the IPO

It is integral to any strong IR program that the company's management visits analysts and investors one-on-one. While the analysts covering a company will invite members of the company's management to investor conferences and take them marketing, most investors respond positively to marketing trips conducted under a NASDAQ issuer's own auspices, without the attached institutional sales obligations inherent in a broker-sponsored roadshow. Further, one-on-one and group marketing is a good way to raise visibility and build relationships with new sell-side analysts. Much like IPO roadshows, these marketing trips are usually exciting but exhausting. An IR firm will assist in these efforts by creating target lists, pitching meetings and setting up itineraries to meet with existing and potential new analysts and investors, efficiently leveraging management's time.

### Managing the IR calendar

As a rule, a NASDAQ issuer should interact with Wall Street once every six weeks in some form to maintain strong visibility with the investment community, enhance Wall Street's perception of the vitality of the story, and keep the investment case moving forward. An IR firm can manage this process by maintaining an investor relations calendar of the following events:

- Quarterly results releases and conference calls;
- Non-financial news releases (new business wins, corporate events, etc);
- Investor conferences;
- Marketing roadshows;
- Trade show appearances; and
- Media stories.

In closing, the practice of excellent investor relations blends financial statement analysis and disclosure regulation compliance with the arts of communication and strategic planning. The pre-IPO and quiet period phases are the correct time for the company's management team to make sure it is ready to take on the significant added responsibilities and time demands that it faces once the company goes public. An IR firm is the company's ally in preparing and supporting it in these efforts.