**EXHIBIT G** - 4

# Is maximizing your valuation a strategic priority?
# Have a catalyst that will transform your company?
# Working to increase your exposure on Wall Street?



## Lippert/Heilshorn & Associates Delivers Custom-Designed, Results-Oriented IR Programming

We partner with public and soon-to-be-public companies to build awareness, support, and enthusiasm among target audiences in the capital markets and financial media. With over 20 years of experience and a sole commitment to investor relations, we are experts in our field.

**Investor Relations. Solved.**



*Lippert/Heilshorn & Associates, Inc.*

New York ~ Los Angeles ~ San Francisco

KEITH L. LIPPERT
klippert@lhai.com

JOHN W. HEILSHORN
jheilshorn@lhai.com

LEARN MORE BY VISITING:
www.lhai.com

Main: 212.838.3777



Contributor profiles

**Contributor profiles**

**Lippert/Heilshorn & Associates, Inc.**
800 Third Avenue, 17th Floor
New York, NY 10022
Tel 1.212.838.3777  Fax 1.212.838.4568
Web www.lhai.com
Other offices Los Angeles and San Francisco

**Jody Burfening**
**Managing Director and Principal**
A ten-year investor relations practitioner, Jody leads a team of account professionals who provide investor relations services to U.S. and non-U.S. publicly-traded companies with market valuations of up to $1.5 billion, representing diverse industries. The team provides strategic advice to clients on investor relations issues, including message development, disclosure requirements, and crisis management, and implements results-oriented custom-designed programs that help build investor awareness, support, and ownership.

Prior to joining LHA, Jody held corporate finance advisory positions at HLHZ, a boutique investment bank, and at W.R. Grace and PepsiCo. She began her career at Chase Manhattan Bank working in the distressed credit department. Jody earned an MBA from the Wharton School of Business, an MA from the University of Chicago and a BA from Wheaton College. She is a member of the National Investor Relations Institute.

**Carolyn M. Capaccio, CFA**
**Vice President**
With 16 years of combined Wall Street and senior financial communications experience in investor relations, Carolyn advises U.S. and non-U.S. clients in a variety of industries on financial-community relations, communication of strategic business objectives, disclosure, and crisis communications.

Carolyn has led her own investor relations consultancy, working on special communications projects; was an Equity Research Analyst at Robertson Stephens, a boutique investment bank and brokerage firm where she used an ROIC and DCF focus to analyze consumer-focused sectors; and also served as Vice President and Group Director at Morgen-Walke Associates, an investor relations firm. Carolyn began her career at Prudential-Bache Securities. She earned her CFA charter in 1995 and received a BA from Rutgers College, Rutgers University, where she served as a member of the Advisory Board of the Henry Rutgers General Honors Program.

**NASDAQ Insurance Agency**
One Liberty Plaza, 50th Floor
New York, NY 10006
Tel 1.212.381.6429  Fax 1.212.381.6421
Web www.nasdaqinsurance.com

**Bill McGinty**
**CEO and President**
Bill is responsible for the overall performance of the Agency including strategic direction, planning and leadership of the NASDAQ Insurance team.

Bill was a founding partner and served as President and COO of Americana Financial Services (currently operating as AMWINS). Bill also served in various senior management positions for the Sedgwick Group, including New York Regional COO and Director of U.S. Office Operations.

Bill has managed property & casualty insurance programs for companies from small private businesses to *Fortune* 500 companies. Bill's experience includes structuring financial solutions utilizing customized insurance products to solve special business challenges. These structures include M&A Insurance (Reps & Warranty Insurance), portfolio transfers of loss reserves (LPT's), assumption of potential litigation, regulatory and tax liabilities (LMU's), as well as environmental workouts. Prior to joining the insurance world Bill worked as a corporate and real estate attorney.

**PricewaterhouseCoopers LLP**
300 Madison Avenue
New York, NY 10017
Tel 1.646.471.3000  Fax 1.813.286.6000
Web www.pwc.com

**Scott Gehsmann**
Partner
Scott Gehsmann leads PricewaterhouseCoopers' Global Capital Markets Group (GCMG) in North America. His group offers extensive accounting, financial reporting and M&A advisory services to domestic and non-U.S. companies interested in entering the U.S. public and private capital markets, as well as those already registered with the SEC.

Scott has extensive global experience working with multinational companies. He headed GCMG's Nordic practice for ten years and has experience working with Asian and South American companies. He has led both U.S. and non-U.S. businesses through successful SEC registrations.

A Certified Public Accountant, Scott is a member of the American Institute of Certified Public Accountants, as well as the CPA Societies of New York and New Jersey. He is a frequent lecturer on U.S. accounting and SEC financial reporting requirements. Scott holds a BBA in Accounting from the College of William & Mary in Virginia.

**Bryan McLaughlin**
Director
Bryan is a director with the Global Capital Markets Group in New York.

**Tessie Johnson**
Director
Tessie is a director with the Global Capital Markets Group in Chicago.

**Wilson Sonsini Goodrich & Rosati, P.C.**
650 Page Mill Road
Palo Alto, CA 94304
Tel 1.650.493.9300  Fax 1.650.493.6811
Web www.wsgr.com
Other offices Austin, New York, Reston, Salt Lake City, San Diego, San Francisco and Seattle

**Larry W. Sonsini**
Chairman
Larry specializes in corporate law, corporate governance, securities, and mergers and acquisitions. He joined Wilson Sonsini Goodrich & Rosati in 1966 upon receiving his J.D. from Boalt Hall School of Law, University of California at Berkeley. He also received an AB from UC Berkeley in 1963. Larry was admitted to the California Bar in 1966. He has been a member of the faculty at Boalt Hall School of Law since 1985. Larry's course of instruction includes the federal and state securities laws, corporate finance, and mergers and acquisitions.

Larry served as a member of the board of directors of the NYSE from 2001 to 2003 and is currently the NYSE's chairman of the Regulation, Enforcement and Listing Standards Committee and chairman of the Legal Advisory Committee.

Larry also has served on a number of advisory boards and committees, including: the SEC's Advisory Committee on Capital Formation and Regulatory Processes; the ABA Committee on Federal Regulation of Securities; the Legal Advisory Board of the NASD, Inc.; and the Board of Advisors, Technical Law Journal, Boalt Hall.

**Matthew W. Sonsini**
Partner
Matt's practice focuses on representing technology companies at all stages of development, from formation through venture capital financings and beyond. He specializes in representing semiconductor and software companies, and has substantial experience in public offerings and mergers and acquisitions. His clients include LSI Logic Corporation, Cypress Semiconductor, Exar Corporation, and InterVideo.

Matt is a lecturer on securities law at the Boalt Hall School of Law at the University of California, Berkeley. He is also chairman of the American Bar Association's Venture Capital Subcommittee on Transactional Issues and Documents. Matt is a member of the State Bar of California and the American Bar Association.

Matt graduated from the Boalt Hall School of Law in 1992. He received his bachelor of arts degree in history, graduating magna cum laude from Dartmouth College in 1988.

**David J. Berger**
Partner
David specializes in the areas of corporate governance, fiduciary duties of directors, and merger and acquisition and securities litigation. He represented Hewlett-Packard (HP) in its successful proxy contest to acquire Compaq, and also tried the case of Walter Hewlett v. Hewlett-Packard Corp. in the Delaware Chancery Court, which resulted in a complete victory for HP. David also represented J.D. Edwards in its merger with PeopleSoft and in its response to Oracle's hostile tender offer, and he has represented dozens of other companies in this context. David has also represented a number of institutional and other investors as well as directors in proxy contests and other challenges arising out of control issues.

David obtained his JD from Duke University School of Law in 1987 and his BA in history (magna cum laude) from Duke in 1982. David began his career at New York's Weil Gotshal & Manges, where he worked on a number of the leading takeover cases in the late 1980s.