**EXHIBIT G −5**

**Contributor profiles**

**UBS Investment Bank**
299 Park Avenue,
New York, NY 10171
Tel 1.212.821.3000  Fax 1.212.821.6404
Web www.ubs.com

**Mark Connelly**
**Managing Director and Co-Head**
**Equity Capital Markets Group – U.S.**
Mark Connelly is Managing Director and Co-Head of US Equity Capital Markets at UBS in New York. He is responsible for all the equity origination and execution activities of UBS' US clients. In addition to management responsibilities, over the past nine years, his direct client focus has been on high growth sectors such as technology, telecoms and health care. In the past, he has led offerings for Sprint ($3.4bn follow-on), Ivax ($725m convertible), Lab Corp ($1bn follow-on), Newmont Mining ($1.1bn follow-on), International Steel Group ($561mm IPO), and Vodafone ($5.1bn follow-on).

**Tom Fox**
**Managing Director and Co-Head**
**Equity Capital Markets Group – Americas**
Tom Fox joined UBS in October 2003 as Managing Director and Co-Head of the US Equity Capital Markets Group, bringing with him significant origination experience. Prior to joining UBS, Tom's most recent role was Managing Director and Co-Head of U.S. Equity Capital Markets at Credit Suisse First Boston. Tom joined CSFB in November 2000 when the firm merged with Donaldson, Lufkin & Jenrette, where he served as Global Head of Equity Capital Markets. He joined DLJ in 1995 from Kidder, Peabody where he also worked in the Equity Capital Markets Group. He began his career at J.P. Morgan, having gained a BA from Brown University.

**Daniel Klausner**
**Co-Head**
**Equity Corporate Finance, Americas**
Daniel H. Klausner is Co-Head of Equity Corporate Finance (ECFT), Americas at UBS Investment Bank. Equity Corporate Finance provides execution and advisory services for UBS book managed equity and equity-linked transactions. He is also a member of the UBS Equity Commitment Committee that evaluates and approves all equity transactions based on due diligence and reputation risk considerations. Daniel joined UBS in 2002 from Morgan Stanley and has substantial equity and general transaction experience in the health care, media, telecom, consumer, industrial, real estate, and financial institution sectors. Daniel holds an MBA from Amos Tuck School at Dartmouth College and a BS in Economics from the Wharton School at the University of Pennsylvania.

RISK MANAGEMENT

# ATTN: IPOs

## Get an Expert D&O Assessment

The NASDAQ Insurance Agency™ is a full-service, corporate insurance broker specializing in Directors & Officers (D&O) insurance and corporate liability insurance for IPOs. Our team of experts will evaluate your needs and develop a customized D&O solution for your IPO at no cost. We partner with the highest-rated insurance carriers to protect the personal assets of your directors and officers and your corporate balance sheet from various claims, including shareholder class actions and SEC violations. The NASDAQ Insurance Agency employs rigorous operating standards to provide competitive pricing, excellent policy terms, corporate governance compliance and an open compensation structure.

Call the NASDAQ Insurance Agency at 888.824.3363 or visit NASDAQInsurance.com.



DIRECTORS & OFFICERS INSURANCE   CORPORATE INSURANCE   CONSULTING SERVICES

## NASDAQ CORPORATE SERVICES

Providing unmatched support for its listed companies with access to innovative products and services that facilitate transparency, mitigate risk and inspire better corporate governance.

© Copyright 2005, The Nasdaq Stock Market, Inc. All rights reserved.

NASDAQ

