1  MICHAEL F. DONNER (SBN 155944)
   JONATHAN E. SOMMER (SBN 209179)
2  STEIN & LUBIN LLP
   The Transamerica Pyramid
3  600 Montgomery Street, 14th Floor
   San Francisco, California 94111
4  Telephone:   (415) 981-0550
   Facsimile:   (415) 981-4343
5  mdonner@steinlubin.com
   jsommer@steinlubin.com
6
   Attorneys for Plaintiff
7  CAPITAL GROUP COMMUNICATIONS,
   INC., a California corporation
8
   JOHN R. MAYER (SBN 197765)
9  2550 5th Avenue, Suite 520
   San Diego, California 92103
10 Telephone:   (619) 794-2651
   Facsimile:   (619) 794-2653
11 john@johnrmayer.com

12 Attorneys for Defendants
   GOTTAPLAY INTERACTIVE, INC., a Nevada
13 Corporation, JOHN P. GORST, an individual,
   MARK H. LEVIN, an individual
14

15                    UNITED STATES DISTRICT COURT

16              FOR THE NORTHERN DISTRICT OF CALIFORNIA

17                       SAN FRANCISCO DIVISION

18

19 CAPITAL GROUP COMMUNICATIONS,          Case No. C-07-03632-EMC
   INC., a California corporation,
20                                         Related Case No. C-07-4470-EMC
            Plaintiff,
21
       v.                                  **STIPULATION EXTENDING
22                                         DEADLINES FOR JOINT CASE
   GOTTAPLAY INTERACTIVE, INC., a          MANAGEMENT STATEMENT, INITIAL
23 Nevada corporation; JOHN P. GORST, an   DISCLOSURES, AND OPPOSITION TO
   individual; MARK H. LEVIN, an individual; MOTION TO DISMISS**
24 and DOES 1-50, inclusive,

25          Defendants.

26
   AND RELATED COUNTERCLAIM.
27

28

STIP EXTENDING DEADLINES FOR JT CASE MAN STATEMENT, INIT DISCL. & OPP TO MTD    07-03632-EMC

1     WHEREAS, the parties wish to extend certain deadlines in the above-captioned matter based on pending settlement discussions.

    THEREFORE, the parties hereby stipulate that:

    (1) the joint case management statement shall be filed on **October 19, 2007**;

    (2) the parties shall make their initial disclosures no later than **October 19, 2007**; and

    (3) the deadline for Gottaplay Interactive, Inc., John P. Gorst, and Mark H. Levin to file an opposition to the motion by Capital Group Communications, Inc. and Devin Bosch to dismiss Gottaplay's counterclaim for failure to state a claim and motion to strike affirmative defenses shall be extended to **October 19, 2007**.

    IT IS SO STIPULATED.

Dated: October 12, 2007

JOHN R. MAYER, APLC

By: _____/s/_____
John R. Mayer
Attorneys for Defendants
GOTTAPLAY INTERACTIVE, INC., a Nevada Corporation, JOHN P. GORST, an individual, MARK H. LEVIN, an individual

Dated: October 12, 2007

STEIN & LUBIN LLP

By: _____/s/_____
Michael F. Donner
Jonathan E. Sommer
Attorneys for Plaintiff
CAPITAL GROUP COMMUNICATIONS, INC., a California corporation

IT IS SO ORDERED.

Dated: _____

_____
JUDGE OF THE U.S. DISTRICT COURT