1   MICHAEL F. DONNER (SBN 155944)
    JONATHAN E. SOMMER (SBN 209179)
2   STEIN & LUBIN LLP
    The Transamerica Pyramid
3   600 Montgomery Street, 14th Floor
    San Francisco, California 94111
4   Telephone:    (415) 981-0550
    Facsimile:    (415) 981-4343
5   mdonner@steinlubin.com
    jsommer@steinlubin.com
6
    Attorneys for CAPITAL GROUP
7   COMMUNICATIONS, INC. and DEVIN BOSCH

8   JOHN R. MAYER (SBN 197765)
    2550 5th Avenue, Suite 520
9   San Diego, California 92103
    Telephone:    (619) 794-2651
10  Facsimile:    (619) 794-2653
    john@johnrmayer.com
11
    Attorneys for GOTTAPLAY INTERACTIVE, INC.,
12  JOHN P. GORST and MARK H. LEVIN

13  JAMES M. BARRETT (SBN 190274)
    789 Castro Street
14  Mountain View, California 94041
    Telephone:    (650) 969-3687
15  Facsimile:    (650) 969-3699
    jb@jamesbarrettlaw.com
16
    Attorneys for COLONIAL STOCK TRANSFER CO.
17

18                  UNITED STATES DISTRICT COURT

19           FOR THE NORTHERN DISTRICT OF CALIFORNIA

20                    SAN FRANCISCO DIVISION

21

22  CAPITAL GROUP COMMUNICATIONS,        Case No. C-07-3632-EMC
    INC.
                                         Related Case No. C-07-4470 EMC
23              Plaintiff,
    v.                                   **STIPULATION FOR REFERENCE TO
24                                        EXPEDITED MEDIATION UNDER ADR
    GOTTAPLAY INTERACTIVE, INC., JOHN     LOCAL RULE 6-2 AND PROPOSED
25  P. GORST and MARK H. LEVIN, et al.    ORDER**

                Defendants.
26

27  AND RELATED COUNTERCLAIM.

28

1            WHEREAS, two related actions are pending before this Court, *Capital Group*

2  *Communications, etc. v. Gottaplay Interactive, etc., et al.*, Case No. C-07-3632-EMC, and

3  *Colonial Stock Transfer Co. v. Gottaplay Interactive, etc., et al.*, Case No. C-07-4470 EMC

4  (collectively, the "Actions")

5            WHEREAS, various motions are pending and set to be heard by the Court in the

6  next few weeks, including Capital Group's Motion for Issuance of Preliminary Injunction

7  (October 24, 2007 at 3 p.m.); (2) Colonial's Motion For Discharge and Capital Group's Cross-

8  Motion to Dismiss Interpleader Action (October 24, 2007 at 3 p.m.); and (3) Capital Group's

9  Motion to Dismiss Gottaplay's Counterclaims For Failure to State a Claim and Motion to Strike

10  Affirmative Defenses (November 7, 2007 at 10:30 a.m.).

11            WHEREAS, the parties have agreed to participate in a mediation through the

12  Court's ADR Program under ADR Local Rule 6 <u>prior</u> to the October 24, 2007 motion hearings.

13            WHEREAS, the parties have contacted the Director of the Court's ADR Program

14  about the Court's mediation program and selected four alternative mediators from the Court's

15  approved list.

16            WHEREAS, the parties believe that they might be able to resolve their dispute if

17  the Court referred the Actions to an expedited mediation to be completed before October 24,

18  2007.

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

1         The parties hereby jointly request through this Stipulation that the Court refer the

2    Actions to an expedited mediation to be completed before October 24, 2007 under ADR Local

3    Rule 6.

4    Dated: October 5, 2007                  LAW OFFICES OF JAMES M. BARRETT

5

6                                  By:        /s/

                                      JAMES M. BARRETT

7                                         Attorneys for Attorneys for COLONIAL STOCK
                                     TRANSFER CO.

8    Dated: October 5, 2007                  LAW OFFICES OF JOHN R. MAYER

9

10                                 By:        /s/
                                      JOHN R. MAYER

11                                        Attorneys for GOTTAPLAY INTERACTIVE,
                                     INC., JOHN P. GORST and MARK H. LEVIN

12   Dated: October 5, 2007                  STEIN & LUBIN LLP

13

14                                 By:        /s/
                                      MICHAEL F. DONNER

15                                        Attorneys for CAPITAL GROUP
                                     COMMUNICATIONS, INC. and DEVIN BOSCH

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION FOR REFERENCE TO MEDIATION UNDER ADR LOCAL RULE 6-2 AND PROPOSED ORDER

1

## ORDER

2     IT IS HEREBY ORDERED that the foregoing Stipulation is approved in its

3     entirety and that the related actions, *Capital Group Communications, etc. v. Gottaplay*

4     *Interactive, etc., et al.*, Case No. C-07-3632-EMC, and *Colonial Stock Transfer Co. v. Gottaplay*

5     *Interactive, etc., et al.*, Case No. C-07-4470 EMC, are hereby referred to an mediation through

6     the Court's ADR Program pursuant to under ADR Local Rule 6.  The mediation shall be

7     completed before October 24, 2007.  The parties shall advise the Court prior to that date whether

8     a settlement has been reached at the mediation.

9     **IT IS SO ORDERED**.

10

      Dated: _____   October 16, 2007

11    _____

12    MAGISTR...                                ...M. CHEN



13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION FOR REFERENCE TO MEDIATION UNDER ADR LOCAL RULE 6-2 AND PROPOSED ORDER