MICHAEL F. DONNER (SBN 155944)
JONATHAN E. SOMMER (SBN 209179)
STEIN & LUBIN LLP
The Transamerica Pyramid
600 Montgomery Street, 14th Floor
San Francisco, California 94111
Telephone:    (415) 981-0550
Facsimile:    (415) 981-4343
mdonner@steinlubin.com
jsommer@steinlubin.com

Attorneys for CAPITAL GROUP
COMMUNICATIONS, INC. and DEVIN BOSCH

JOHN R. MAYER (SBN 197765)
2550 5th Avenue, Suite 520
San Diego, California 92103
Telephone:    (619) 794-2651
Facsimile:    (619) 794-2653
john@johnrmayer.com

Attorneys for GOTTAPLAY INTERACTIVE, INC.,
JOHN P. GORST and MARK H. LEVIN

JAMES M. BARRETT (SBN 190274)
789 Castro Street
Mountain View, California 94041
Telephone:    (650) 969-3687
Facsimile:    (650) 969-3699
jb@jamesbarrettlaw.com

Attorneys for COLONIAL STOCK TRANSFER CO.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CAPITAL GROUP COMMUNICATIONS, INC.<br><br>Plaintiff,<br><br>v.<br><br>GOTTAPLAY INTERACTIVE, INC., JOHN P. GORST and MARK H. LEVIN, et al.<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIM. | Case No. C-07-3632-EMC<br><br>Related Case No. C-07-4470 EMC<br><br>**STIPULATION FOR REFERENCE TO EXPEDITED MEDIATION UNDER ADR LOCAL RULE 6-2 AND PROPOSED ORDER** |

16010002/357070v2

1   WHEREAS, two related actions are pending before this Court, *Capital Group*
2   *Communications, etc. v. Gottaplay Interactive, etc., et al.*, Case No. C-07-3632-EMC, and
3   *Colonial Stock Transfer Co. v. Gottaplay Interactive, etc., et al.*, Case No. C-07-4470 EMC
4   (collectively, the "Actions")

5   WHEREAS, various motions are pending and set to be heard by the Court in the
6   next few weeks, including Capital Group's Motion for Issuance of Preliminary Injunction
7   (October 24, 2007 at 3 p.m.); (2) Colonial's Motion For Discharge and Capital Group's Cross-
8   Motion to Dismiss Interpleader Action (October 24, 2007 at 3 p.m.); and (3) Capital Group's
9   Motion to Dismiss Gottaplay's Counterclaims For Failure to State a Claim and Motion to Strike
10  Affirmative Defenses (November 7, 2007 at 10:30 a.m.).

11  WHEREAS, the parties have agreed to participate in a mediation through the
12  Court's ADR Program under ADR Local Rule 6 prior to the October 24, 2007 motion hearings.

13  WHEREAS, the parties have contacted the Director of the Court's ADR Program
14  about the Court's mediation program and selected four alternative mediators from the Court's
15  approved list.

16  WHEREAS, the parties believe that they might be able to resolve their dispute if
17  the Court referred the Actions to an expedited mediation to be completed before October 24,
18  2007.

19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

16010002/357070v2                    1                    Case No. C-07-03632-EMC

STIPULATION FOR REFERENCE TO MEDIATION UNDER ADR LOCAL RULE 6-2 AND PROPOSED ORDER

1    The parties hereby jointly request through this Stipulation that the Court refer the

2    Actions to an expedited mediation to be completed before October 24, 2007 under ADR Local

3    Rule 6.

4    Dated: October 5, 2007                    LAW OFFICES OF JAMES M. BARRETT

5

6                                             By:  _____/s/_____
                                                  JAMES M. BARRETT
7                                                 Attorneys for Attorneys for COLONIAL STOCK
                                                  TRANSFER CO.

8    Dated: October 5, 2007                    LAW OFFICES OF JOHN R. MAYER

9

10                                            By:  _____/s/_____
                                                  JOHN R. MAYER
11                                                Attorneys for GOTTAPLAY INTERACTIVE,
                                                  INC., JOHN P. GORST and MARK H. LEVIN

12   Dated: October 5, 2007                    STEIN & LUBIN LLP

13

14                                            By:  _____/s/_____
                                                  MICHAEL F. DONNER
15                                                Attorneys for CAPITAL GROUP
                                                  COMMUNICATIONS, INC. and DEVIN BOSCH

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## <u>ORDER</u>

IT IS HEREBY ORDERED that the foregoing Stipulation is approved in its entirety and that the related actions, *Capital Group Communications, etc. v. Gottaplay Interactive, etc., et al.*, Case No. C-07-3632-EMC, and *Colonial Stock Transfer Co. v. Gottaplay Interactive, etc., et al.*, Case No. C-07-4470 EMC, are hereby referred to an mediation through the Court's ADR Program pursuant to under ADR Local Rule 6.  The mediation shall be completed before October 24, 2007.  The parties shall advise the Court prior to that date whether a settlement has been reached at the mediation.

**IT IS SO ORDERED**.

Dated: _____  October 16, 2007

_____

MAGISTRATE JUDGE EDWARD M. CHEN



STIPULATION FOR REFERENCE TO MEDIATION UNDER ADR LOCAL RULE 6-2 AND PROPOSED ORDER