```
 1  MICHAEL F. DONNER (SBN 155944)
    JONATHAN E. SOMMER (SBN 209179)
 2  STEIN & LUBIN LLP
    The Transamerica Pyramid
 3  600 Montgomery Street, 14th Floor
    San Francisco, California 94111
 4  Telephone:  (415) 981-0550
    Facsimile:  (415) 981-4343
 5  mdonner@steinlubin.com
    jsommer@steinlubin.com
 6
    Attorneys for Plaintiff
 7  CAPITAL GROUP COMMUNICATIONS,
    INC., a California corporation
 8
    JOHN R. MAYER (SBN 197765)
 9  2550 5th Avenue, Suite 520
    San Diego, California 92103
10  Telephone:  (619) 794-2651
    Facsimile:  (619) 794-2653
11  john@johnrmayer.com

12  Attorneys for Defendants
    GOTTAPLAY INTERACTIVE, INC., a Nevada
13  Corporation, JOHN P. GORST, an individual,
    MARK H. LEVIN, an individual
14
```

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CAPITAL GROUP COMMUNICATIONS, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>GOTTAPLAY INTERACTIVE, INC., a Nevada corporation; JOHN P. GORST, an individual; MARK H. LEVIN, an individual; and DOES 1-50, inclusive,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIM. | Case No. C-07-03632-EMC<br><br>Related Case No. C-07-4470-EMC<br><br>**STIPULATION EXTENDING DEADLINES FOR JOINT CASE MANAGEMENT STATEMENT, INITIAL DISCLOSURES, AND OPPOSITION TO MOTION TO DISMISS**; ORDER |

STIP EXTENDING DEADLINES FOR JT CASE MAN STATEMENT, INIT DISCL. & OPP TO MTD        07-03632-EMC

1  WHEREAS, the parties wish to extend certain deadlines in the above-captioned
2  matter based on pending settlement discussions.
3  THEREFORE, the parties hereby stipulate that:
4  (1) the joint case management statement shall be filed on **October 19, 2007**;
5  (2) the parties shall make their initial disclosures no later than **October 19, 2007**;
6  and
7  (3) the deadline for Gottaplay Interactive, Inc., John P. Gorst, and Mark H. Levin
8  to file an opposition to the motion by Capital Group Communications, Inc. and Devin Bosch to
9  dismiss Gottaplay's counterclaim for failure to state a claim and motion to strike affirmative
10 defenses shall be extended to **October 19, 2007**. Reply to be filed by Oct. 26, 2007.
11 IT IS SO STIPULATED.
12 Dated: October 12, 2007                JOHN R. MAYER, APLC
13
14                                        By: _____/s/_____
                                              John R. Mayer
15                                            Attorneys for Defendants
                                              GOTTAPLAY INTERACTIVE, INC., a Nevada
16                                            Corporation, JOHN P. GORST, an individual,
                                              MARK H. LEVIN, an individual
17 Dated: October 12, 2007                STEIN & LUBIN LLP
18
                                          By: _____/s/_____
19                                            Michael F. Donner
                                              Jonathan E. Sommer
20                                            Attorneys for Plaintiff
                                              CAPITAL GROUP COMMUNICATIONS, INC.,
21                                            a California corporation
22
23 IT IS SO ORDERED.
24 Dated: Oct 19, 2007
25                                        _____
                                          JUDGE OF THE U.S. DISTRICT COURT
26
27
28